AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

RCVD 18-JUL 2023

United States of America
v.

NEGASI ZUBERI
aka JUSTIN JOSHUA HYCHE

*Defendant*

) Case No. 1:23-mj- 117.CL
)
)
)
)
)

FILED 23 AUG 15 13:28USDC-ORM

## ARREST WARRANT  ORIGINAL

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Negasi Zuberi aka Justin Joshua Hyche ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201 - Interstate Kidnapping

Date: 7/17/23

City and state: Medford, Oregon

MARK D. CLARKE, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/18/23 , and the person was arrested on *(date)* 7/24/23 at *(city and state)* Reno, NV . |
| Date: 8/14/23 |
| *Arresting officer's signature* |
| Ronnie L. Bush |
| *Printed name and title* |