

GOVERNMENT
EXHIBIT

**1-1**

1:23-cr-00254-MC

Exhibit 1-1
Page 1 of 121

Produced Pursuant To Protective Order

ZUBERI_0002143



Exhibit 1-1
Page 2 of 121

Produced Pursuant To Protective Order

ZUBERI_0002144



Exhibit 1-1
Page 3 of 121

Produced Pursuant To Protective Order

ZUBERI_0002145



Exhibit 1-1
Page 4 of 121

Produced Pursuant To Protective Order

ZUBERI_0002146



Exhibit 1-1
Page 5 of 121

Produced Pursuant To Protective Order

ZUBERI_0002147



Exhibit 1-1
Page 6 of 121

Produced Pursuant To Protective Order

ZUBERI_0002148



Exhibit 1-1
Page 7 of 121

Produced Pursuant To Protective Order

ZUBERI_0002149



Exhibit 1-1
Page 8 of 121

Produced Pursuant To Protective Order

ZUBERI_0002150



Exhibit 1-1
Page 9 of 121

Produced Pursuant To Protective Order

ZUBERI_0002151



Exhibit 1-1
Page 10 of 121

Produced Pursuant To Protective Order

ZUBERI_0002152



Exhibit 1-1
Page 11 of 121

Produced Pursuant To Protective Order

ZUBERI_0002153



Exhibit 1-1
Page 12 of 121

Produced Pursuant To Protective Order

ZUBERI_0002154



Exhibit 1-1
Page 13 of 121

Produced Pursuant To Protective Order

ZUBERI_0002155



Exhibit 1-1
Page 14 of 121

Produced Pursuant To Protective Order

ZUBERI_0002156



Exhibit 1-1
Page 15 of 121

Produced Pursuant To Protective Order

ZUBERI_0002157



Exhibit 1-1
Page 16 of 121

Produced Pursuant To Protective Order

ZUBERI_0002158



Exhibit 1-1
Page 17 of 121

Produced Pursuant To Protective Order

ZUBERI_0002159



Exhibit 1-1
Page 18 of 121

Produced Pursuant To Protective Order

ZUBERI_0002160



Exhibit 1-1
Page 19 of 121

Produced Pursuant To Protective Order

ZUBERI_0002161



Exhibit 1-1
Page 20 of 121

Produced Pursuant To Protective Order

ZUBERI_0002162



Exhibit 1-1
Page 21 of 121

Produced Pursuant To Protective Order

ZUBERI_0002163



Exhibit 1-1
Page 22 of 121

Produced Pursuant To Protective Order

ZUBERI_0002164



Exhibit 1-1
Page 23 of 121

Produced Pursuant To Protective Order

ZUBERI_0002165



Produced Pursuant To Protective Order

Exhibit 1-1
Page 24 of 121



Exhibit 1-1
Page 25 of 121

Produced Pursuant To Protective Order

ZUBERI_0002305



Exhibit 1-1
Page 26 of 121

Produced Pursuant To Protective Order

ZUBERI_0002307



Exhibit 1-1
Page 27 of 121

Produced Pursuant To Protective Order

ZUBERI_0002309



Exhibit 1-1
Page 28 of 121

Produced Pursuant To Protective Order

ZUBERI_0002311



Exhibit 1-1
Page 29 of 121

Produced Pursuant To Protective Order

ZUBERI_0002313



Exhibit 1-1
Page 30 of 121

Produced Pursuant To Protective Order

ZUBERI_0002315



Exhibit 1-1
Page 31 of 121

Produced Pursuant To Protective Order

ZUBERI_0002317



Exhibit 1-1
Page 32 of 121

Produced Pursuant To Protective Order

ZUBERI_0002319



Exhibit 1-1
Page 33 of 121
Produced Pursuant To Protective Order                                    ZUBERI_0002321



