# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

United States,

v.

Negasi Zuberi,

      Defendant.

Case No. 123-cr-00254-MC

WITNESS AND EXHIBIT LIST

| Dates of Hearing | 06/20/2024 |
|---|---|
| Judge | Michael J. McShane |
| Court Reporter | Kellie Humiston |
| Deputy Clerk(s) | Rebecca Moore |

| Attorney for Plaintiff/Government | Attorney for Defendant |
|---|---|
| Marco Boccato | Amy Potter |
| Jeffrey Sweet | Michael Bertholf |
| Nathan Lichvarcik | |
| Suzanne Miles | |

| Govt Ex No. | ID | EV | Def Ex. No. | ID | EV | Date | WITNESS / EXHIBIT DESCRIPTION | By |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | X | 6/20/24 | AV 1 picture of hand | Zupan |
| | | | 11 | | X | | Picture of residence on Eldorado | Zupan |
| | | | 1-1 | | X | | 1-2 page 2 of 121 – picture of cell in basement | Zupan |
| | | | 1-1 | | X | | Page 8 of 121 Inside garage table with items | Zupan |
| | | | 1-1 | | X | | Page 17 of 121 Inside of cell block | Zupan |
| | | | 1-1 | | X | | Page 38 of 121 purse on suitcase back right corner of garage | Zupan |
| | | | 1-2 | | X | | Page 10 of 122 purse contents open | Zupan |
| | | | 1-1 | | X | | Page 48 of 12 entrance into cell in garage | Zupan |
| | | | | | | | | |
| | | | 1-1 | | X | | Page 59 or 121 part of door in cell block | Zupan |
| | | | 1-1 | | X | | **Page 65 of 121 entrance into cell-security door** | Zupan |
| | | | 1-1 | | X | | **Page 77 of 121 locking mechanism of screen door** | Zupan |
| | | | 1-1 | | X | | Page 111 of 121 Security screen door looking outside from inside of screen door | |
| | | | 1-2 | | X | | Page 4 of 122 set of keys in garage | Zupan |
| | | | 1-2 | | X | | Page 6 of 122 – set of leg irons and handcuffs in garage | Zupan |
| | | | 12 | | X | | Note - Operation Take Over | Zupan |

| Govt | | | Def | | | Date | WITNESS / EXHIBIT DESCRIPTION | By |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ex No. | ID | EV | Ex. No. | ID | EV | | | |
| | | | 13 | | X | | Note – dig a hole straight down 100 feet | Zupan |
| | | | 8-7 | | X | | CD of parking lot in Merrill | Snyder |
| | | | 8-9 | | X | | CD of parking lot in Merrill | Snyder |
| | | | 8-10 | | X | | CD of parking lot in Merrill | Snyder |
| | | | 1 | | | | Affidavit for the Search Warrant for the residence on N. Eldorado (Klamath Falls PD) | |
| | | | 2 | | X | | Affidavit for the Second Search Warrant for the residence on N. Eldorado (FBI) | |
| | | | 3 | | X | | Affidavit for the Search Warrant for the Nissan Altima | |
| | | | 4 | | X | | Affidavit for the Search Warrant for the Prowler Trailer | |
| | | | 5 | | X | | Affidavit for the Search Warrant for the Honda Pilot | |
| | | | 6 | | X | | Affidavit for the Search Warrant for Verizon | |
| | | | 7 | | X | 6/20/24 | Affidavit for the Search Warrant for Assorted Devices | |
| | | | | | | | Witness: Chris Zupan | |
| | | | | | | | Witness: Jesse Snyder | |
| | | | | | | | Witness: Travis Gluesenkamp | |
| | | | | | | | --End-- | |