**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**MICHAEL BERTHOLF**, OSB No. 044642
michaelbertholaw@gmail.com
Law Offices of Michael P Bertholf LLLC
108 Mistletoe St
Medford, OR 97501
Telephone: (541) 245-9167
Facsimile: (541) 773-6790

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff. <br><br> v. <br><br> NEGASI ZUBERI, aka JUSTIN JOSHUA HYCHE, aka SAKIMA ZUBERI, <br><br> Defendant. | Case No. 1:23-cr-00254-MC <br><br> **MOTION IN LIMINE** |

Mr. Zuberi files this motion in limine seeking to exclude certain evidence in order to ensure a fair trial.

***Motion to Exclude References to Trial Witnesses Other than By Name***

Mr. Zuberi has been charged with kidnapping two different women. The indictment and all other pleadings refer to the alleged victims as AV1 and AV2. In addition to AV1 and AV2,

the government has indicated it may offer the testimony of or evidence related to a woman that has been referred to as the California victim or MV1.

While the defense agrees to continue to use those terms in all filed pleadings and arguments with the Court, it requests that these witnesses be identified by their name when they testify and during any arguments before the jury. The defense also requests that the Court use AV1 and AV2's name or initials on the verdict form.

*Motion to Exclude Use of the Term Cell*

AV1 alleges that Mr. Zuberi locked her into a music studio that was built in the garage. This area has frequently been referred to as a cell. Because it is a structure not a cell, Mr. Zuberi moves to stop the government from referring to it as a cell.

*Motion to Exclude Other Prior Acts and Prior Conviction*

The government filed its own motion in limine addressing 412 issues, Mr. Zuberi's prior conviction and a notice of intent to offer 404(b) evidence. The defense will respond to those motions as opposed to filing its own motion in limine on those topics. But, in general, the defense intends to object to the admission of that evidence and would request leave to file additional motions in limine if additional evidence is offered outside of those notices in the future.

DATED this 3rd day of July 2024.

Respectfully submitted,

ANGELI LAW GROUP LLC

*s/ Amy E. Potter*
Amy E. Potter

*Attorney for Defendant*