**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**MICHAEL BERTHOLF**, OSB No. 044642
michaelbertholaw@gmail.com
Law Offices of Michael P Bertholf LLLC
108 Mistletoe St
Medford, OR 97501
Telephone: (541) 245-9167
Facsimile: (541) 773-6790

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>NEGASI ZUBERI, aka SAKIMA ZUBERI, aka JUSTIN JOSHUA HYCHE,<br><br>Defendant. | Case No. 1:23-cr-00254-MC<br><br>**DEFENDANT'S PROPOSED VERDICT FORM** |

    The Defendant, through his attorneys, respectfully submits the attached proposed verdict form.

    DATED: August 7, 2024.

                                                Respectfully submitted,

                                                ANGELI LAW GROUP LLC

                                                *s/ Amy E. Potter*
                                                Amy E. Potter
                                                *Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00254-MC |
|---|---|
| Plaintiff. | |
| v. | **VERDICT** |
| NEGASI ZUBERI, aka SAKIMA ZUBERI, aka JUSTIN JOSHUA HYCHE, | |
| Defendant. | |

We, the jury, being duly empaneled and sworn, hereby unanimously find NEGASI ISHAIAH SUBERI, aka SAKIMA ZUBERI, aka JUSTIN JOSHUA HYCHE, as follows:

### Count 1
### Kidnapping

_____ Not Guilty

_____ Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which type(s) of conduct your verdict is based on**:

(Please check all that apply)

_____ Defendant transported AV1 across state lines from Washington to Oregon

_____ Defendant traveled in interstate commerce in committing, or in furtherance of, the offense

_____ Defendant used any means, facility, or instrumentality of interstate commerce in committing or furtherance of the offense

### Count 2
### Transportation for Criminal Sexual Activity

_____ Not Guilty

_____ Guilty

**Count 3**
**Kidnapping**

_____Not Guilty

_____Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which type(s) of conduct your verdict is based on:**

(Please check all that apply)

_____ Defendant used a cell phone in furtherance of the kidnapping

_____ Defendant used a motor vehicle in furtherance of the kidnapping

_____ Defendant used an ATM in furtherance of the kidnapping

**Count 4**
**Felon in Possession of a Firearm or Ammunition**

_____Not Guilty

_____Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which ammunition or firearm your verdict is based on:**

(Please check all that apply)

_____an HS Produkt Springfield XDM 9xl9mm pistol

_____approximately 8 rounds of Blazer 9mm Luger ammunition

_____approximately 4 rounds of Hornady 9mm Luger ammunition

_____approximately 4 rounds of NovX 9mm Luger ammunition

_____approximately 3 rounds of SIG 9mm Luger ammunition

**Count 5**
**Felon in Possession of a Firearm or Ammunition**

_____Not Guilty

_____Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which ammunition or firearm(s) your verdict is based on:**

(Please check all that apply)

\_\_\_\_\_a Remington Arms Company, Model 783, .308 Winchester caliber rifle

\_\_\_\_\_an Anderson Manufacturing, Model AM-15, multi-caliber rifle

\_\_\_\_\_an E.R. Amantino (Stoeger), Model Condor Competition, 12 gauge shotgun

\_\_\_\_\_approximately 27 rounds of Lake City Arsenal 5.56 ammunition

\_\_\_\_\_approximately 27 rounds of Blazer 9mm Luger ammunition

\_\_\_\_\_two rounds of Remington Arms 9mm Luger ammunition

\_\_\_\_\_one round of Hornady 9mm Luger ammunition

\_\_\_\_\_approximately 16 rounds of NovX 9mm Luger ammunition

\_\_\_\_\_approximately 17 rounds of SIG 9mm Luger ammunition

\_\_\_\_\_one Federal 12 gauge shotgun shell

\_\_\_\_\_one Winchester 12 gauge shotgun shell

## Count 6
**Felon in Possession of a Firearm or Ammunition**

\_\_\_\_\_Not Guilty

\_\_\_\_\_Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which ammunition or firearm your verdict is based on**:

\_\_\_\_\_approximately 410 rounds of Lake City Arsenal 5.56 ammunition

\_\_\_\_\_one round of Hornady 6mm ARC ammunition

\_\_\_\_\_one round of Tula Cartridge Works 7.62x39 ammunition

\_\_\_\_\_approximately 4 Federal 12 gauge shotgun shells

\_\_\_\_\_approximately 14 Winchester 12 gauge shotgun shells

# Count 7
## Felon in Possession of a Firearm or Ammunition

_____Not Guilty

_____Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which ammunition or firearm your verdict is based on**:

\_\_\_\_\_approximately 79 rounds of Tula Cartridge Works 7.62x39 ammunition

\_\_\_\_\_approximately 246 rounds of Remington Arms 9mm Luger ammunition

\_\_\_\_\_approximately 8 rounds of Blazer 9mm Luger ammunition

\_\_\_\_\_approximately 30 rounds of Hornady 6mm ARC ammunition

Dated: October _____, 2024

_____

PRESIDING JUROR