NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Jeff.Sweet@usdoj.gov
**NATHAN J. LICHVARCIK**
Nathan.j.Lichvarcik@usdoj.gov
**MARCO A. BOCCATO, OSB #103437**
Marco.Boccato@usdoj.gov
Assistant United States Attorneys
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:   (541) 465-6771
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:23-cr-00254-MC** |
| **v.** | **GOVERNMENT'S EXHIBIT LIST** |
| **NEGASI ISHAIAH ZUBERI, aka JUSTIN JOSHUA HYCHE,** | |
| **Defendant.** | |

The United States respectfully submits the following Exhibit List for trial in the above-captioned case.  The government reserves the right to file a supplemental Exhibit List and to offer additional exhibits as may become necessary at trial.

\\\

\\\

\\\

**Government's Exhibit List**                                                                          **Page 1**

| | United States v. Negasi Zuberi 1:23-cr-00254-MC | | |
|---|---|---|---|
| **Exhibit #** | **Description** | **Offered** | **Received** |
| 1. | Map—Washington state | | |
| 2. | Map—Seattle, Washington | | |
| 3. | Maps—Aurora Ave. area | | |
| 4. | Aerial photos—Aurora Ave. area | | |
| 5. | Photos—Aurora Ave. and 109th St. | | |
| 6. | Photos—107th St. | | |
| 7. | Drone video—Aurora Ave. area | | |
| 8. | Diagram—Overhead of Honda Pilot interior | | |
| 9. | Audio—Two 911 calls from July 15, 2023 | | |
| 10. | Video—Sgt. Duval's body camera from July 15, 2023 at KFC in Klamath Falls | | |
| 11. | Images—Excerpts from Sgt. Duval's body camera at KFC | | |
| 12. | Photos—KFC parking lot | | |
| 13. | Physical exhibit—Springfield XDM pistol | | |
| 14. | Physical exhibit—Magazine and 19 rounds of ammunition from Springfield pistol | | |
| 15. | Images—Excerpts from Sgt. Duval's body camera of AV1 at hospital | | |
| 16. | Photos—AV1's injuries, taken at hospital | | |
| 17. | Images—Excerpts from Ofc. Trippet's body camera of AV1 at hospital | | |
| 18. | Images—Excerpts from Ofcs. Trippet's and Gilmore's body cameras of AV1 at 1336 N Eldorado | | |
| 19. | Photo—Blue woman's one-piece garment | | |
| 20. | Photo—Blue Puma sweatpants | | |
| 21. | Physical exhibit—Black woman's one-piece garment | | |
| 22. | Photo—Sketch drawn by AV1 of 1336 N Eldorado | | |

| 23. | Maps—Oregon and Klamath Falls area | | |
|---|---|---|---|
| 24. | Aerial photo—1336 N Eldorado | | |
| 25. | Photos—Eldorado Ave. | | |
| 26. | Video—Excerpt from Sgt. Fox' body camera at 1336 N Eldorado | | |
| 27. | Drone video—1336 N Eldorado and area | | |
| 28. | Photos—Front and garage area of 1336 N Eldorado | | |
| 29. | Photos—Rear of 1336 N Eldorado | | |
| 30. | Photos—Fenced area at 1336 N Eldorado | | |
| 31. | Photos—Outside garage side door entryway | | |
| 32. | Photos—Garage side door from inside garage | | |
| 33. | Photo—Garage and cell | | |
| 34. | Photo—Cell exterior | | |
| 35. | Photos—Cell | | |
| 36. | Photos—Interior of cell with chair and water bottles | | |
| 37. | Photo—Inside of cell looking out | | |
| 38. | Photos—Metal security door and screen | | |
| 39. | Photo—Cell showing door damage and blood | | |
| 40. | Photo—White door showing deadbolt | | |
| 41. | Photo—Deadbolt on white door from outside | | |
| 42. | Photo—Deadbolt on white door from inside | | |
| 43. | Photos—Door jamb area damage | | |
| 44. | Photo—Cell ceiling | | |
| 45. | Photo—Cell side wall | | |
| 46. | Photos—Cell floor and stain | | |
| 47. | Photo—Cell interior with labels | | |
| 48. | Photos—Metal security door with placard V | | |

