**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**MICHAEL BERTHOLF**, OSB No. 044642
michaelbertholaw@gmail.com
Law Offices of Michael P Bertholf LLLC
108 Mistletoe St
Medford, OR 97501
Telephone: (541) 245-9167
Facsimile: (541) 773-6790

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:23-cr-00254-MC** |
| **v.** | **EXHIBIT LIST WITH COURT RULINGS AND UPDATED OBJECTIONS TO NEW/UPDATED EXHBITS** |
| **NEGASI ISHAIAH ZUBERI, aka JUSTIN JOSHUA HYCHE, aka SAKIMA ZUBERI** | |
| **Defendant.** | |

The defense originally provided objections to multiple government exhibits which the Court ruled on during the Pretrial Conference in August. That list has been updated to reflect the Court's rulings on those exhibits.[1]

---

[1] For the exhibits that were admitted over the defense objections as contained in ECF No. 147, those objections are preserved for trial.

In addition, the defense has updated the list to reflect its objection (or non-objection) to exhibits that were not previously provided or were recently added. All of the updated objections are highlighted in yellow in order to facilitate the Court's review.

| Exhibit # | Description | Court Ruling or Defense Position to New Exhibits |
|---|---|---|
| 1. | Map—Washington state | Admitted |
| 2. | Map—Seattle, Washington | Admitted |
| 3. | Maps—Aurora Ave. area | Admitted |
| 4. | Aerial photos—Aurora Ave. area | Admitted |
| 5. | Photos—Aurora Ave. and 109th St. | Admitted |
| 6. | Photos—107th St. | Admitted |
| 7. | Drone video—Aurora Ave. area | Admitted |
| 8. | Diagram—Overhead of Honda Pilot interior | No objection |
| 9. | Audio—Two 911 calls from July 15, 2023 | Admitted if Ms. Geary testifies |
| 10. | Video—Sgt. Duval's body camera from July 15, 2023 at KFC in Klamath Falls | Admitted if AV1 testifies |
| 11. | Images—Excerpts from Sgt. Duval's body camera at KFC | Admitted (government is removing 11-7, 11-8, and 11-9) |
| 12. | Photos—KFC parking lot | Admitted |
| 13. | Physical exhibit—Springfield XDM pistol | Admitted |
| 14. | Physical exhibit—Magazine and 19 rounds of ammunition from Springfield pistol | Admitted |
| 15. | Images—Excerpts from Sgt. Duval's body camera of AV1 at hospital | Admitted (government is removing 15-2) |
| 16. | Photos—AV1's injuries, taken at hospital | Admitted |
| 17. | Images—Excerpts from Ofc. Trippet's body camera of AV1 at hospital | Admitted |

| 18. | Images—Excerpts from Ofcs. Trippet's and Gilmore's body cameras of AV1 at 1336 N Eldorado | Admitted |
|---|---|---|
| 19. | Photo—Blue woman's one-piece garment | Admitted |
| 20. | Photo—Blue Puma sweatpants | Admitted |
| 21. | Physical exhibit—Black woman's one-piece garment | Admitted |
| 22. | Photo—Sketch drawn by AV1 of 1336 N Eldorado | Admitted |
| 23. | Maps—Oregon and Klamath Falls area | Admitted |
| 24. | Aerial photo—1336 N Eldorado | Admitted |
| 25. | Photos—Eldorado Ave. | Admitted |
| 26. | Video—Excerpt from Sgt. Fox' body camera at 1336 N Eldorado | Admitted (video only). Audio after initial entry to be muted. |
| 27. | Drone video—1336 N Eldorado and area | No objection |
| 28. | Photos—Front and garage area of 1336 N Eldorado | Admitted |
| 29. | Photos—Rear of 1336 N Eldorado | Admitted |
| 30. | Photos—Fenced area at 1336 N Eldorado | Admitted |
| 31. | Photos—Outside garage side door entryway | Admitted |
| 32. | Photos—Garage side door from inside garage | Admitted |
| 33. | Photo—Garage and concrete structure | Admitted |
| 34. | Photo—Concrete structure exterior | Admitted |
| 35. | Photos—Concrete structure | Admitted |
| 36. | Photos—Interior of concrete structure with chair and water bottles | Admitted |
| 37. | Photo—Inside of concrete structure looking out | Admitted |
| 38. | Photos—Metal security door and screen | Admitted |

| | | |
|---|---|---|
| 39. | Photo—Concrete structure showing door damage and blood | Admitted |
| 40. | Photo—White door showing deadbolt | Admitted |
| 41. | Photo—Deadbolt on white door from outside | Admitted |
| 42. | Photo—Deadbolt on white door from inside | Admitted |
| 43. | Photos—Door jamb area damage | Admitted |
| 44. | Photo—Concrete structure ceiling | Admitted |
| 45. | Photo—Concrete structure side wall | Admitted |
| 46. | Photos—Concrete structure floor and stain | Admitted |
| 47. | Removed by government | N/A |
| 48. | Photos—Metal security door with placard V | Admitted |
| 49. | Photos—Concrete structure door jamb with placard W | Admitted |
| 50. | Photos—Concrete structure door/foam area, placard X | Admitted |
| 51. | Photos—Outside of fence, placard A | Admitted |
| 52. | Photos—Inside of fence, placards B and C | Admitted |
| 53. | Photo—Garage in front of concrete structure | Admitted |
| 54. | Photos—Garage workbench | Admitted |
| 55. | Photos—Concrete structure doors with insulation, adhesive, and hanging metal screen | Admitted |
| 56. | Photos—Insulation on exterior door | Admitted |
| 57. | Photo—Concrete structure from exterior | Admitted |
| 58. | Photos—Concrete structure interior and soundproofing | Admitted |
| 59. | Photo—Concrete structure ceiling | Admitted |
| 60. | Photos—Master bedroom and bed | Admitted |

