NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Jeff.Sweet@usdoj.gov
**NATHAN J. LICHVARCIK**
Nathan.j.Lichvarcik@usdoj.gov
**MARCO A. BOCCATO, OSB #103437**
Marco.Boccato@usdoj.gov
Assistant United States Attorneys
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:23-cr-00254-MC |
| v. | **GOVERNMENT'S THIRD SUPPLEMENTAL EXPERT NOTICE** |
| **NEGASI ISHAIAH ZUBERI, aka JUSTIN JOSHUA HYCHE,** | |
| **Defendant.** | |

The United States of America hereby provides notice of its intent to call the following expert witness at trial under Federal Rule of Criminal Procedure 16(a)(1)(G).  The United States reserves the right to further supplement its expert notices before or during trial.  A three-week trial is currently scheduled to begin the week of October 7, 2024.

In addition to the experts previously included in the government's July 16, 2024, notice (ECF No. 127), August 30, 2024, notice (ECF No. 149), and September 17, 2023, notice (ECF

No. 155) the United States also intends to call the following expert witness at trial: Bryan D. Chiles. Mr. Chiles was already included in the government's Supplemental Expert Witness Notice dated August 30, 2024. We are now simply adding some additional language to the notice.

The proposed expert testimony will assist the trier of fact in understanding the relevance and significance of the government's evidence. Fed. R. Evid. 702. The United States has provided, or will be providing, defendant with copies of the experts' CVs or resumes in discovery. In addition, the United States has provided, or will be providing, in discovery signed copies of the reports underlying the testimony of each witness who produced a signed report. Each witness has reviewed, approved, and signed their expert disclosures. Depending on stipulations and what evidence will be presented to the jury, the United States might not call the previously noticed experts.

**Bryan D. Chiles, Senior Manager with Axon Forensics, Axon Enterprise, Inc. (TASER Pulse)**

Expected Testimony: The government intends to call Mr. Chiles to testify regarding the general functionality and capabilities of the TASER Pulse and cartridges that were seized by law enforcement in this case. Mr. Chiles has reviewed photographs of the TASER Pulse and two cartridges and will also be able to testify regarding the serial numbers of the items, whether those items were part of a "kit" sold by Axon Enterprises, Inc ("Axon") containing a TASER Pulse and two cartridges, and who the "kit" was sold to. Mr. Chiles will also be able to testify regarding the manufacturing date of the seized TASER Pulse based on its serial number. Mr. Chiles is expected to testify that the seized TASER Pulse and one of the cartridges came from one "kit" and the other cartridge came from a different kit.

In the course and scope of his employment, Mr. Chiles has reviewed hundreds of TASER wounds. Mr. Chiles reviewed a video that was represented to him to be a video of a victim in this case. In the video, he observed injuries that were in his opinion consistent with the use of a TASER Pulse.

<u>Bases and Reasons</u>: Mr. Chiles' testimony and related opinions are based on his examination of pictures of the TASER Pulse and cartridges, examination of the above referenced video, and also his training, education, experience, and expertise in the electronics and test equipment industry and as an employee of Axon.

<u>Qualifications Including Publications</u>: Mr. Chiles' full qualifications are outlined in his CV. Mr. Chiles has worked for Axon since 2005 and has twenty-five years of experience in the electronics and test equipment industry. Mr. Chiles has had several roles at Axon, including roles in Research & Development, Validation Testing, and Product Compliance. Currently, Mr. Chiles is a Senior Manager with Axon Forensics, and manages and conducts forensic analysis for Axon customers, attorneys, and civilians. In 1998, Mr. Chiles received an Associate Degree in Electronics (with honors) from DeVRY University in Pomona, California. Mr. Chiles also received additional general credits from two California colleges. Mr. Chiles publications within the last ten years are set forth in his CV, and include:

- Electrical Weapon Charge Delivery with Arcing - 2018 – Chiles, Nerheim, Brave, Panescue, Kroll - IEEE EMBC 2018.

- TASER CEW Wire Analysis – 2019 – Chiles, BD – Researchgate 2019.

- Conducted Electrical Weapon Controlled-Charge Delivery –2020 - Chiles, B., Nerheim, M., Brave, M., Panescu, D., Kroll, M.W. - Conf Proc IEEE Eng Med Biol Soc, vol. 42, pp. tbd, and Conf. Of Canadian Medical and Biological Engineering Society, August 2020.

- Estimation of Physiological Impedance from Neuromuscular Pulse Data. Chiles, B.D., Nerheim, M.H., Markle, R.C., Brave, M.A., Panescu, D., Kroll, M.W. Conf Proc IEEE Eng Med Biol Soc, vol. 43, November 2021.

- Acoustical and Electrical Analysis of Arcing with Electronic Control Devices. Chiles, B.D., Nerheim, M.H., Markle, R.C., Brave, M.A., Panescu, D., Kroll, M.W. Conf Proc IEEE Eng Med Biol Soc, vol. 43, November 2021.

- Output of Electronic Muscle Stimulators: Physical Therapy and Police Models Compared. Kroll, M.W., Perkins, P.E., Chiles, B.D., Pratt, H., Witt, K.K., Luceri, R.M., Brave, M.A., Panescu, D. Conf Proc IEEE Eng Med Biol Soc, vol. 43, November 2021.

Prior Testimony:  In the last four years, Mr. Chiles has testified in state or federal court (including a court in Alberta, Canada) as an expert in the following cases:

| Adkins v. Roberts | Northern District of Florida | December 2020 |
| --- | --- | --- |
| R. v. Lindsay | Court of Queen's Bench of Alberta | July 2021 |
| Edward O'Brien v. Stephen Murphy, et al | Eastern District of Missouri | October 2021 |
| Oklahoma v. Joshua Taylor, et al | District Court of Carter County | November 2021 |
| Ryan A. O'Neal v. City of Phoenix, et al | District of Arizona | February 2022 |
| Kimberly Beck, et al v. US | District of New Mexico | March 2022 |
| Nunis, et al vs. City of Chula Vista | Southern District of California | May 2022 |
| Underwood, et al v. Axon Enterprise, et al | Middle District of Georgia | May 2022 |
| Louisiana v. McCarter, Johnson, et al | Caddo Parish First Judicial District Court | June 2022 |
| Axon Enterprise, v. Luxury Home Buyers | District of Nevada | October 2022 |
| People v. Juan Delacruz | Harris County District Court (Texas) | October 2022 |
| Apollo v. Forest Park, et al | Northern District of Illinois | October 2022 |
| Burke v. Bartlesville, et al | Northern District of Oklahoma | October 2022 |
| Florida v. Sergio Perez | Dade County Circuit Court | February 2023 |
| US v. Corey Posey | Southern District of Indiana | June 2023 |
| Florida vs. Othal Wallace | Volusia County Circuit Court | August 2023 |
| US v. Corey Posey | Southern District of Indiana | September 2023 |
| Florida vs. Othal Wallace | Volusia County Circuit Court | September 2023 |
| California v. Mary Jean O'Connor | Superior Court of Los Angeles County | October 2023 |
| Nunis, et al v. City of Chula Vista, et al | Southern District of California | April 2024 |

| New York v. Tyrese Haspil | Supreme Court of New York | May 2024 |

*/s/ Bryan Chiles        September 26, 2024*

Dated: October 2, 2024

                                            Respectfully submitted,

                                            NATALIE K. WIGHT
                                            United States Attorney

                                            *s/ Marco A. Boccato*
                                            MARCO A. BOCCATO
                                            Assistant United States Attorney