ZUBERI_0002323

Produced Pursuant To Protective Order

Exhibit 1-1
Page 34 of 121



ZUBERI_0002325

Produced Pursuant To Protective Order

Exhibit 1-1
Page 35 of 121



Produced Pursuant To Protective Order

ZUBERI_0002327

Exhibit 1-1
Page 36 of 121



Exhibit 1-1
Page 37 of 121

Produced Pursuant To Protective Order

ZUBERI_0002329



Exhibit 1-1
Page 38 of 121

Produced Pursuant To Protective Order ZUBERI_0002331



Exhibit 1-1
Page 39 of 121

Produced Pursuant To Protective Order

ZUBERI_0002333



Exhibit 1-1
Page 40 of 121

Produced Pursuant To Protective Order

ZUBERI_0002335



Produced Pursuant To Protective Order

Exhibit 1-1
Page 41 of 121

ZUBERI_0002337



Exhibit 1-1
Page 42 of 121

Produced Pursuant To Protective Order

ZUBERI_0002339



Exhibit 1-1
Page 43 of 121

Produced Pursuant To Protective Order

ZUBERI_0002341



Exhibit 1-1
Page 44 of 121

Produced Pursuant To Protective Order



Produced Pursuant To Protective Order

Exhibit 1-1
Page 45 of 121

ZUBERI_0002345



ZUBERI_0002347

Produced Pursuant To Protective Order

Exhibit 1-1
Page 46 of 121



Produced Pursuant To Protective Order

Exhibit 1-1
Page 47 of 121



ZUBERI_0002373

Produced Pursuant To Protective Order

Exhibit 1-1
Page 48 of 121



Produced Pursuant To Protective Order

Exhibit 1-1
Page 49 of 121



Exhibit 1-1
Page 50 of 121

Produced Pursuant To Protective Order



Produced Pursuant To Protective Order

Exhibit 1-1
Page 51 of 121



Exhibit 1-1
Page 52 of 121

Produced Pursuant To Protective Order

ZUBERI_0002381



Exhibit 1-1
Page 53 of 121

Produced Pursuant To Protective Order

ZUBERI_0002383



Exhibit 1-1
Page 54 of 121

Produced Pursuant To Protective Order

ZUBERI_0002385



Exhibit 1-1
Page 55 of 121

Produced Pursuant To Protective Order



Exhibit 1-1
Page 56 of 121

Produced Pursuant To Protective Order

ZUBERI_0002389



ZUBERI_0002391

Produced Pursuant To Protective Order

Exhibit 1-1
Page 57 of 121



Produced Pursuant To Protective Order

Exhibit 1-1
Page 58 of 121



Exhibit 1-1
Page 59 of 121

Produced Pursuant To Protective Order

ZUBERI_0002395



Exhibit 1-1
Page 60 of 121

Produced Pursuant To Protective Order

ZUBERI_0002397



Exhibit 1-1
Page 61 of 121

Produced Pursuant To Protective Order

ZUBERI_0002399



ZUBERI_0002401

Produced Pursuant To Protective Order

Exhibit 1-
Page 62 of 121



ZUBERI_0002403

Produced Pursuant To Protective Order

Exhibit 11
Page 63 of 121



Exhibit 1-1
Page 64 of 121

Produced Pursuant To Protective Order

ZUBERI_0002405



Exhibit 1-1
Page 65 of 121

Produced Pursuant To Protective Order

ZUBERI_0002407



Exhibit 1-1
Page 66 of 121

Produced Pursuant To Protective Order

ZUBERI_0002409



Produced Pursuant To Protective Order

Exhibit 1-1
Page 67 of 121



ZUBERI_0002413

Produced Pursuant To Protective Order

Exhibit 1-1
Page 68 of 121



ZUBERI_0002415

Produced Pursuant To Protective Order

Exhibit 1-1
Page 69 of 121



Produced Pursuant To Protective Order

Exhibit 1-1
Page 70 of 121



Produced Pursuant To Protective Order

ZUBBRI_0002419

Exhibit 1-1
Page 71 of 121



ZUBBRI_0002421

Produced Pursuant To Protective Order

Exhibit 1-1
Page 72 of 121



ZUBRRI_0002423

Produced Pursuant To Protective Order

Exhibit 1-1
Page 73 of 121



Produced Pursuant To Protective Order

ZUBRI_0002425

Exhibit 1-1
Page 74 of 121



Exhibit 1-1
Page 75 of 121

Produced Pursuant To Protective Order



Produced Pursuant To Protective Order

Exhibit 1-1
Page 76 of 121



ZUBRRI_0002431

Produced Pursuant To Protective Order

Exhibit 1-1
Page 77 of 121



Produced Pursuant To Protective Order