**Government's Exhibit List**                                                    **Page 3**

| 49. | Photos—Cell door jamb with placard W | | |
|---|---|---|---|
| 50. | Photos—Cell door/foam area, placard X | | |
| 51. | Photos—Outside of fence, placard A | | |
| 52. | Photos—Inside of fence, placards B and C | | |
| 53. | Photo—Garage in front of cell | | |
| 54. | Photos—Garage workbench | | |
| 55. | Photos—Cell doors with insulation, adhesive, and hanging metal screen | | |
| 56. | Photos—Insulation on exterior door | | |
| 57. | Photo—Cell from exterior | | |
| 58. | Photos—Cell interior and soundproofing | | |
| 59. | Photo—Cell ceiling | | |
| 60. | Photos—Master bedroom and bed | | |
| 61. | Photo—Master bedroom closet and pistol case | | |
| 62. | Photo—Pistol case closeup | | |
| 63. | Photo—Paperwork for Prentice Smith in pistol case | | |
| 64. | Photos—Master bedroom closet with drawers | | |
| 65. | Photo—Firearm barrel and upper receiver | | |
| 66. | Photo—ID in master bedroom closet drawer | | |
| 67. | Photo—Check from Home Depot to Negasi Zuberi and check from tenant | | |
| 68. | Photos—Ballistic vest and magazines on floor and bed | | |
| 69. | Photos—Home Depot receipts | | |
| 70. | Photo—Notebook with Prowler trailer folder | | |
| 71. | Photos—Backpack with passport of Negasi Zuberi and children in master bedroom | | |
| 72. | Photo—Name change decree | | |
| 73. | Photo—Metal ammunition can | | |

**Government's Exhibit List**                                                 **Page 4**

| 74. | Photo—Keys in metal ammunition can | | |
|---|---|---|---|
| 75. | Photo—Plastic ammunition can | | |
| 76. | Photos—Notepad in holder and contents; Operation Take Over and sketch | | |
| 77. | Photo—Luggage with holster | | |
| 78. | Photo—Master bedroom and seized items on bed | | |
| 79. | Photos—Exterior stairway on right side of house | | |
| 80. | Photo—Exterior window covered and blocks-right side of house | | |
| 81. | Photos—Exterior person doors to garage and house | | |
| 82. | Photo—Person door to garage, blood on doorknob | | |
| 83. | Photo—Person door to garage, view into garage | | |
| 84. | Photo—Garage-left side of garage | | |
| 85. | Photo—Curtain behind cell | | |
| 86. | Photos—Purse in garage | | |
| 87. | Photos—Material on top of cell | | |
| 88. | Photos—Garage fiberglass and insulation photo | | |
| 89. | Photo—Blue journal with leather cord on bed | | |
| 90. | Photos—Belongings of Prentice Smith in garbage bags | | |
| 91. | Photos—Prentice Smith's passport, mail, and military identification tags | | |
| 92. | Videos—Det. Dougherty's body camera from July 15, 2023 at 1336 N Eldorado | | |
| 93. | Diagram—Residence at 1336 N Eldorado | | |
| 94. | Diagram—Cell | | |
| 95. | Diagram—Garage and location of items | | |
| 96. | Physical exhibit—Diagram of residence at 1336 N Eldorado | | |
| 97. | Physical exhibit—Diagram of cell | | |
| 98. | Physical exhibit—Diagram of garage and location of items | | |

**Government's Exhibit List**                                                          **Page 5**

| 99. | Physical exhibit—Black notepad holder and notepad with Operation Take Over and drawing | | |
|---|---|---|---|
| 100. | Physical exhibit—Springfield pistol case in upstairs bedroom | | |
| 101. | Physical exhibit—Klamath Community College ID | | |
| 102. | Physical exhibit—U.S. passport in name of Justin Hyche | | |
| 103. | Physical exhibit—Blink camera | | |
| 104. | Physical exhibit—Ammunition can, plastic | | |
| 105. | Physical exhibit—Keys from metal ammunition can | | |
| 106. | Physical exhibit—Ammunition can, metal | | |
| 107. | Physical exhibit—Handcuffs in box from upstairs bedroom | | |
| 108. | Physical exhibit—Police patches from upstairs bedroom closet | | |
| 109. | Physical exhibit—Ballistic vest with three magazines | | |
| 110. | Physical exhibit—NY driver license—Justin Kouassi | | |
| 111. | Physical exhibit—Leg irons from garage workbench | | |
| 112. | Physical exhibit—Handcuffs from garage workbench | | |
| 113. | Physical exhibit—Key ring from garage workbench | | |
| 114. | Physical exhibit—Key ring from garage workbench | | |
| 115. | Physical exhibit—Purse in garage | | |
| 116. | Physical exhibit—White chair in cell | | |
| 117. | Physical exhibit—Black metal door to cell | | |
| 118. | Physical exhibit—Fiji water bottle from cell | | |
| 119. | Physical exhibit—Deadbolt from cell | | |
| 120. | Physical exhibit—Ammunition on and under workbench | | |
| 121. | Physical exhibit—Doorknob removed from garage door | | |
| 122. | Physical exhibit—Barrel and upper receiver for 6mm rifle | | |
| 123. | Physical exhibit—Metal security door | | |
| 124. | Physical exhibit—Flash drive from security system | | |