| 61. | Photo—Master bedroom closet and pistol case | Admitted |
|---|---|---|
| 62. | Photo—Pistol case closeup | Admitted |
| 63. | Photo—Paperwork for Prentice Smith in pistol case | Admitted |
| 64. | Photos—Master bedroom closet with drawers | Admitted |
| 65. | Photo—Firearm barrel and upper receiver | Admitted |
| 66. | Photo—ID in master bedroom closet drawer | Admitted |
| 67. | Photo—Check from Home Depot to Negasi Zuberi and check from tenant | Admitted (government is redacting portion) |
| 68. | Photos—Ballistic vest and magazines on floor and bed | Admitted (government redacted 68-1 and 68-2) |
| 69. | Photos—Home Depot receipts | Admitted |
| 70. | Photo—Notebook with Prowler trailer folder | Admitted |
| 71. | Photos—Backpack with passport of Negasi Zuberi ~~and children in master bedroom~~ | Admitted (government is removing 71-1 and renumbering 71-2) |
| 72. | Photo—Name change decree | Admitted |
| 73. | Photo—Metal ammunition can | Admitted |
| 74. | Photo—Keys in metal ammunition can | Admitted |
| 75. | Photo—Plastic ammunition can | Admitted |
| 76. | Photos—Notepad in holder and contents; Operation Take Over and sketch | Admitted (redacted) |
| 77. | Photo—Luggage with holster | Admitted (government has agreed to redact a portion) |
| 78. | Photo—Master bedroom and seized items on bed | Admitted (government redacts ballistic vest) |
| 79. | Photos—Exterior stairway on right side of house | Admitted |
| 80. | Photo—Exterior window covered and blocks-right side of house | Admitted |

| | | |
|---|---|---|
| 81. | Photos—Exterior person doors to garage and house | Admitted |
| 82. | Photo—Person door to garage, blood on doorknob | Admitted |
| 83. | Photo—Person door to garage, view into garage | Admitted |
| 84. | Photo—Garage-left side of garage | Admitted |
| 85. | Photo—Curtain behind concrete structure | Admitted |
| 86. | Photos—Purse in garage | Admitted |
| 87. | Photos—Material on top of concrete structure | Admitted |
| 88. | Photos—Garage fiberglass and insulation photo | Admitted |
| 89. | Photo—Blue journal with leather cord on bed | Admitted |
| 90. | Photos—Belongings of Prentice Smith in garbage bags | Admitted |
| 91. | Photos—Prentice Smith's passport, mail, ~~and military identification tags~~ | Admitted (government is removing 91-2) |
| 92. | Videos—Det. Dougherty's body camera from July 15, 2023, at 1336 N Eldorado | Admitted (government to mute audio except for initial portion) |
| 93. | Diagram—Residence at 1336 N Eldorado | No objection |
| 94. | Removed by government | N/A |
| 95. | Diagram—Garage and location of items | No objection |
| 96. | Removed by government | N/A |
| 97. | Removed by government | N/A |
| 98. | Removed by government | N/A |
| 99. | Physical exhibit—Black notepad holder and notepad with Operation Take Over and drawing | Admitted |
| 100. | Physical exhibit—Springfield pistol case in upstairs bedroom | Admitted |

| | | |
|---|---|---|
| 101. | Physical exhibit—Klamath Community College ID | Admitted |
| 102. | Physical exhibit—U.S. passport in name of Justin Hyche | Admitted |
| 103. | Physical exhibit—Blink camera | Admitted |
| 104. | Physical exhibit—Ammunition can, plastic | Admitted |
| 105. | Physical exhibit—Keys from metal ammunition can | Admitted |
| 106. | Physical exhibit—Ammunition can, metal | Admitted |
| 107. | Physical exhibit—Handcuffs in box from upstairs bedroom | Admitted |
| 108. | Physical exhibit—Police patches from upstairs bedroom closet | Admitted |
| 109. | Physical exhibit—Ballistic vest with three magazines | Admitted |
| 110. | Physical exhibit—NY driver license— Justin Kouassi | Admitted |
| 111. | Physical exhibit—Leg irons from garage workbench | Admitted |
| 112. | Physical exhibit—Handcuffs from garage workbench | Admitted |
| 113. | Physical exhibit—Key ring from garage workbench | Admitted |
| 114. | Physical exhibit—Key ring from garage workbench | Admitted |
| 115. | Physical exhibit—Purse in garage | Admitted |
| 116. | Physical exhibit—White chair in concrete structure | Admitted |
| 117. | Physical exhibit—Black metal door to concrete structure | Admitted |
| 118. | Physical exhibit—Fiji water bottle from concrete structure | Admitted |
| 119. | Physical exhibit—Deadbolt from concrete structure | Admitted |

| 120. | Physical exhibit—Ammunition on and under workbench | Admitted |
|------|-------------------------------------------------|----------|
| 121. | Physical exhibit—Doorknob removed from garage door | Admitted |
| 122. | Physical exhibit—Barrel and upper receiver for 6mm rifle | Admitted |
| 123. | Physical exhibit—Metal security door | Admitted |
| 124. | Physical exhibit—Flash drive from security system | Admitted |
| 125. | Physical exhibit—Condoms from AV1's purse | Admitted |
| 126. | Photo—Garage workbench | Admitted |
| 127. | Photo—Deadbolt in box | Admitted |
| 128. | Photo—Loaded curved magazine and three boxes of 7.62 ammunition on workbench | Admitted |
| 129. | Photo—Closeup of magazine and boxes | Admitted |
| 130. | Photo—Box of Remington 9mm Luger ammunition and magazine on workbench | Admitted |
| 131. | Photo—Closeup of Remington ammunition box | Admitted |
| 132. | Photo—New Frontier box | Admitted |
| 133. | Photo—Blazer 9mm Luger ammunition box | Admitted |
| 134. | Photo—Ammunition box under garage workbench | Admitted |
| 135. | Photo—Closeup of Blazer ammunition box and bullets | Admitted |
| 136. | Photo—Drill bit and parts | Admitted |
| 137. | Photo—AR-15 lower parts kit | Admitted |
| 138. | Photo—AR-15 lower drill instructions | Admitted |
| 139. | Photo—AR-15 lower on garage floor | Admitted |
| 140. | Photo—AR-15 lower closeup | Admitted |
| 141. | Photo—USPS box to Negasi Zuberi | Admitted |