Exhibit 1-1
Page 78 of 121



Produced Pursuant To Protective Order

Exhibit 1-1
Page 79 of 121



ZUBRI_0002437

Produced Pursuant To Protective Order

Exhibit 1-1
Page 80 of 121



Produced Pursuant To Protective Order

Exhibit 1-1
Page 81 of 121



Exhibit 1-1
Page 82 of 121

Produced Pursuant To Protective Order

ZUBERI_0002441



ZUBERI_0002443

Produced Pursuant To Protective Order

Exhibit 1-1
Page 83 of 121



Produced Pursuant To Protective Order

Exhibit 1-1
Page 84 of 121



ZUBERRI_0002447

Produced Pursuant To Protective Order

Exhibit 1-1
Page 85 of 121



Produced Pursuant To Protective Order

Exhibit 1-1
Page 86 of 121



ZUBRI_0002451

Produced Pursuant To Protective Order

Exhibit 1-1
Page 87 of 121



ZUBBRI_0002453

Produced Pursuant To Protective Order

Exhibit 1-1
Page 88 of 121



Produced Pursuant To Protective Order

Exhibit 1-1
Page 89 of 121



Exhibit 1-1
Page 90 of 121

Produced Pursuant To Protective Order



Exhibit 1-1
Page 91 of 121

Produced Pursuant To Protective Order

ZUBERI_0002459



Exhibit 1-1
Page 92 of 121

Produced Pursuant To Protective Order

ZUBERI_0002461



Exhibit 1-1
Page 93 of 121

Produced Pursuant To Protective Order

ZUBERI_0002463



Exhibit 1-1
Page 94 of 121

Produced Pursuant To Protective Order

ZUBERI_0002465



Produced Pursuant To Protective Order

Exhibit 1-1
Page 95 of 121

ZUBERI_0002467



Exhibit 1-1
Page 96 of 121

Produced Pursuant To Protective Order

ZUBERI_0002469



Exhibit 1-1
Page 97 of 121

Produced Pursuant To Protective Order

ZUBERI_0002471



Exhibit 1-1
Page 98 of 121

Produced Pursuant To Protective Order

ZUBERI_0002473



Exhibit 1-1
Page 99 of 121

Produced Pursuant To Protective Order

ZUBERI_0002475



Exhibit 1-1
Page 100 of 121

Produced Pursuant To Protective Order

ZUBERI_0002477



Exhibit 1-1
Page 101 of 121

Produced Pursuant To Protective Order

ZUBERI_0002479



Exhibit 1-1
Page 102 of 121

Produced Pursuant To Protective Order

ZUBERI_0002481



Exhibit 1-1
Page 103 of 121

Produced Pursuant To Protective Order

ZUBERI_0002483



Exhibit 1-1
Page 104 of 121

Produced Pursuant To Protective Order

ZUBERI_0002485



Exhibit 1-1
Page 105 of 121

Produced Pursuant To Protective Order

ZUBERI_0002487



Exhibit 1-1
Page 106 of 121

Produced Pursuant To Protective Order                                    ZUBERI_0002489



Exhibit 1-1
Page 107 of 121

Produced Pursuant To Protective Order

ZUBERI_0002491



Exhibit 1-1
Page 108 of 121

Produced Pursuant To Protective Order

ZUBERI_0002493



Exhibit 1-1
Page 109 of 121

Produced Pursuant To Protective Order

ZUBERI_0002495



Exhibit 1-1
Page 110 of 121

Produced Pursuant To Protective Order

ZUBERI_0002497



Produced Pursuant To Protective Order

Exhibit 1-1
Page 111 of 121



Exhibit 1-1
Page 112 of 121

Produced Pursuant To Protective Order

ZUBERI_0002501



Exhibit 1-1
Page 113 of 121

Produced Pursuant To Protective Order



Exhibit 1-1
Page 114 of 121

Produced Pursuant To Protective Order

ZUBERI_0002505



Exhibit 1-1
Page 115 of 121

Produced Pursuant To Protective Order

ZUBERI_0002507



Exhibit 1-1
Page 116 of 121

Produced Pursuant To Protective Order

ZUBERI_0002509



Exhibit 1-1
Page 117 of 121

Produced Pursuant To Protective Order

ZUBERI_0002511



Exhibit 1-1
Page 118 of 121

Produced Pursuant To Protective Order

ZUBERI_0002615



Exhibit 1-1
Page 119 of 121

Produced Pursuant To Protective Order

ZUBERI_0002617



Exhibit 1-1
Page 120 of 121

Produced Pursuant To Protective Order

ZUBERI_0002619



Exhibit 1-1
Page 121 of 121

Produced Pursuant To Protective Order

ZUBERI_0002621