| 125. | Physical exhibit—Condoms from AV1's purse | | |
|------|-------------------------------------------|--|--|
| 126. | Photo—Garage workbench | | |
| 127. | Photo—Deadbolt in box | | |
| 128. | Photo—Loaded curved magazine and three boxes of 7.62 ammunition on workbench | | |
| 129. | Photo—Closeup of magazine and boxes | | |
| 130. | Photo—Box of Remington 9mm Luger ammunition and magazine on workbench | | |
| 131. | Photo—Closeup of Remington ammunition box | | |
| 132. | Photo—New Frontier box | | |
| 133. | Photo—Blazer 9mm Luger ammunition box | | |
| 134. | Photo—Ammunition box under garage workbench | | |
| 135. | Photo—Closeup of Blazer ammunition box and bullets | | |
| 136. | Photo—Drill bit and parts | | |
| 137. | Photo—AR-15 lower parts kit | | |
| 138. | Photo—AR-15 lower drill instructions | | |
| 139. | Photo—AR-15 lower on garage floor | | |
| 140. | Photo—AR-15 lower closeup | | |
| 141. | Photo—USPS box to Negasi Zuberi | | |
| 142. | Photo—Contents of USPS box-5D Tactical | | |
| 143. | Photo—Firearm component in 5D Tactical box | | |
| 144. | Photo—Master bedroom drawer, left side of bed | | |
| 145. | Photo—Closeup of hard drive from left side drawer | | |
| 146. | Photo—Closeup of mace in left side drawer | | |
| 147. | Photo—Master bedroom drawer, right side of bed | | |
| 148. | Photo—Closeup of right side drawer | | |
| 149. | Photo—Blue journal with leather cord on bed | | |

**Government's Exhibit List**                                              **Page 7**

| 150. | Photo—Targets list and other writing from blue journal | | |
|---|---|---|---|
| 151. | Photo—Paper with land goals on bed | | |
| 152. | Photo—Desktop computer and camera | | |
| 153. | Photo—Camera behind desktop monitors | | |
| 154. | Photo—Camera below television | | |
| 155. | Photo—48 Laws of Power and The Art of War books | | |
| 156. | Photo—Back side of cell | | |
| 157. | Photo—Financial cards in name of Negasi Zuberi and Justin Kouassi | | |
| 158. | Photo—Inside of cell, right side of door | | |
| 159. | Photo—Inside of cell, right side of door, sheetrock removed | | |
| 160. | Photo—Inside of cell, right side of door, insulation removed | | |
| 161. | Photo-—Inside of cell, left side of door, sheetrock removed | | |
| 162. | Photo—Inside of cell, left side of door, insulation removed | | |
| 163. | Videos—Four videos of SA Gluesenkamp walking through the residence on July 19, 2023 | | |
| 164. | Images—House interior layout and exterior excerpts from SA Gluesenkamp's videos | | |
| 165. | Physical exhibit—Drywall from cell | | |
| 166. | Physical exhibit—8 rounds of 9mm Blazer ammunition | | |
| 167. | Physical exhibit—3 boxes of Wolf 7.62 ammunition | | |
| 168. | Physical exhibit—Blue journal with leather cord and Targets list | | |
| 169. | Physical exhibit—25 round 6mm magazine | | |
| 170. | Physical exhibit—7.62 magazine | | |
| 171. | Physical exhibit—29 rounds of 7.62 ammunition | | |
| 172. | Physical exhibit—Two 6mm magazines | | |
| 173. | Physical exhibit—30 rounds of Hornady 6mm ammunition | | |
| 174. | Physical exhibit—Box of Remington 9mm ammunition | | |

**Government's Exhibit List**                                              **Page 8**

| 175. | Physical exhibit—Deadbolt in box addressed to Sakima Zuberi | | |
|---|---|---|---|
| 176. | Map—Oregon and Nevada | | |
| 177. | Map—Reno area | | |
| 178. | Map—Reno Walmart | | |
| 179. | Images—Surveillance video excerpts Walmart in Reno | | |
| 180. | Video—Excerpt from Officer Albert's body camera from Reno | | |
| 181. | Video—Officer Staples' body camera from Reno | | |
| 182. | Video—Officer Broadway's body camera from Reno | | |
| 183. | Video—TFO Griebel's body camera from Reno | | |
| 184. | Images—Excerpts from videos of traffic stop of Negasi Zuberi in Reno | | |
| 185. | Images—Excerpts from patrol car showing Negasi Zuberi in Walmart parking lot and with foot out | | |
| 186. | Images—Excerpts from patrol car showing Negasi Zuberi being arrested | | |
| 187. | Image—Excerpts from Officer Staples' body camera showing Negasi Zuberi in ambulance | | |
| 188. | Images—Excerpts from Officer Griebel's body camera showing Negasi Zuberi in hospital | | |
| 189. | Photos of exterior of Honda Pilot in Reno | | |
| 190. | Photos of blood and knife inside Honda Pilot | | |
| 191. | Image—Closeup of Negasi Zuberi's face from body camera in Reno, NV | | |
| 192. | Transcript—Transcripts embedded in excerpts of Officers Broadway's, Staples', and Griebel's body camera videos | | |
| 193. | Photos—Honda Pilot | | |
| 194. | Photos—Interior of Pilot, driver and front passenger area | | |
| 195. | Photos—Honda Pilot interior middle row area | | |
| 196. | Photo—Honda Pilot rear passenger seat | | |
| 197. | Photos—Pepper spray found in Pilot | | |
| 198. | Photos—Cell phone case found in Pilot and contents | | |