| 142. | Photo—Contents of USPS box-5D Tactical | Admitted |
|---|---|---|
| 143. | Photo—Firearm component in 5D Tactical box | Admitted |
| 144. | Photo—Master bedroom drawer, left side of bed | Admitted |
| 145. | Photo—Closeup of hard drive from left side drawer | Admitted |
| 146. | Removed by government | N/A |
| 147. | Photo—Master bedroom drawer, right side of bed | Admitted |
| 148. | Photo—Closeup of right side drawer | Admitted |
| 149. | Photo—Blue journal with leather cord on bed | Admitted |
| 150. | Photo—Targets list and other writing from blue journal | Admitted (Redacted 150-3, 150-5, 150-6) |
| 151. | Removed by government | N/A |
| 152. | Photo—Desktop computer and camera | Admitted |
| 153. | Removed by government | N/A |
| 154. | Photo—Camera below television | Admitted |
| 155. | Photo—48 Laws of Power and The Art of War books | Admitted (government to redact one book) |
| 156. | Photo—Back side of concrete structure | Admitted |
| 157. | Photo—Financial cards in name of Negasi Zuberi and Justin Kouassi | Admitted |
| 158. | Photo—Inside of concrete structure, right side of door | Admitted |
| 159. | Photo—Inside of concrete structure, right side of door, sheetrock removed | Admitted |
| 160. | Photo—Inside of concrete structure, right side of door, insulation removed | Admitted |
| 161. | Photo-—Inside of concrete structure, left side of door, sheetrock removed | Admitted |

| 162. | Photo—Inside of concrete structure, left side of door, insulation removed | Admitted |
|---|---|---|
| 163. | Videos—Four videos of SA Gluesenkamp walking through the residence on July 19, 2023 | Admitted to video (government will mute any audio, remove portion relating to children's bedroom, and remove scene from the bathroom) |
| 164. | Images—House interior layout and exterior excerpts from SA Gluesenkamp's videos | Admitted (government to remove 164-17) |
| 165. | Physical exhibit—Drywall from concrete structure | Admitted |
| 166. | Physical exhibit—8 rounds of 9mm Blazer ammunition | Admitted |
| 167. | Physical exhibit—3 boxes of Wolf 7.62 ammunition | Admitted |
| 168. | Physical exhibit—Blue journal with leather cord and Targets list | Admitted |
| 169. | Physical exhibit—25 round 6mm magazine | Admitted |
| 170. | Physical exhibit—7.62 magazine | Admitted |
| 171. | Physical exhibit—29 rounds of 7.62 ammunition | Admitted |
| 172. | Physical exhibit—Two 6mm magazines | Admitted |
| 173. | Physical exhibit—30 rounds of Hornady 6mm ammunition | Admitted |
| 174. | Physical exhibit—Box of Remington 9mm ammunition | Admitted |
| 175. | Physical exhibit—Deadbolt in box addressed to Sakima Zuberi | Admitted |
| 176. | Map—Oregon and Nevada | Admitted |
| 177. | Map—Reno area | Admitted |
| 178. | Map—Reno Walmart | Admitted |
| 179. | Images—Surveillance video excerpts Walmart in Reno | Admitted |
| 180. | Video—Excerpt from Officer Albert's body camera from Reno | Admitted [as to the version that was proposed after the defense objection] |

| | | |
|---|---|---|
| 181. | Video— Excerpts from Officer Staples' body camera from Reno | Admitted [as to the version that was proposed after the defense objection] |
| 182. | Video—Excerpts from Officer Broadway's body camera from Reno | Admitted [as to the version that was proposed after the defense objection] |
| 183. | Video—Excerpts from TFO Griebel's body camera from Reno | Admitted [as to the version that was proposed after the defense objection] |
| 184. | Images—Excerpts from videos of traffic stop of Negasi Zuberi in Reno | Admitted |
| 185. | Images—Excerpts from patrol car showing Negasi Zuberi in Walmart parking lot and with foot out | Admitted |
| 186. | Images—Excerpts from patrol car showing Negasi Zuberi being arrested | Admitted |
| 187. | Removed by government | N/A |
| 188. | Removed by government | N/A |
| 189. | Photos of exterior of Honda Pilot in Reno | Admitted (government to remove 189-3) |
| 190. | Photos of blood and knife inside Honda Pilot | Admitted |
| 191. | Image—Closeup of Negasi Zuberi's face from body camera in Reno, NV | Admitted |
| 192. | Transcript—Transcripts embedded in excerpts of Officers Broadway's, Staples', and Griebel's body camera videos | Admitted subject to review of the transcripts and understanding that they will not go back with the jury. |
| 193. | Photos—Honda Pilot | Admitted |