| 199. | Photos—Garmin GPS device found in Pilot | | |
|---|---|---|---|
| 200. | Photos—Pilot dash area and Loves receipt | | |
| 201. | Photos—Safeway receipt from July 14, 2023 found in Pilot | | |
| 202. | Photos—Home Depot receipt found in Pilot | | |
| 203. | Photos—Pilot ceiling sunglass pocket and vehicle registration papers | | |
| 204. | Photos—Pilot ceiling sunglass pocket and handcuff key | | |
| 205. | Photos—Pilot center console and RV Sales card and LandAirSea shipping receipt from console | | |
| 206. | Photos—Pilot console and 9mm bullet from console | | |
| 207. | Photos—Pilot door pocket and Dollar Tree receipt from July 15, 2023, for bleach and paper towels | | |
| 208. | Photo—Black backpack found in Pilot | | |
| 209. | Photos—Tire spikes found in backpack from Pilot | | |
| 210. | Photos—Negasi Zuberi's U.S. passport, name change paperwork, and Social Security card and New York Driver License in name of Justin Kouassi | | |
| 211. | Photos—MacBook laptop from backpack found in Pilot | | |
| 212. | Photos—Contents of brown bag from Pilot with two cell phones, clothes, flashlight, binoculars and zip ties | | |
| 213. | Photos—Flashlight, binoculars and zip ties from brown bag from Pilot | | |
| 214. | Photos—Rear seat pocket and receipts from Pilot | | |
| 215. | Photos—Papers and aluminum foil on floor of Pilot | | |
| 216. | Photo—Cody's Repair receipt from July 10, 2023 | | |
| 217. | Photo—July 7, 2023, Aurora Ave. Safeway receipt from Pilot | | |
| 218. | Photo—Keys from Pilot | | |
| 219. | Photos—Dreamgirls at Rick receipt from July 7, 2023 | | |
| 220. | Photos—Pilot center console area | | |
| 221. | Photos—Clothes in front passenger area of Pilot | | |

**Government's Exhibit List**                                                    **Page 10**

| | | | |
|---|---|---|---|
| 222. | Photo—Wine bottle in front passenger area of Pilot | | |
| 223. | Photos—Pilot middle row area and bleach cleaner | | |
| 224. | Photos—9mm casing in Pilot | | |
| 225. | Photos—Condom wrapper in Pilot | | |
| 226. | Photo—Blood on seat and aluminum foil in Pilot | | |
| 227. | Photos—Home Depot receipt from June 30, 2023 from Pilot | | |
| 228. | Photos—Aluminum foil from Pilot | | |
| 229. | Photo—Pilot with rear seats removed | | |
| 230. | Photo—Charcoal toothpaste | | |
| 231. | Photos—Fiji water bottles | | |
| 232. | Photo—Sportsman's Warehouse receipt | | |
| 233. | Physical exhibit—Knife with blood | | |
| 234. | Physical exhibit—Pepper spray | | |
| 235. | Physical exhibit—Negasi Zuberi's cell phone and cover | | |
| 236. | Physical exhibit—Negasi Zuberi's cell phone case and contents | | |
| 237. | Physical exhibit—AV1's cell phone | | |
| 238. | Physical exhibit—Garmin GPS device | | |
| 239. | Physical exhibit—Handcuff key from sunglass pocket | | |
| 240. | Physical exhibit—Key chain with handcuff key | | |
| 241. | Physical exhibit—Spent 9mm casing | | |
| 242. | Physical exhibit—9mm bullet | | |
| 243. | Physical exhibit—Dollar Tree receipt | | |
| 244. | Physical exhibit—Tire spikes | | |
| 245. | Physical exhibit—Negasi Zuberi's U.S. Passport, name change paperwork and Driver License and Social Security Card in name of Justin Kouassi | | |
| 246. | Physical exhibit—Flashlight, binoculars, zip ties and toiletries | | |