| | | |
|---|---|---|
| 194. | Photos—Interior of Pilot, driver and front passenger area | Admitted (government to remove 194-2, 194-3, 194-4) |
| 195. | Photos—Honda Pilot interior middle row area | Admitted (government to remove 195-1, 195-3) |
| 196. | Photo—Honda Pilot rear passenger seat | Admitted |
| 197. | Removed | N/A |
| 198. | Photos—Cell phone case found in Pilot and contents | Admitted |
| 199. | Photos—Garmin GPS device found in Pilot | Admitted |
| 200. | Photos—Pilot dash area and Loves receipt | Admitted |
| 201. | Photos—Safeway receipt from July 14, 2023 found in Pilot | Admitted |
| 202. | Photos—Home Depot receipt found in Pilot | Admitted |
| 203. | Photos—Pilot ceiling sunglass pocket and vehicle registration papers | Admitted |
| 204. | Photos—Pilot ceiling sunglass pocket and handcuff key | Admitted |
| 205. | Photos—Pilot center console and RV Sales card and LandAirSea shipping receipt from console | Admitted |
| 206. | Photos—Pilot console and 9mm bullet from console | Admitted |
| 207. | Photos—Pilot door pocket and Dollar Tree receipt from July 15, 2023, for bleach and paper towels | Admitted |
| 208. | Photo—Black backpack found in Pilot | Admitted |
| 209. | Photos—Tire spikes found in backpack from Pilot | Admitted |
| 210. | Photos—Negasi Zuberi's U.S. passport, name change paperwork, and Social Security card and New York Driver License in name of Justin Kouassi | Admitted |
| 211. | Photos—MacBook laptop from backpack found in Pilot | Admitted |

| 212. | Photos—Contents of brown bag from Pilot with two cell phones, clothes, flashlight, binoculars and zip ties | Admitted |
|------|------|------|
| 213. | Photos—Flashlight, binoculars and zip ties from brown bag from Pilot | Admitted |
| 214. | Photos—Rear seat pocket and receipts from Pilot | Admitted |
| 215. | Photos—Papers and aluminum foil on floor of Pilot | Admitted |
| 216. | Photo—Cody's Repair receipt from July 10, 2023 | Admitted |
| 217. | Photo—July 7, 2023, Aurora Ave. Safeway receipt from Pilot | Admitted |
| 218. | Photo—Keys from Pilot | Admitted |
| 219. | Photos—Dreamgirls at Rick receipt from July 7, 2023 | Admitted |
| 220. | Photos—Pilot center console area | Admitted |
| 221. | Photos—Clothes in front passenger area of Pilot | Admitted |
| 222. | Photo—Wine bottle in front passenger area of Pilot | Admitted |
| 223. | Photos—Pilot middle row area and bleach cleaner | Admitted |
| 224. | Photos—9mm casing in Pilot | Admitted |
| 225. | Photos—Condom wrapper in Pilot | Admitted |
| 226. | Removed by the government | N/A |
| 227. | Photos—Home Depot receipt from June 30, 2023 from Pilot | Admitted |
| 228. | Photos—Aluminum foil from Pilot | Admitted |
| 229. | Removed by the government | N/A |
| 230. | Photo—Charcoal toothpaste | Admitted |
| 231. | Photos—Fiji water bottles | Admitted |
| 232. | Photo—Sportsman's Warehouse receipt | Admitted |

| 233. | Removed by the government | N/A |
|---|---|---|
| 234. | Removed by the government | N/A |
| 235. | Physical exhibit—Negasi Zuberi's cell phone and cover | Admitted |
| 236. | Physical exhibit—Negasi Zuberi's cell phone case and contents | Admitted |
| 237. | Physical exhibit—AV1's cell phone | Admitted |
| 238. | Physical exhibit—Garmin GPS device | Admitted |
| 239. | Physical exhibit—Handcuff key from sunglass pocket | Admitted |
| 240. | Physical exhibit—Key chain with handcuff key | Admitted |
| 241. | Physical exhibit—Spent 9mm casing | Admitted |
| 242. | Physical exhibit—9mm bullet | Admitted |
| 243. | Physical exhibit—Dollar Tree receipt | Admitted |
| 244. | Removed by the government | N/A |
| 245. | Physical exhibit— Negasi Zuberi's U.S. passport; Social Security card and New York Driver License in name of Justin Kouassi | Admitted |
| 246. | Physical exhibit—Flashlight, binoculars, zip ties and toiletries | Admitted |
| 247. | Physical exhibit—Bleach cleaner bottle | Admitted |
| 248. | Physical exhibit—Aluminum foil | Admitted |
| 249. | Physical exhibit—Home Depot and shipping receipts | Admitted |
| 250. | Removed by the government | N/A |
| 251. | Physical exhibit—Alycia Westfall's cell phone | Admitted |
| 252. | Physical exhibit—Brown bag and contents | Admitted |
| 253. | Physical exhibit—Bag with JC Penny's receipt and clothing | Admitted |

| 254. | Physical exhibit—Aluminum foil (x2) | Admitted |
|---|---|---|
| 255. | Physical exhibit—Loves receipt | Admitted |
| 256. | Physical exhibit—Partial condom wrapper | Admitted |
| 257. | Video—Surveillance video from Portland, OR Safeway on July 14, 2023 | Admitted |
| 258. | Images—Excerpts from surveillance video from Portland, OR Safeway on July 14, 2023 | Admitted |
| 259. | Video—Surveillance video from Woodland, WA, Safeway on July 14, 2023 | Admitted |
| 260. | Images—Excerpts from surveillance video from Woodland, WA, Safeway on July 14, 2023 | Admitted |
| 261. | Video—Surveillance video from Klamath Falls Loves gas station on July 15, 2023 | Hold for review |
| 262. | Images—Excerpts from surveillance video from Klamath Falls Loves gas station on July 15, 2023 | Admitted |
| 263. | Videos—Negasi Zuberi and Honda Pilot in Tulelake, CA | Admitted |
| 264. | Removed | N/A |
| 265. | Removed | N/A |
| 266. | Location data—LandAirSea data for Negasi Zuberi | Admitted |
| 267. | Location data—Garmin data for the Honda Pilot and Negasi Zuberi from July 15, 2023 at 3:40:02 | Admitted |
| 268. | Location data—Cellphone handset data from Alycia Westfall's cell phone | Admitted |
| 269. | Phone records—T-Mobile toll records for Negasi Zuberi | Admitted |
| 270. | Digital file—CAST report from SA Kennedy regarding location data | Hold for review and will be subject to expert testifying |
| 271. | Physical exhibit—CAST report | Hold for review and will be subject to expert testifying |
| 272. | Photo—Hampton Landing area, Oregon | Admitted |