| 247. | Physical exhibit—Bleach cleaner bottle | | |
|---|---|---|---|
| 248. | Physical exhibit—Aluminum foil | | |
| 249. | Physical exhibit—Home Depot and shipping receipts | | |
| 250. | Physical exhibit—Dreamgirls at Rick's receipts | | |
| 251. | Physical exhibit—Alycia Westfall's cell phone | | |
| 252. | Physical exhibit—Brown bag and contents | | |
| 253. | Physical exhibit—Bag with JC Penny's receipt and clothing | | |
| 254. | Physical exhibit—Aluminum foil (x2) | | |
| 255. | Physical exhibit—Loves receipt | | |
| 256. | Physical exhibit—Partial condom wrapper | | |
| 257. | Video—Surveillance video from Portland, OR Safeway on July 14, 2023 | | |
| 258. | Images—Excerpts from surveillance video from Portland, OR Safeway on July 14, 2023 | | |
| 259. | Video—Surveillance video from Woodland, WA, Safeway on July 14, 2023 | | |
| 260. | Images—Excerpts from surveillance video from Woodland, WA, Safeway on July 14, 2023 | | |
| 261. | Video—Surveillance video from Klamath Falls Loves gas station on July 15, 2023 | | |
| 262. | Images—Excerpts from surveillance video from Klamath Falls Loves gas station on July 15, 2023 | | |
| 263. | Videos—Negasi Zuberi and Honda Pilot in Tule Lake, CA | | |
| 264. | Location data—Verizon Wireless data for Negasi Zuberi and AV1 | | |
| 265. | Location data—T-Mobile data for Negasi Zuberi | | |
| 266. | Location data—LandAirSea data for Negasi Zuberi | | |
| 267. | Location data—Garmin data for the Honda Pilot and Negasi Zuberi from July 15, 2023 at 3:40:02 | | |
| 268. | Location data—Cellphone handset data from Alycia Westfall's cell phone | | |
| 269. | Phone records—T-Mobile toll records for Negasi Zuberi | | |

**Government's Exhibit List**                                                    **Page 12**

| 270. | Digital file—CAST report from SA Kennedy regarding location data | | |
|---|---|---|---|
| 271. | Physical exhibit—CAST report | | |
| 272. | Photo—Hampton Landing area, Oregon | | |
| 273. | Photo—Shell Station, Halsey, Oregon | | |
| 274. | Map—Merrill Gas Station & Convenience Store | | |
| 275. | Images—Surveillance video excerpts Merrill Gas Station & Convenience Store | | |
| 276. | Surveillance Video— Merrill Gas Station & Convenience Store (July 16, 2023) | | |
| 277. | Photo—Nissan Altima | | |
| 278. | Photos—Home Depot receipt in Altima driver door pocket | | |
| 279. | Photos—AAA Discount storage paperwork and receipt | | |
| 280. | Photos—Home Depot receipt in Altima passenger door pocket | | |
| 281. | Photo—Home Depot receipt | | |
| 282. | Photo—Concrete anchors | | |
| 283. | Photo—Honda paperwork and receipts | | |
| 284. | Physical exhibit—AAA Discount Storage paperwork and receipt | | |
| 285. | Physical exhibits—Home Depot receipts and return paperwork | | |
| 286. | Physical exhibit—Concrete anchors | | |
| 287. | Aerial photos—AAA Discount Storage and Home Depot area | | |
| 288. | Photos—Exterior of AAA Discount Storage | | |
| 289. | Photos—Inside AAA Discount Storage around area of Prowler trailer | | |
| 290. | Photos—Exterior of trailer | | |
| 291. | Photos—Trailer with door open | | |
| 292. | Photo—Taser, magazine and laptop inside trailer | | |
| 293. | Video—Interior of trailer | | |
| 294. | Photo—Pile of items by door | | |

**Government's Exhibit List**                                                    **Page 13**

| 295. | Photo—Back to front of trailer | | |
|---|---|---|---|
| 296. | Photo—Back of trailer | | |
| 297. | Photo—Front of trailer | | |
| 298. | Photo—Back and door area of trailer | | |
| 299. | Photo—Side of trailer bathroom | | |
| 300. | Photo—Trailer bathroom mirror | | |
| 301. | Photo—Negasi Zuberi and Alycia Westfall | | |
| 302. | Photos—Name change paperwork | | |
| 303. | Photo—Plastic bag in trailer with used condoms | | |
| 304. | Photo—Bedding and cellphone jammer spike in trailer | | |
| 305. | Photo—Shotgun inside blanket in trailer | | |
| 306. | Photo—Shotgun in trailer | | |
| 307. | Photo—Shotgun and shotgun shell in trailer | | |
| 308. | Photo—Cellphone jammers on floor of trailer | | |
| 309. | Photo—Rifle in case on trailer bed | | |
| 310. | Photo—Trailer shelf | | |
| 311. | Photo—Aluminum foil and tape in trailer | | |
| 312. | Photos—Taser outside | | |
| 313. | Photo—Silver and black handcuffs outside | | |
| 314. | Photo—Backpack, cellphone jammer and handcuffs outside | | |
| 315. | Photo—Backpack inside with cellphone jammers, gloves, handcuffs and beanie | | |
| 316. | Photo—Cellphone jammers | | |
| 317. | Photos—Plug in electronic device | | |
| 318. | Photos—Pistol holsters | | |
| 319. | Photos—AM-15 rifle | | |
| 320. | Photos—Remington rifle | | |