| | | |
|---|---|---|
| 273. | Photo—Shell Station, Halsey, Oregon | Admitted |
| 274. | Map—Merrill Gas Station & Convenience Store | Admitted (amended version) |
| 275. | Images—Surveillance video excerpts Merrill Gas Station & Convenience Store | Admitted |
| 276. | Surveillance Video— Merrill Gas Station & Convenience Store (July 16, 2023) | No objection |
| 277. | Photo—Nissan Altima | Admitted |
| 278. | Photos—Home Depot receipt in Altima driver door pocket | Admitted |
| 279. | Photos—AAA Discount storage paperwork and receipt | Admitted (as amended) |
| 280. | Photos—Home Depot receipt in Altima passenger door pocket | Admitted |
| 281. | Photo—Home Depot receipt | Admitted |
| 282. | Photo—Concrete anchors | Admitted |
| 283. | Photo—Honda paperwork and receipts | Admitted |
| 284. | Physical exhibit—AAA Discount Storage paperwork and receipt | Admitted |
| 285. | Physical exhibits—Home Depot receipts and return paperwork | Admitted |
| 286. | Physical exhibit—Concrete anchors | Admitted |
| 287. | Aerial photos—AAA Discount Storage and Home Depot area | Admitted |
| 288. | Photos—Exterior of AAA Discount Storage | Admitted |
| 289. | Photos—Inside AAA Discount Storage around area of Prowler trailer | Admitted |
| 290. | Photos—Exterior of trailer | Admitted |
| 291. | Photos—Trailer with door open | Admitted |
| 292. | Photo—Taser, magazine and laptop inside trailer | Admitted |
| 293. | Video—Interior of trailer | Admitted (government to mute audio) |
| 294. | Photo—Pile of items by door | Admitted |

| | | |
|---|---|---|
| 295. | Photo—Back to front of trailer | Admitted |
| 296. | Photo—Back of trailer | Admitted |
| 297. | Photo—Front of trailer | Admitted |
| 298. | Photo—Back and door area of trailer | Admitted |
| 299. | Photo—Side of trailer bathroom | Admitted |
| 300. | Photo—Trailer bathroom mirror | Admitted |
| 301. | Photo—Negasi Zuberi and Alycia Westfall | Admitted |
| 302. | Photos—Name change paperwork | Admitted (redacted 302-1) |
| 303. | Photo—Plastic bag in trailer with used condoms | Admitted |
| 304. | Photo—Bedding and cellphone jammer spike in trailer | Admitted |
| 305. | Photo—Shotgun inside blanket in trailer | Admitted |
| 306. | Photo—Shotgun in trailer | Admitted |
| 307. | Photo—Shotgun and shotgun shell in trailer | Admitted |
| 308. | Photo—Cellphone jammers on floor of trailer | Admitted |
| 309. | Photo—Rifle in case on trailer bed | Admitted |
| 310. | Photo—Trailer shelf | Admitted |
| 311. | Photo—Aluminum foil and tape in trailer | Admitted |
| 312. | Photos—Taser outside | Admitted |
| 313. | Photo—Silver and black handcuffs outside | Admitted |
| 314. | Photo—Backpack, cellphone jammers and handcuffs outside | Admitted |
| 315. | Photo—Backpack inside with cellphone jammers, gloves, handcuffs and beanie | Admitted |
| 316. | Photo—Cellphone jammers | Admitted (as amended) |
| 317. | Photos—Plug in electronic device | Admitted |
| 318. | Photos—Pistol holsters | Admitted |

| | | |
|---|---|---|
| 319. | Photos—AM-15 rifle | Admitted |
| 320. | Photos—Remington rifle | Admitted |
| 321. | Photos—Stoeger shotgun | Admitted |
| 322. | Photos—Pistol magazines and ammunition | Admitted |
| 323. | Photos—Rifle magazine and ammunition | Admitted |
| 324. | Photo—Two shotgun shells | Admitted |
| 325. | Photo—Charcoal toothpaste | Admitted |
| 326. | Photo—Remington rifle box flap and receipts | Admitted |
| 327. | Photo—Shipping label to Prentice Smith | Admitted |
| 328. | Physical exhibit—AR-15 style rifle | Admitted |
| 329. | Physical exhibit—Remington .308 rifle | Admitted |
| 330. | Physical exhibit—Stoeger 12 GA shotgun | Admitted |
| 331. | Physical exhibit—Magazines | Admitted |
| 332. | Physical exhibit—Pistol holsters | Admitted |
| 333. | Physical exhibit— Mesh backpack with gloves, beanie, handcuffs, antennas | Admitted |
| 334. | Physical exhibit—Taser and cartridges | Admitted |
| 335. | Physical exhibit—Black pair of handcuffs | Admitted |
| 336. | Physical exhibit—Silver pair of handcuffs | Admitted |
| 337. | Physical exhibit—12 GA ammunition | Admitted |
| 338. | Physical exhibit—9mm ammunition | Admitted |
| 339. | Physical exhibit—5.56 ammunition | Admitted |
| 340. | Physical exhibit—Cell phone jammer-16 antenna | Admitted |
| 341. | Physical exhibit—Cell phone jammer-8 antenna | Admitted |
| 342. | Physical exhibit—Paperwork for firearms and accessories | Admitted |