**Government's Exhibit List**                                                    **Page 14**

| 321. | Photos—Stoeger shotgun | | |
|---|---|---|---|
| 322. | Photos—Pistol magazines and ammunition | | |
| 323. | Photos—Rifle magazine and ammunition | | |
| 324. | Photo—Two shotgun shells | | |
| 325. | Photo—Charcoal toothpaste | | |
| 326. | Photo—Remington rifle box flap and receipts | | |
| 327. | Photo—Shipping label to Prentice Smith | | |
| 328. | Physical exhibit—AR-15 style rifle | | |
| 329. | Physical exhibit—Remington .308 rifle | | |
| 330. | Physical exhibit—Stoeger 12 GA shotgun | | |
| 331. | Physical exhibit—Magazines | | |
| 332. | Physical exhibit—Pistol holsters | | |
| 333. | Physical exhibit— Mesh backpack with gloves, beanie, handcuffs, antennas | | |
| 334. | Physical exhibit—Taser and cartridges | | |
| 335. | Physical exhibit—Black pair of handcuffs | | |
| 336. | Physical exhibit—Silver pair of handcuffs | | |
| 337. | Physical exhibit—12 GA ammunition | | |
| 338. | Physical exhibit—9mm ammunition | | |
| 339. | Physical exhibit—5.56 ammunition | | |
| 340. | Physical exhibit—Cell phone jammer-16 antenna | | |
| 341. | Physical exhibit—Cell phone jammer-8 antenna | | |
| 342. | Physical exhibit—Paperwork for firearms and accessories | | |
| 343. | Physical exhibit—Plug in electronic device | | |
| 344. | Physical exhibit—Photograph of Negasi Zuberi | | |
| 345. | Physical exhibit—Name change paperwork for Negasi Zuberi | | |
| 346. | Photo—Bonanza property | | |

| 347. | Financial records—Key Bank | | |
|---|---|---|---|
| 348. | Financial records—Bank records from May 6, 2023, withdrawal of $300 | | |
| 349. | Online purchases—Amazon records | | |
| 350. | Online purchases—Excerpt of Amazon records | | |
| 351. | Surveillance Video—Home Depot (May 17, 2023 to July 2, 2023) | | |
| 352. | Documents—Receipts received from Home Depot | | |
| 353. | Photos—FBI Documenting cell | | |
| 354. | Photos—Cell measuring and construction, from iCloud account | | |
| 355. | Photos—Cell deconstruction | | |
| 356. | Documents—Notes from garage clean up | | |
| 357. | Documents—Klamath Falls landfill receipts | | |
| 358. | Video—Blink camera video of Alycia Westfall leaving, May 5, 2023 | | |
| 359. | Image—Screenshot from video of Alycia Westfall leaving | | |
| 360. | Video—Blink camera video of Negasi Zuberi in kitchen, May 5, 2023 at 7:55 p.m. | | |
| 361. | Image—Screenshot from video of Negasi Zuberi in kitchen | | |
| 362. | Videos—Blink camera videos of Negasi Zuberi in kitchen, May 5, 2023 at 11:01 and 11:04 p.m. | | |
| 363. | Image—Screenshot from video of Negasi Zuberi leaving kitchen | | |
| 364. | Video—Blink camera video of male in kitchen talking on phone, May 6, 2023 at 12:58 a.m. | | |
| 365. | Videos—Blink camera videos of Negasi Zuberi in kitchen then walking towards garage with blanket, May 6, 2023 at 2:28 and 2:29 a.m. | | |
| 366. | Images—Screenshots from video of Negasi Zuberi in kitchen and walking towards garage | | |
| 367. | Videos—Blink camera videos of Alycia Westfall running in the kitchen and of Mr. Zuberi holding a pistol, May 7, 2023 | | |
| 368. | Images—Screenshots from May 7, 2023 kitchen videos | | |

| | | | |
|---|---|---|---|
| 369. | Videos—Blink camera videos of Alycia Westfall and Mr. Zuberi talking in kitchen, May 7, 2023 | | |
| 370. | Video—Blink camera video of Negasi Zuberi holding a firearm part | | |
| 371. | Image—Screenshot from video of Negasi Zuberi holding a firearm part | | |
| 372. | Image—Screenshot from video of Negasi Zuberi holding a firearm upstairs | | |
| 373. | Messages—Negasi Zuberi telling Alycia Westfall on February 28, 2023 that women need to go back to being property | | |
| 374. | Messages-Negasi Zuberi and Alycia Westfall on July 15, 2023 regarding meeting | | |
| 375. | Messages-Negasi Zuberi and Alycia Westfall on July 16, 2023 regarding Merrill address | | |
| 376. | Messages-Negasi Zuberi and Alycia Westfall on July 16, 2023 during standoff | | |
| 377. | Messages—Negasi Zuberi asking about acquiring taser, September 1, 2022 | | |
| 378. | Messages—Negasi Zuberi telling Prentice Smith that he has to leave and discussing Smith's property. | | |
| 379. | Messages—Negasi Zuberi asking Tyler Archibald about constructing an underground concrete structure | | |
| 380. | Messages—Negasi Zuberi asking Tyler Archibald about what material is used for jail floors | | |
| 381. | Message—Negasi Zuberi sending Tyler Archibald an image of a cell phone jammers, December 28, 2022 | | |
| 382. | Messages—Negasi Zuberi asking Tyler Archibald about building a concrete structure that a person can't break with their hands | | |
| 383. | Message—Negasi Zuberi telling Tyler Archibald that he has a pistol and including a picture | | |
| 384. | Message—Negasi Zuberi discussing trading firearms with a family member, and sending a picture of firearms | | |
| 385. | Video—Negasi Zuberi holding a pistol, from iCloud, November 28, 2022 | | |
| 386. | Video—Negasi Zuberi with pistol, from iCloud | | |
| 387. | Video—Negasi Zuberi with pistol, from iCloud | | |