| 343. | Physical exhibit—Plug in electronic device | Admitted |
|---|---|---|
| 344. | Removed | N/A |
| 345. | Removed | N/A |
| 346. | Removed | N/A |
| 347. | Financial records—Key Bank | Admitted (government will replace with non-highlighted version) |
| 348. | Financial records—Bank records from May 6, 2023, withdrawal of $300 | Admitted |
| 349. | Online purchases—Amazon records | Admitted |
| 350. | Online purchases—Excerpt of Amazon records | Admitted |
| 351. | Surveillance Video—Home Depot (May 17, 2023 to July 2, 2023) | No objection subject to witness explaining what the timestamps are for each photo |
| 352. | Documents—Receipts received from Home Depot | Admitted |
| 353. | Photos—FBI Documenting concrete structure | Admitted |
| 354. | Photos—Concrete structure measuring and construction, from iCloud account | Admitted |
| 355. | Photos—Concrete structure deconstruction | Admitted |
| 356. | Documents—Notes from garage clean up | Admitted (subject to witness who drafted it testifying about it) |
| 357. | Documents—Klamath Falls landfill receipts | Admitted |
| 358. | Video—Blink camera video of Alycia Westfall leaving, May 5, 2023 | Admitted |
| 359. | Image—Screenshot from video of Alycia Westfall leaving | Admitted |
| 360. | Video—Blink camera video of Negasi Zuberi in kitchen, May 5, 2023 at 7:55 p.m. | Admitted |
| 361. | Image—Screenshot from video of Negasi Zuberi in kitchen | Admitted |

| 362. | Videos—Blink camera videos of Negasi Zuberi in kitchen, May 5, 2023 at 11:01 and 11:04 p.m. | Admitted |
|---|---|---|
| 363. | Image—Screenshot from video of Negasi Zuberi leaving kitchen | Admitted |
| 364. | Video—Blink camera video of male in kitchen talking on phone, May 6, 2023 at 12:58 a.m. | Admitted (subject to witness who is in video testifying to its contents) |
| 365. | Videos—Blink camera videos of Negasi Zuberi in kitchen then walking towards garage with blanket, May 6, 2023 at 2:28 and 2:29 a.m. | Admitted |
| 366. | Images—Screenshots from video of Negasi Zuberi in kitchen and walking towards garage | Admitted |
| 367. | Videos—Blink camera videos of Zuberi holding a pistol, May 7, 2023 | Admitted (government to remove all video of Ms. Westfall and child) |
| 368. | Images—Screenshots from May 7, 2023 kitchen videos | Admitted (government will remove 368-1) |
| 369. | Videos—Blink camera videos of Alycia Westfall and Mr. Zuberi talking in kitchen, May 7, 2023 | Admitted (government will remove discussion of children's room) |
| 370. | Video—Blink camera video of Negasi Zuberi holding a firearm part | Admitted |
| 371. | Image—Screenshot from video of Negasi Zuberi holding a firearm part | Admitted |
| 372. | Image—Screenshot from video of Negasi Zuberi holding a firearm upstairs | Admitted |
| 373. | Removed | N/A<br>*Objection was sustained to proposed exhibit* |

| 374. | Messages-Negasi Zuberi and Alycia Westfall on July 15, 2023 regarding meeting | Admitted (government will redact) |
|---|---|---|
| 375. | Messages-Negasi Zuberi and Alycia Westfall on July 16, 2023 regarding Merrill address | Admitted |
| 376. | Removed by government | N/A |
| 377. | Messages—Negasi Zuberi asking about acquiring taser, September 1, 2022 | Admitted |
| 378. | Removed by government | N/A |
| 379. | Messages—Negasi Zuberi asking Tyler Archibald about constructing an underground concrete structure | Admitted |
| 380. | Messages—Negasi Zuberi asking Tyler Archibald about what material is used for jail floors | Admitted |
| 381. | Message—Negasi Zuberi sending Tyler Archibald an image of a cell phone jammers, December 28, 2022 | Admitted |
| 382. | Messages—Negasi Zuberi asking Tyler Archibald about building a concrete structure that a person can't break with their hands | Admitted |
| 383. | Message—Negasi Zuberi telling Tyler Archibald that he has a pistol and including a picture | Admitted |
| 384. | Message—Negasi Zuberi discussing trading firearms with a family member, and sending a picture of firearms | Admitted |
| 385. | Video—Negasi Zuberi holding a pistol, from iCloud, November 28, 2022 | Admitted |
| 386. | Video—Negasi Zuberi with pistol, from iCloud | Admitted (government will remove audio) |
| 387. | Video—Negasi Zuberi with pistol, from iCloud | Admitted (government will remove audio) |

| | | |
|---|---|---|
| 388. | Video—Negasi Zuberi saying and showing that he has an RV, Nov. 6, 2022 | Admitted |
| 389. | Removed by the government | N/A |
| 390. | Video—Negasi Zuberi saying that he has the Honda back, from iCloud, June 27, 2023, | Admitted. |
| 391. | Images—Screenshot of Dayton Tactical order for 80% AR-15 lower receiver from iCloud, October 22, 2022 | Admitted |
| 392. | Photos—Prowler trailer from iCloud account, November 15, 2022 | Admitted |
| 393. | Photo—Remington .308 rifle box label from iCloud account, November 17, 2022 | Admitted |
| 394. | Image—Screenshot from iCloud account of 32 round magazine for XD(M) 9mm from PistolGear, December 7, 2022 | Admitted |
| 395. | Photo—Springfield pistol on The Art of War book, from iCloud account, December 21, 2022 | Admitted |
| 396. | Removed | N/A<br><br>*Objection was sustained to original objection* |
| 397. | Photo—AAA Discount Storage paperwork from iCloud account, January 24, 2023 | Admitted |
| 398. | Image—Screenshot of cell phone jammer, from iCloud | Admitted |
| 399. | Image—Screenshot of XDM pistol conversion kit, from Negasi Zuberi's iPhone, March 29, 2023 | Admitted |
| 400. | Photo—Firearms on bed, sent via message by Negasi Zuberi, March 29, 2023 | Admitted |
| 401. | Image—Screenshot of Google Maps use on iPhone, from iCloud account, May 6, 2023 at 1:20 a.m. | Admitted |
| 402. | Digital files—Creation of contact in Negasi Zuberi's phone for Girl from Pikey | Admitted |