**Government's Exhibit List**                                              **Page 17**

| 388. | Video—Negasi Zuberi saying and showing that he has an RV, Nov 6, 2022 | | |
|---|---|---|---|
| 389. | Video—Negasi Zuberi talking about his trailer and that he will be moving it, Nov. 13, 2022 | | |
| 390. | Video—Negasi Zuberi saying that he has the Honda back, from iCloud, June 27, 2023, | | |
| 391. | Images—Screenshot of Dayton Tactical order for 80% AR-15 lower receiver from iCloud, October 22, 2022 | | |
| 392. | Photos—Prowler trailer from iCloud account, November 15, 2022 | | |
| 393. | Photo—Remington .308 rifle box label from iCloud account, November 17, 2022 | | |
| 394. | Image—Screenshot from iCloud account of 32 round magazine for XD(M) 9mm from PistolGear, December 7, 2022 | | |
| 395. | Photo—Springfield pistol on The Art of War book, from iCloud account, December 21, 2022 | | |
| 396. | Photo—Negasi Zuberi wearing body armor | | |
| 397. | Photo—AAA Discount Storage paperwork from iCloud account, January 24, 2023 | | |
| 398. | Image—Screenshot of cell phone jammer, from iCloud | | |
| 399. | Image—Screenshot of XDM pistol conversion kit, from Negasi Zuberi's iPhone, March 29, 2023 | | |
| 400. | Photo—Firearms on bed, sent via message by Negasi Zuberi, March 29, 2023 | | |
| 401. | Image—Screenshot of Google Maps use on iPhone, from iCloud account, May 6, 2023 at 1:20 a.m. | | |
| 402. | Digital files—Creation of contact in Negasi Zuberi's phone for Girl from Pikey | | |
| 403. | Image—Screenshot of payment to AAA Discount Storage by Negasi Zuberi, June 19, 2023 | | |
| 404. | Digital file—Browser history from MacBook | | |
| 405. | Photo—Negasi Zuberi crying in Pilot in Reno, July 16, 2023, child's face redacted | | |
| 406. | Image—Screenshot of Negasi Zuberi's Twitter profile page | | |
| 407. | Photo—Tule Lake, from iCloud, July 15, 2023 | | |
| 408. | Photos—Taken from Honda Pilot in Reno on July 16, 2023 | | |

| 409. | Photos—The Pikey exterior | | |
|---|---|---|---|
| 410. | Photos—The Pikey interior | | |
| 411. | Photo—AV2 and friends at The Pikey on May 5, 2023 | | |
| 412. | Photos—AV2 and friend at The Pikey on May 5, 2023 | | |
| 413. | Videos—AV2 and friend at The Pikey on May 5, 2023 | | |
| 414. | Image—Screenshot of Negasi Zuberi's Instagram taken by AV2 | | |
| 415. | Video—Negasi Zuberi at The Pikey talking to male at pool table on May 6, 2023 | | |
| 416. | Video—Negasi Zuberi leaving The Pikey with male and female on May 6, 2023, at 12:53 a.m. | | |
| 417. | Video—Negasi Zuberi walking up outside of The Pikey and leaving with AV2 on May 6, 2023, at 1:08 a.m. | | |
| 418. | Images—Screenshots from surveillance video of Negasi Zuberi in and outside of The Pikey | | |
| 419. | Image—Screenshot of Negasi Zuberi's social media | | |
| 420. | Photo—Sketch from AV2 of rural area | | |
| 421. | Photo—Sketch of garage by AV2 | | |
| 422. | Photos—Chase Bank in Klamath Falls | | |
| 423. | Photos—AV2's former street and residence (include where dropped off) | | |
| 424. | Image—Screenshot of Negasi Zuberi's social media profile with the name Sakima Zuberi | | |
| 425. | Photo—Clothes AV2 was wearing on May 5-6, 2023 | | |
| 426. | Photos—Injury to AV2's face | | |
| 427. | Video—Injury to AV2's face | | |
| 428. | Image—Excerpt from video of Injury to AV2's face | | |
| 429. | Video—Excerpt from AV2 in interview room with KFPD and FBI on July 17, 2023 | | |
| 430. | Photo—CA birth certificate—Justin Joshua Hyche | | |
| 431. | Photo—Certificate of Marriage Registration—Justin Joshua Hyche/Kouassi—NY | | |