| 403. | Image—Screenshot of payment to AAA Discount Storage by Negasi Zuberi, June 19, 2023 | Admitted |
|---|---|---|
| 404. | Digital file—Browser history from MacBook | Admitted |
| 405. | Photo—Negasi Zuberi crying in Pilot in Reno, July 16, 2023, child's face redacted | Admitted |
| 406. | Removed | N/A<br><br>*Objection to original exhibit sustained* |
| 407. | Photo—Tule Lake, from iCloud, July 15, 2023 | Admitted |
| 408. | Photos—Taken from Honda Pilot in Reno on July 16, 2023 | Admitted |
| 409. | Photos—The Pikey exterior | No objection |
| 410. | Photos—The Pikey interior | No objection |
| 411. | Photo—AV2 and friends at The Pikey on May 5, 2023 | Admitted |
| 412. | Photos—AV2 and friend at The Pikey on May 5, 2023 | Admitted |
| 413. | Videos—AV2 and friend at The Pikey on May 5, 2023 | Admitted |
| 414. | Image—Screenshot of Negasi Zuberi's Instagram taken by AV2 | Admitted |
| 415. | Video—Negasi Zuberi at The Pikey talking to male at pool table on May 6, 2023 | Admitted (government agrees to mute audio) |
| 416. | Video—Negasi Zuberi leaving The Pikey with male and female on May 6, 2023, at 12:53 a.m. | Admitted (government agrees to mute audio) |
| 417. | Video—Negasi Zuberi walking up outside of The Pikey and leaving with AV2 on May 6, 2023, at 1:08 a.m. | Admitted to video (government agrees to mute audio) |
| 418. | Images—Screenshots from surveillance video of Negasi Zuberi in and outside of The Pikey | Admitted |
| 419. | Removed by government | N/A |

| | | |
|---|---|---|
| 420. | Photo—Sketch from AV2 of rural area | Admitted |
| 421. | Photo—Sketch of garage by AV2 | Admitted |
| 422. | Photos—Chase Bank in Klamath Falls | Admitted |
| 423. | Photos—AV2's former street and residence (include where dropped off) | Admitted |
| 424. | Removed by government | N/A |
| 425. | Photo—Clothes AV2 was wearing on May 5-6, 2023 | Admitted |
| 426. | Photos—Injury to AV2's face | Admitted |
| 427. | Video—Injury to AV2's face | Admitted |
| 428. | Image—Excerpt from video of Injury to AV2's face | Admitted |
| 429. | Video—Excerpt from AV2 in interview room with KFPD and FBI on July 17, 2023 | Objection – not admissible unless AV2 is impeached, and it qualifies as prior consistent statement |
| 430. | Removed | N/A |
| 431. | Removed | N/A |
| 432. | Removed | N/A |
| 433. | Removed | N/A |
| 434. | Photos—HS Produkt Springfield XDM 9x19mm pistol | Admitted. |
| 435. | Removed | N/A |
| 436. | Photos—Anderson Manufacturing, Model AM-15, multi-caliber rifle | Admitted. |
| 437. | Removed | N/A |
| 438. | Photos—Firearm & Ammunition from Pilot (Count 4) | No objection |
| 439. | Photos—Firearms & Ammunition from trailer (Count 5) | No objection |

| | | |
|---|---|---|
| 440. | Photos—Ammunition from bedroom (Count 6) | No objection |
| 441. | Photos—Ammunition from garage (Count 7) | No objection |
| 442. | Documents—Ammunition Storage components | Admitted |
| 443. | Removed by government | N/A |
| 444. | Documents—Limitless | Admitted |
| 445. | Documents—Sportsman's Warehouse Klamath Falls | Admitted |
| 446. | Removed | N/A |
| 447. | Removed | N/A |
| 448. | Removed | N/A |
| 449. | Removed | N/A |
| 450. | Video—Demonstration of TASER Pulse | No objection subject to testimony of expert regarding video |
| 451. | Documents—Item 107-1 from Item 107-Blue notebook from Rachel Clay's file | Admitted |
| 452. | Documents —Item 109-Notepad from 1336 North Eldorado Avenue from Rachel Clay's file | Admitted |
| 453. | Documents —Item 114-Court documents as known writing sample from Rachel Clay's file | Admitted |
| 454. | Documents —Item 115-Questioned Documents Secondary Evidence (5 electrostatic lifts) from Rachel Clay's file | Admitted |
| 455. | Video—Demonstration of Cell Phone Jammers by Shelby Quick (eight antennas) | Admitted |
| 456. | Video—Demonstration of Cell Phone Jammers by Shelby Quick (sixteen antennas) | Admitted |
| 457. | Documents —Negasi Zuberi's prints from Stephanie Stewart's file | Admitted |