| | | | |
|---|---|---|---|
| 432. | Digital file—Petition for name change, Justin Joshua Kouassi to Negasi Ishaiah Zuberi | | |
| 433. | Digital file—Conviction Documents—Superior Court of California County of Alameda, Case Number 20-cr-013334 | | |
| 434. | Photos—HS Produkt Springfield XDM 9x19mm pistol | | |
| 435. | Photos—Remington Arms Company, Model 783, .308 Winchester caliber rifle | | |
| 436. | Photos—Anderson Manufacturing, Model AM-15, multi-caliber rifle | | |
| 437. | Photos—E.R. Amantino (Stoeger), Model Condor Competition, 12 gauge shotgun | | |
| 438. | Photos—Firearm & Ammunition from Pilot (Count 4) | | |
| 439. | Photos—Firearms & Ammunition from trailer (Count 5) | | |
| 440. | Photos—Ammunition from bedroom (Count 6) | | |
| 441. | Photos—Ammunition from garage (Count 7) | | |
| 442. | Documents—Ammunition Storage components | | |
| 443. | Documents—The Gun Room | | |
| 444. | Documents—Limitless | | |
| 445. | Documents—Sportsman's Warehouse Klamath Falls | | |
| 446. | Physical exhibit—CA birth certificate—Justin Joshua Hyche | | |
| 447. | Physical exhibit— Certificate of Marriage Registration—Justin Joshua Hyche/Kouassi—NY | | |
| 448. | Physical exhibit—Petition for name change, Justin Joshua Kouassi to Negasi Ishaiah Zuberi | | |
| 449. | Physical exhibit—Conviction Documents—Superior Court of California, County of Alameda, Case Number 20-cr-013334 | | |
| 450. | Video—Demonstration of TASER Pulse | | |
| 451. | Documents—Item 107-1 from Item 107-Blue notebook from Rachel Clay's file | | |
| 452. | Documents —Item 109-Notepad from 1336 North Eldorado Avenue from Rachel Clay's file | | |
| 453. | Documents —Item 114-Court documents as known writing sample from Rachel Clay's file | | |

**Government's Exhibit List**                                                    **Page 20**

| | | | |
|---|---|---|---|
| 454. | Documents —Item 115-Questioned Documents Secondary Evidence (5 electrostatic lifts) from Rachel Clay's file | | |
| 455. | Video—Demonstration of Cell Phone Jammers by Shelby Quick (eight antennas) | | |
| 456. | Video—Demonstration of Cell Phone Jammers by Shelby Quick (sixteen antennas) | | |
| 457. | Documents —Negasi Zuberi's prints from Stephanie Stewart's file | | |
| 458. | Images—Prints from plastic bag from trailer at 2625 Unity Street (Item 8) from Stephanie Stewart's file | | |
| 459. | Images—Prints from notepad holder with notepad from1336 North Eldorado Avenue and one page (Items 109 & 109-1) from Stephanie Stewart's file | | |
| 460. | Physical exhibit—representative swabs of DNA evidence | | |
| 461. | Audio recording—Negasi Zuberi and Alycia Westfall on July 23, 2023 | | |
| 462. | Audio recording—Negasi Zuberi and Alycia Westfall on July 28, 2023 | | |
| 463. | Audio recording—Negasi Zuberi and Alycia Westfall on July 28, 2023 | | |
| 464. | Audio recording—Negasi Zuberi and family member, on July 27, 2023 at 9:15 p.m. | | |
| 465. | Audio recording—Negasi Zuberi and family member, on August 1, 2023 at 9:36 p.m. | | |
| 466. | Audio recording—Negasi Zuberi and Alycia Westfall on June 24, 2024 at 11:17 a.m. | | |
| 467. | Transcripts—Transcripts embedded in excerpts of audio recordings of Negasi Zuberi | | |
| 468. | Emails—Negasi Zuberi and Alycia Westfall, July 21, 2023 | | |
| 469. | Emails—Negasi Zuberi and Alycia Westfall, July 25, 2023 | | |
| 470. | Emails—Negasi Zuberi and Alycia Westfall, July 27, 2023 | | |
| 471. | Emails—Negasi Zuberi and Alycia Westfall, July 28, 2023 | | |

\\\

\\\

**Government's Exhibit List**                                               **Page 21**

Dated: August 8, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET
NATHAN J. LICHVARCIK
MARCO A. BOCCATO
Assistant United States Attorneys