| 458. | Images—Prints from plastic bag from trailer at 2625 Unity Street (Item 8) from Stephanie Stewart's file | No objection |
|------|------|------|
| 459. | Images—Prints from notepad holder with notepad from 1336 North Eldorado Avenue and one page (Items 109 & 109-1) from Stephanie Stewart's file | No objection |
| 460. | Physical exhibit—representative swabs of DNA evidence | Admitted |
| 461. | Audio recording—Negasi Zuberi and Alycia Westfall on July 23, 2023 | No objection to redacted version/selection subject to original objection that Court overruled |
| 462. | Audio recording—Negasi Zuberi and Alycia Westfall on July 28, 2023 | No objection to redacted version/selection subject to original objection that Court overruled |
| 463. | Audio recording—Negasi Zuberi and Alycia Westfall on July 28, 2023 | No objection to redacted version/selection subject to original objection that Court overruled |
| 464. | Removed by the government | N/A |
| 465. | Audio recording—Negasi Zuberi and family member, on August 1, 2023 at 9:36 p.m.<br><br>12:02 (I told her) to 13:04 (they don't) | No objection to redacted version/selection subject to original objection that Court overruled |
| 466. | Audio recording—Negasi Zuberi and Alycia Westfall on June 24, 2024 at 11:17 a.m.<br><br>2:01-4:19 | No objection to redacted version/selection subject to original objection that Court overruled |

| | | |
|---|---|---|
| 467. | Transcripts—Transcripts embedded in excerpts of audio recordings of Negasi Zuberi | No objection subject to original objection that Court overruled and that they are not provided to the jury. |
| 468. | Emails—Negasi Zuberi and Alycia Westfall, July 21, 2023 | Admitted |
| 469. | Removed by government | N/A |
| 470. | Emails—Negasi Zuberi and Alycia Westfall, July 27, 2023 | Admitted (government will redact) |
| 471. | Emails—Negasi Zuberi and Alycia Westfall, July 28, 2023 | Admitted (government will redact) |
| 472. | Photo – AV1 | Hold for review |
| 473. | Documents—AAA Discount Storage Ledger and Rental Agreement | No objection |
| 474. | Document—Rental Agreement for 1336 N Eldorado | No objection |
| 475. | Videos—AV2 on May 6, 2023 | No objection |
| 476. | Images—Excerpts from AV2's May 6, 2023 videos | No objection |
| 477. | Messages—Negasi Zuberi and Brenden Westfall regarding rent | No objection |
| 478. | Messages—Negasi Zuberi and Bradley Sticklin regarding wi-fi password | No objection (subject to objection to references to Army that Court previously overruled) |
| 479. | Photos—Aurora Ave. at night | No objection |
| 480. | Removed | N/A |
| 481. | Photo—Maverick Motel in Klamath Falls | No objection |
| 482. | Image—Screenshot of Honda Pilot in Tulelake | No objection |
| 483. | Photos—Tulelake, California | No objection |
| 484. | Map—Klamath Falls, Merrill, and Tulelake | No objection |
| 485. | Photos—SANE exam of AV1 | No objection subject to the SANE examiner testifying/authenticating |

| | | |
|---|---|---|
| 486. | Photos—Handcuffs and leg iron | No objection |
| 487. | Photos—White streak marks in interior of Honda Pilot | Objection unless government establishes relevance through witness testimony |
| 488. | Image—Screenshot of Alycia Westfall on July 15, 2023 | No objection |
| 489. | Removed | N/A |
| 490. | Photo—LandAirSea trackers | No objection |
| 491. | Physical exhibit—LandAirSea trackers | No objection |
| 492. | Photos—Taser and cartridges | No objection |
| 493. | Photos—FBI lab—Blue Puma sweatpants, used condom, handcuffs, one-piece garment and guns | No objection |
| 494. | Document—Declaration of Jeff Byram | No objection |
| 495. | Photos—1336 N Eldorado prior to being rented by Negasi Zuberi | No objection |
| 496. | Photos—Neighbor's house next to 1336 N Eldorado | Hold for review |
| 497. | Removed | N/A |
| 498. | Document—Rachel Clay's handwriting presentation | Hold for review |
| 499. | Audio recording—Negasi Zuberi on June 22, 2024 | No objection |
| 500. | Transcript—Audio recording on June 22, 2024 | No objection |
| 501. | Document—Diagram of location of items in Honda pilot | No objection |
| 502. | Document—Diagram by Kori Barnum of 1336 Eldorado garage | No objection subject to witness testifying about its creation |
| 503. | Document—Compilation of photos of AV1 | No objection subject to SANE examiner testifying regarding SANE Exam photos that are contained on exhibit (See Exhibit 485) |
| 504. | Document—Compilation of photos of AV2 | No objection |

| 505. | Document—Compilation of photos of cinderblock structure | No objection |
|---|---|---|
| 506. | Document—Compilation of photos of writings | No objection [subject to original objection based on 404(b)/relevance that the Court has previously overruled] |
| 507. | Document—Chart of DNA analysis—Items from 1336 Eldorado | No objection subject to DNA expert testifying/explaining |
| 508. | Document—Chart of DNA analysis—Items from garage | No objection subject to DNA expert testifying/explaining |
| 509. | Document—Chart of DNA analysis—Items from trailer | No objection subject to DNA expert testifying/explaining |
| 510. | Document—Timeline of 2023 activity | No objection |
| 511. | Document—Timeline of July 15/16, 2023 activity | No objection |
| 512. | Document—Map of May 6, 2023 travel | No objection |
| 513. | Document—Map of Klamath Falls locations | No objection |
| 514. | Document—Map of July 12-14, 2023 travel | No objection |
| 515. | Document—Map of July 14/15, 2023 travel | No objection |
| 516. | Document—PowerPoint of Garmin and Alycia Westfall cell phone location data | No objection |
| 517. | Transcript—911 call by Mellissa Geary on July 15, 2023 | No objection |
| 518. | Document—Compilation of photos of seized items | No objection |

DATED September 25, 2024

Respectfully submitted,

*s/ Amy E. Potter*
Amy E. Potter
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorney for Defendant*