**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**MICHAEL BERTHOLF**, OSB No. 044642
michaelbertholaw@gmail.com
Law Offices of Michael P Bertholf LLLC
108 Mistletoe St
Medford, OR  97501
Telephone: (541) 245-9167
Facsimile: (541) 773-6790

*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:23-cr-00254-MC** |
| **v.** | **GOVERNMENT'S EXHIBIT LIST WITH COURT RULINGS** |
| **NEGASI ISHAIAH ZUBERI**, aka **JUSTIN JOSHUA HYCHE**, aka **SAKIMA ZUBERI** | |
| Defendant. | |

This exhibit list has been updated to reflect the Court's rulings on those exhibits during the two pretrial hearings.[1]  Both parties have reviewed this filing and concur that it correctly reflects the Court's rulings and exhibits which have, and have not, been admitted.

---

[1] To the extent the Court overruled a defense objection, those objections are preserved for trial and appeal.

**Government's Exhibit List with Court Rulings** **Page 1**

| Exhibit # | Description | Court Ruling |
|---|---|---|
| 1. | Map—Washington state | Admitted |
| 2. | Map—Seattle, Washington | Admitted |
| 3. | Maps—Aurora Ave. area | Admitted |
| 4. | Aerial photos—Aurora Ave. area | Admitted |
| 5. | Photos—Aurora Ave. and 109th St. | Admitted |
| 6. | Photos—107th St. | Admitted |
| 7. | Drone video—Aurora Ave. area | Admitted |
| 8. | Diagram—Overhead of Honda Pilot interior | Admitted |
| 9. | Audio—Two 911 calls from July 15, 2023 | Not yet admitted (No objection if witness testifies) |
| 10. | Video—Sgt. DuVal's body camera from July 15, 2023 at KFC in Klamath Falls | Not yet admitted (No objection if witness testifies) |
| 11. | Images—Excerpts from Sgt. DuVal's body camera at KFC | Admitted |
| 12. | Photos—KFC parking lot | Admitted |
| 13. | Physical exhibit—Springfield XDM pistol | Admitted |
| 14. | Physical exhibit—Magazine and 19 rounds of ammunition from Springfield pistol | Admitted |
| 15. | Image—Excerpt from Sgt. DuVal's body camera of AV1 at hospital | Admitted |
| 16. | Photos—AV1's injuries, taken at hospital | Admitted |
| 17. | Images—Excerpts from Ofc. Trippett's body camera of AV1 at hospital | Admitted |
| 18. | Images—Excerpts from Ofcs. Trippett's and Gilmore's body cameras of AV1 at 1336 N Eldorado | Admitted |
| 19. | Photo—One-piece garment | Admitted |
| 20. | Photo—Blue Puma sweatpants | Admitted |
| 21. | Removed | N/A |
| 22. | Photo—Sketch drawn by AV1 of 1336 N Eldorado | Admitted |

**Government's Exhibit List with Court Rulings**                                      **Page 2**

| 23. | Maps—Oregon and Klamath Falls area | Admitted |
|---|---|---|
| 24. | Aerial photo—1336 N Eldorado | Admitted |
| 25. | Photos—Eldorado Ave. | Admitted |
| 26. | Video—Excerpt from Sgt. Fox's body camera at 1336 N Eldorado | Admitted |
| 27. | Drone video—1336 N Eldorado and area | Admitted |
| 28. | Photos—Front and garage area of 1336 N Eldorado | Admitted |
| 29. | Photos—Rear of 1336 N Eldorado | Admitted |
| 30. | Photos—Fenced area at 1336 N Eldorado | Admitted |
| 31. | Photos—Outside garage side door entryway | Admitted |
| 32. | Photos—Garage side door from inside garage | Admitted |
| 33. | Photo—Garage and cinderblock structure | Admitted |
| 34. | Photo—Cinderblock structure exterior | Admitted |
| 35. | Photos—Cinderblock structure | Admitted |
| 36. | Photos—Interior of cinderblock structure with chair and water bottles | Admitted |
| 37. | Photo—Inside of cinderblock structure looking out | Admitted |
| 38. | Photos—Metal security door and screen | Admitted |
| 39. | Photo—Cinderblock structure showing door damage and blood | Admitted |
| 40. | Photo—White door showing deadbolt | Admitted |
| 41. | Photo—Deadbolt on white door from outside | Admitted |
| 42. | Photo—Deadbolt on white door from inside | Admitted |
| 43. | Photos—Door jamb area damage | Admitted |
| 44. | Photo—Cinderblock structure ceiling | Admitted |
| 45. | Photo—Cinderblock structure side wall | Admitted |
| 46. | Photos—Cinderblock structure floor and stain | Admitted |
| 47. | Removed | N/A |

| 48. | Photos—Metal security door with placard V | Admitted |
| 49. | Photos—Cinderblock structure door jamb with placard W | Admitted |
| 50. | Photos—Cinderblock structure door/foam area, placard X | Admitted |
| 51. | Photos—Outside of fence, placard A | Admitted |
| 52. | Photos—Inside of fence, placards B and C | Admitted |
| 53. | Photo—Garage in front of cinderblock structure | Admitted |
| 54. | Photos—Garage workbench | Admitted |
| 55. | Photos—Cinderblock structure doors with insulation, adhesive, and hanging metal screen | Admitted |
| 56. | Photos—Insulation on exterior door | Admitted |
| 57. | Photo—Cinderblock structure from exterior | Admitted |
| 58. | Photos—Cinderblock structure interior and soundproofing | Admitted |
| 59. | Photo—Cinderblock structure ceiling | Admitted |
| 60. | Photos—Master bedroom and bed | Admitted |
| 61. | Photo—Master bedroom closet and pistol case | Admitted |
| 62. | Photo—Pistol case closeup | Admitted |
| 63. | Photo—Paperwork for Prentice Smith in pistol case | Admitted |
| 64. | Photos—Master bedroom closet with drawers | Admitted |
| 65. | Photo—Firearm barrel and upper receiver | Admitted |
| 66. | Photo—ID in master bedroom closet drawer | Admitted |
| 67. | Photo—Check from Home Depot to Negasi Zuberi | Admitted |
| 68. | Photos—Magazines on floor and bed | Admitted |
| 69. | Photos—Home Depot receipts | Admitted |
| 70. | Photo—Notebook with Prowler trailer folder | Admitted |
| 71. | Photos—Backpack with passport of Negasi Zuberi | Admitted |
| 72. | Photo—Name change decree | Admitted |
| 73. | Photo—Metal ammunition can | Admitted |

**Government's Exhibit List with Court Rulings**                               **Page 4**

| 74. | Photo—Keys in metal ammunition can | Admitted |
|-----|-----------------------------------|----------|
| 75. | Photo—Plastic ammunition can | Admitted |
| 76. | Photos—Notepad in holder and contents; Operation Take Over and sketch | Admitted |
| 77. | Photo—Luggage with holster | Admitted |
| 78. | Photo—Master bedroom and seized items on bed | Admitted |
| 79. | Photos—Exterior stairway on right side of house | Admitted |
| 80. | Photo—Exterior window covered and blocks-right side of house | Admitted |
| 81. | Photos—Exterior person doors to garage and house | Admitted |
| 82. | Photo—Person door to garage, blood on doorknob | Admitted |
| 83. | Photo—Person door to garage, view into garage | Admitted |
| 84. | Photo—Garage-left side of garage | Admitted |
| 85. | Photo—Curtain behind cinderblock structure | Admitted |
| 86. | Photos—Purse in garage | Admitted |
| 87. | Photos—Material on top of cinderblock structure | Admitted |
| 88. | Photos—Garage fiberglass and insulation photo | Admitted |
| 89. | Photo—Blue journal with leather cord on bed | Admitted |
| 90. | Photos—Belongings of Prentice Smith in garbage bags | Admitted |
| 91. | Photos—Prentice Smith's passport, mail | Admitted |
| 92. | Videos—Det. Dougherty's body camera from July 15, 2023, at 1336 N Eldorado | Admitted |
| 93. | Diagram—Residence at 1336 N Eldorado | Admitted |
| 94. | Removed | N/A |
| 95. | Diagram—Garage and location of items | Admitted |
| 96. | Removed | N/A |
| 97. | Removed | N/A |
| 98. | Removed | N/A |

| 99. | Physical exhibit—Black notepad holder and notepad with Operation Take Over and drawing | Admitted |
|---|---|---|
| 100. | Physical exhibit—Springfield pistol case in upstairs bedroom | Admitted |
| 101. | Physical exhibit—Klamath Community College ID | Admitted |
| 102. | Physical exhibit—U.S. passport in name of Justin Hyche | Admitted |
| 103. | Physical exhibit—Blink camera | Admitted |
| 104. | Physical exhibit—Ammunition can, plastic | Admitted |
| 105. | Physical exhibit—Keys from metal ammunition can | Admitted |
| 106. | Physical exhibit—Ammunition can, metal | Admitted |
| 107. | Physical exhibit—Handcuffs in box from upstairs bedroom | Admitted |
| 108. | Physical exhibit—Police patches from upstairs bedroom closet | Admitted |
| 109. | Physical exhibit—Three magazines | Admitted |
| 110. | Physical exhibit—NY driver license—Justin Kouassi | Admitted |
| 111. | Physical exhibit—Leg irons from garage workbench | Admitted |
| 112. | Physical exhibit—Handcuffs from garage workbench | Admitted |
| 113. | Physical exhibit—Key ring from garage workbench | Admitted |
| 114. | Physical exhibit—Key ring from garage workbench | Admitted |
| 115. | Physical exhibit—Purse in garage | Admitted |
| 116. | Physical exhibit—White chair in cinderblock structure | Admitted |
| 117. | Physical exhibit—Black metal door to cinderblock structure | Admitted |
| 118. | Physical exhibit—Fiji water bottle from cinderblock structure | Admitted |
| 119. | Removed | N/A |
| 120. | Physical exhibit—Ammunition on and under workbench | Admitted |
| 121. | Physical exhibit—Doorknob removed from garage door | Admitted |
| 122. | Physical exhibit—Barrel and upper receiver for 6mm rifle | Admitted |
| 123. | Removed | N/A |

| 124. | Removed | N/A |
|---|---|---|
| 125. | Removed | N/A |
| 126. | Photo—Garage workbench | Admitted |
| 127. | Photo—Deadbolt in box | Admitted |
| 128. | Photo—Loaded curved magazine and three boxes of 7.62 ammunition on workbench | Admitted |
| 129. | Photo—Closeup of magazine and boxes | Admitted |
| 130. | Photo—Box of Remington 9mm Luger ammunition and magazine on workbench | Admitted |
| 131. | Photo—Closeup of Remington ammunition box | Admitted |
| 132. | Photo—New Frontier box | Admitted |
| 133. | Photo—Blazer 9mm Luger ammunition box | Admitted |
| 134. | Photo—Ammunition box under garage workbench | Admitted |
| 135. | Photo—Closeup of Blazer ammunition box and bullets | Admitted |
| 136. | Photo—Drill bit and parts | Admitted |
| 137. | Photo—AR-15 lower parts kit | Admitted |
| 138. | Photo—AR-15 lower drill instructions | Admitted |
| 139. | Photo—AR-15 lower on garage floor | Admitted |
| 140. | Photo—AR-15 lower closeup | Admitted |
| 141. | Photo—USPS box to Negasi Zuberi | Admitted |
| 142. | Photo—Contents of USPS box-5D Tactical | Admitted |
| 143. | Photo—Firearm component in 5D Tactical box | Admitted |
| 144. | Photo—Master bedroom drawer, left side of bed | Admitted |
| 145. | Removed | N/A |
| 146. | Removed | N/A |
| 147. | Photo—Master bedroom drawer, right side of bed | Admitted |
| 148. | Photo—Closeup of right side drawer | Admitted |

| 149. | Photo—Blue journal with leather cord on bed | Admitted |
| 150. | Photo—Targets list and other writing from blue journal | Admitted |
| 151. | Removed | N/A |
| 152. | Photo—Desktop computer and camera | Admitted |
| 153. | Removed | N/A |
| 154. | Photo—Camera below television | Admitted |
| 155. | Photo—48 Laws of Power and The Art of War books | Admitted |
| 156. | Photo—Back side of cinderblock structure | Admitted |
| 157. | Photo—Financial cards in name of Negasi Zuberi and Justin Kouassi | Admitted |
| 158. | Photo—Inside of cinderblock structure, right side of door | Admitted |
| 159. | Photo—Inside of cinderblock structure, right side of door, sheetrock removed | Admitted |
| 160. | Photo—Inside of cinderblock structure, right side of door, insulation removed | Admitted |
| 161. | Photo—-Inside of cinderblock structure, left side of door, sheetrock removed | Admitted |
| 162. | Photo—Inside of cinderblock structure, left side of door, insulation removed | Admitted |
| 163. | Videos—Four videos of SA Gluesenkamp walking through the residence on July 19, 2023 | Admitted |
| 164. | Images—House interior layout and exterior excerpts from SA Gluesenkamp's videos | Admitted |
| 165. | Physical exhibit—Drywall from cinderblock structure | Admitted |
| 166. | Physical exhibit—8 rounds of 9mm Blazer ammunition | Admitted |
| 167. | Physical exhibit—3 boxes of Wolf 7.62 ammunition | Admitted |
| 168. | Physical exhibit—Blue journal with leather cord and Targets list | Admitted |
| 169. | Physical exhibit—25 round 6mm magazine | Admitted |
| 170. | Physical exhibit—7.62 magazine | Admitted |
| 171. | Physical exhibit—29 rounds of 7.62 ammunition | Admitted |

| 172. | Physical exhibit—Two 6mm magazines | Admitted |
|---|---|---|
| 173. | Physical exhibit—30 rounds of Hornady 6mm ammunition | Admitted |
| 174. | Physical exhibit—Box of Remington 9mm ammunition | Admitted |
| 175. | Physical exhibit—Deadbolt in box addressed to Sakima Zuberi | Admitted |
| 176. | Map—Oregon and Nevada | Admitted |
| 177. | Map—Reno area | Admitted |
| 178. | Map—Reno Walmart | Admitted |
| 179. | Images—Surveillance video excerpts Walmart in Reno | Admitted |
| 180. | Video—Excerpt from Officer Albert's patrol car camera from Reno | Admitted |
| 181. | Video— Excerpts from Officer Staples' body camera from Reno | Admitted |
| 182. | Video—Excerpts from Officer Broadway's body camera from Reno | Admitted |
| 183. | Video—Excerpts from TFO Griebel's body camera from Reno | Admitted |
| 184. | Images—Excerpts from videos of traffic stop of Negasi Zuberi in Reno | Admitted |
| 185. | Images—Excerpts from patrol car showing Negasi Zuberi in Walmart parking lot and with foot out | Admitted |
| 186. | Images—Excerpts from patrol car showing Negasi Zuberi being arrested | Admitted |
| 187. | Removed | N/A |
| 188. | Removed | N/A |
| 189. | Photos of exterior of Honda Pilot in Reno | Admitted |
| 190. | Photos of blood and knife inside Honda Pilot | Admitted |
| 191. | Image—Closeup of Negasi Zuberi's face from body camera in Reno, NV | Admitted |
| 192. | Transcript—Transcripts embedded in excerpts of Officers Broadway's, Staples', and Griebel's body camera videos | Admitted |
| 193. | Photos—Honda Pilot | Admitted |

| 194. | Photos—Interior of Pilot, driver and front passenger area | Admitted |
|------|-----------------------------------------------------------|----------|
| 195. | Photos—Honda Pilot interior middle row area | Admitted |
| 196. | Photo—Honda Pilot rear passenger seat | Admitted |
| 197. | Removed | N/A |
| 198. | Photos—Cell phone case found in Pilot and contents | Admitted |
| 199. | Photos—Garmin GPS device found in Pilot | Admitted |
| 200. | Photos—Pilot dash area and Loves receipt | Admitted |
| 201. | Photos—Safeway receipt from July 14, 2023 found in Pilot | Admitted |
| 202. | Photos—Home Depot receipt found in Pilot | Admitted |
| 203. | Photos—Pilot ceiling sunglass pocket and vehicle registration papers | Admitted |
| 204. | Photos—Pilot ceiling sunglass pocket and handcuff key | Admitted |
| 205. | Photos—Pilot center console and RV Sales card and LandAirSea shipping receipt from console | Admitted |
| 206. | Photos—Pilot console and 9mm bullet from console | Admitted |
| 207. | Photos—Pilot door pocket and Dollar Tree receipt from July 15, 2023, for bleach and paper towels | Admitted |
| 208. | Photo—Black backpack found in Pilot | Admitted |
| 209. | Photos—Tire spikes found in backpack from Pilot | Admitted |
| 210. | Photos—Negasi Zuberi's U.S. passport; Social Security card, name change paperwork and New York Driver License in name of Justin Kouassi | Admitted |
| 211. | Photos—MacBook laptop from backpack found in Pilot | Admitted |
| 212. | Photos—Contents of brown bag from Pilot with two cell phones, clothes, flashlight, binoculars and zip ties | Admitted |
| 213. | Photos—Flashlight, binoculars and zip ties from brown bag from Pilot | Admitted |
| 214. | Photos—Rear seat pocket and receipts from Pilot | Admitted |
| 215. | Photos—Papers and aluminum foil on floor of Pilot | Admitted |
| 216. | Photo—Cody's Repair receipt from July 10, 2023 | Admitted |

**Government's Exhibit List with Court Rulings**                                    **Page 10**

| 217. | Photo—July 7, 2023, Aurora Ave. Safeway receipt from Pilot | Admitted |
|------|------------------------------------------------------------|----------|
| 218. | Photo—Keys from Pilot | Admitted |
| 219. | Photos—Dreamgirls at Rick receipt from July 7, 2023 | Admitted |
| 220. | Photos—Pilot center console area | Admitted |
| 221. | Photos—Clothes in front passenger area of Pilot | Admitted |
| 222. | Photo—Wine bottle in front passenger area of Pilot | Admitted |
| 223. | Photos—Pilot middle row area and bleach cleaner | Admitted |
| 224. | Photos—9mm casing in Pilot | Admitted |
| 225. | Photos—Condom wrapper in Pilot | Admitted |
| 226. | Removed | N/A |
| 227. | Photos—Home Depot receipt from June 30, 2023 from Pilot | Admitted |
| 228. | Photos—Aluminum foil from Pilot | Admitted |
| 229. | Removed | N/A |
| 230. | Photo—Charcoal toothpaste | Admitted |
| 231. | Photos—Fiji water bottles | Admitted |
| 232. | Photo—Sportsman's Warehouse receipt | Admitted |
| 233. | Removed | N/A |
| 234. | Removed | N/A |
| 235. | Physical exhibit—Negasi Zuberi's cell phone and cover | Admitted |
| 236. | Physical exhibit—Negasi Zuberi's cell phone case and contents | Admitted |
| 237. | Physical exhibit—AV1's cell phone | Admitted |
| 238. | Physical exhibit—Garmin GPS device | Admitted |
| 239. | Physical exhibit—Handcuff key from overhead sunglasses compartment in Pilot | Admitted |
| 240. | Physical exhibit—Key chain with handcuff key | Admitted |
| 241. | Physical exhibit—Spent 9mm casing | Admitted |

**Government's Exhibit List with Court Rulings**                    **Page 11**

| 242. | Physical exhibit—9mm bullet | Admitted |
|---|---|---|
| 243. | Physical exhibit—Dollar Tree receipt | Admitted |
| 244. | Removed | N/A |
| 245. | Physical exhibit— Negasi Zuberi's U.S. passport; Social Security card and New York Driver License in name of Justin Kouassi | Admitted |
| 246. | Removed | N/A |
| 247. | Physical exhibit—Bleach cleaner bottle | Admitted |
| 248. | Physical exhibit—Aluminum foil | Admitted |
| 249. | Physical exhibit—Home Depot and shipping receipts | Admitted |
| 250. | Removed | N/A |
| 251. | Physical exhibit—Alycia Westfall's cell phone | Admitted |
| 252. | Physical exhibit—Brown bag and contents | Admitted |
| 253. | Physical exhibit—Bag with JC Penny's receipt and clothing | Admitted |
| 254. | Physical exhibit—Aluminum foil (x2) | Admitted |
| 255. | Physical exhibit—Love's receipt | Admitted |
| 256. | Removed | N/A |
| 257. | Video—Surveillance video from Portland, OR Safeway on July 14, 2023 | Admitted |
| 258. | Images—Excerpts from surveillance video from Portland, OR Safeway on July 14, 2023 | Admitted |
| 259. | Video—Surveillance video from Woodland, WA, Safeway on July 14, 2023 | Admitted |
| 260. | Images—Excerpts from surveillance video from Woodland, WA, Safeway on July 14, 2023 | Admitted |
| 261. | Video—Surveillance video from Klamath Falls Love's gas station on July 15, 2023 | Admitted |
| 262. | Images—Excerpts from surveillance video from Klamath Falls Love's gas station on July 15, 2023 | Admitted |
| 263. | Videos—Negasi Zuberi and Honda Pilot in Tulelake, CA | Admitted |
| 264. | Removed | N/A |

**Government's Exhibit List with Court Rulings**                    **Page 12**

| 265. | Removed | N/A |
|------|---------|-----|
| 266. | Location data—LandAirSea data for Negasi Zuberi | Admitted |
| 267. | Location data—Garmin data for the Honda Pilot and Negasi Zuberi from July 15, 2023 at 3:40:02 | Admitted |
| 268. | Location data—Cell phone handset data from Alycia Westfall's cell phone | Admitted |
| 269. | Phone records—T-Mobile toll records for Negasi Zuberi | Admitted |
| 270. | Digital file—CAST report from SA Kennedy regarding location data | Not yet admitted (No objection if expert testifies) |
| 271. | Removed | N/A |
| 272. | Photo—Hampton Landing area, Oregon | Admitted |
| 273. | Photo—Shell Station, Halsey, Oregon | Admitted |
| 274. | Map—Merrill Gas Station & Convenience Store | Admitted |
| 275. | Images—Surveillance video excerpts Merrill Gas Station & Convenience Store | Admitted |
| 276. | Surveillance Video— Merrill Gas Station & Convenience Store (July 16, 2023) | Admitted |
| 277. | Photo—Nissan Altima | Admitted |
| 278. | Photos—Home Depot receipt in Altima driver door pocket | Admitted |
| 279. | Photos—AAA Discount storage paperwork and receipt | Admitted |
| 280. | Photos—Home Depot receipt in Altima passenger door pocket | Admitted |
| 281. | Photo—Home Depot receipt | Admitted |
| 282. | Photo—Concrete anchors | Admitted |
| 283. | Photo—Honda paperwork and receipts | Admitted |
| 284. | Physical exhibit—AAA Discount Storage paperwork and receipt | Admitted |
| 285. | Physical exhibits—Home Depot receipts and return paperwork | Admitted |
| 286. | Physical exhibit—Concrete anchors | Admitted |

**Government's Exhibit List with Court Rulings**                    **Page 13**

| 287. | Aerial photos—AAA Discount Storage and Home Depot area | Admitted |
|------|--------------------------------------------------------|----------|
| 288. | Photos—Exterior of AAA Discount Storage | Admitted |
| 289. | Photos—Inside AAA Discount Storage around area of Prowler trailer | Admitted |
| 290. | Photos—Exterior of trailer | Admitted |
| 291. | Photos—Trailer with door open | Admitted |
| 292. | Photo—Taser, magazine and laptop inside trailer | Admitted |
| 293. | Video—Interior of trailer | Admitted |
| 294. | Photo—Pile of items by door | Admitted |
| 295. | Photo—Back to front of trailer | Admitted |
| 296. | Photo—Back of trailer | Admitted |
| 297. | Photo—Front of trailer | Admitted |
| 298. | Photo—Back and door area of trailer | Admitted |
| 299. | Photo—Side of trailer bathroom | Admitted |
| 300. | Photo—Trailer bathroom mirror | Admitted |
| 301. | Photo—Negasi Zuberi and Alycia Westfall | Admitted |
| 302. | Photos—Name change paperwork | Admitted |
| 303. | Photo—Plastic bag in trailer with used condoms | Admitted |
| 304. | Photo—Bedding and cell phone jammer spike in trailer | Admitted |
| 305. | Photo—Shotgun inside blanket in trailer | Admitted |
| 306. | Photo—Shotgun in trailer | Admitted |
| 307. | Photo—Shotgun and shotgun shell in trailer | Admitted |
| 308. | Photo—Cell phone jammers on floor of trailer | Admitted |
| 309. | Photo—Rifle in case on trailer bed | Admitted |
| 310. | Photo—Trailer shelf | Admitted |
| 311. | Photo—Aluminum foil and tape in trailer | Admitted |

| 312. | Photos—Taser outside | Admitted |
|------|----------------------|----------|
| 313. | Photo—Silver and black handcuffs outside | Admitted |
| 314. | Photo—Backpack, cell phone jammers and handcuffs outside | Admitted |
| 315. | Photo—Backpack inside with cell phone jammers, gloves, handcuffs and beanie | Admitted |
| 316. | Photos—Cell phone jammers | Admitted |
| 317. | Photos—Plug in electronic device | Admitted |
| 318. | Photos—Pistol holsters | Admitted |
| 319. | Photos—AM-15 rifle | Admitted |
| 320. | Photos—Remington rifle | Admitted |
| 321. | Photos—Stoeger shotgun | Admitted |
| 322. | Photos—Pistol magazines and ammunition | Admitted |
| 323. | Photos—Rifle magazine and ammunition | Admitted |
| 324. | Photo—Two shotgun shells | Admitted |
| 325. | Photo—Charcoal toothpaste | Admitted |
| 326. | Photo—Remington rifle box flap and receipts | Admitted |
| 327. | Photo—Shipping label to Prentice Smith | Admitted |
| 328. | Physical exhibit—AR-15 style rifle | Admitted |
| 329. | Physical exhibit—Remington .308 rifle | Admitted |
| 330. | Physical exhibit—Stoeger 12 GA shotgun | Admitted |
| 331. | Physical exhibit—Magazines | Admitted |
| 332. | Physical exhibit—Pistol holsters | Admitted |
| 333. | Physical exhibit— Mesh backpack with gloves, beanie, handcuffs, antennas | Admitted |
| 334. | Physical exhibit—Taser and cartridges | Admitted |
| 335. | Physical exhibit—Black pair of handcuffs | Admitted |
| 336. | Physical exhibit—Silver pair of handcuffs | Admitted |

**Government's Exhibit List with Court Rulings**                    **Page 15**

| 337. | Physical exhibit—12 GA ammunition | Admitted |
|---|---|---|
| 338. | Physical exhibit—9mm ammunition | Admitted |
| 339. | Physical exhibit—5.56 ammunition | Admitted |
| 340. | Physical exhibit—Cell phone jammer-16 antenna | Admitted |
| 341. | Physical exhibit—Cell phone jammer-8 antenna | Admitted |
| 342. | Physical exhibit—Paperwork for firearms and accessories | Admitted |
| 343. | Physical exhibit—Plug in electronic device | Admitted |
| 344. | Removed | N/A |
| 345. | Removed | N/A |
| 346. | Removed | N/A |
| 347. | Financial records—Key Bank | Admitted |
| 348. | Financial records—Bank records from May 6, 2023, withdrawal of $300 | Admitted |
| 349. | Online purchases—Amazon records | Admitted |
| 350. | Online purchases—Excerpt of Amazon records | Admitted |
| 351. | Surveillance Video—Home Depot and still shots from the video (May 17, 2023 to July 2, 2023) | Not yet admitted (No objection if witness explains timestamps |
| 352. | Documents—Receipts received from Home Depot | Admitted |
| 353. | Photos—FBI Documenting cinderblock structure | Admitted |
| 354. | Photos—Cinderblock structure measuring and construction, from iCloud account | Admitted |
| 355. | Photos—Cinderblock structure deconstruction | Admitted |
| 356. | Documents—Notes from garage clean up | Not yet admitted (No objection if witness testifies) |
| 357. | Documents—Klamath Falls landfill receipts | Admitted |
| 358. | Video—Blink camera video of Alycia Westfall leaving, May 5, 2023 | Admitted |
| 359. | Image—Screenshot from video of Alycia Westfall leaving | Admitted |

**Government's Exhibit List with Court Rulings**                    **Page 16**

| 360. | Video—Blink camera video of Negasi Zuberi in kitchen, May 5, 2023 at 7:55 p.m. | Admitted |
|---|---|---|
| 361. | Image—Screenshot from video of Negasi Zuberi in kitchen | Admitted |
| 362. | Videos—Blink camera videos of Negasi Zuberi in kitchen, May 5, 2023 at 11:01 and 11:04 p.m. | Admitted |
| 363. | Image—Screenshot from video of Negasi Zuberi leaving kitchen | Admitted |
| 364. | Video—Blink camera video of male in kitchen talking on phone, May 6, 2023 at 12:58 a.m. | Not yet admitted (No objection if witness who is in video testifying to its contents) |
| 365. | Videos—Blink camera videos of Negasi Zuberi in kitchen then walking towards garage with blanket, May 6, 2023 at 2:28 and 2:29 a.m. | Admitted |
| 366. | Images—Screenshots from video of Negasi Zuberi in kitchen and walking towards garage | Admitted |
| 367. | Videos—Blink camera videos of Zuberi holding a pistol, May 7, 2023 | Admitted |
| 368. | Images—Screenshots from May 7, 2023 kitchen videos | Admitted |
| 369. | Videos—Blink camera videos of Alycia Westfall and Negasi Zuberi talking in kitchen, May 7, 2023 | Admitted |
| 370. | Video—Blink camera video of Negasi Zuberi holding a firearm part | Admitted |
| 371. | Image—Screenshot from video of Negasi Zuberi holding a firearm part | Admitted |
| 372. | Image—Screenshot from video of Negasi Zuberi holding a firearm upstairs | Admitted |
| 373. | Removed | N/A *Objection was sustained to proposed exhibit* |
| 374. | Messages-Negasi Zuberi and Alycia Westfall on July 15, 2023 regarding meeting | Admitted |
| 375. | Messages-Negasi Zuberi and Alycia Westfall on July 16, 2023 regarding Merrill address | Admitted |
| 376. | Removed | N/A |

**Government's Exhibit List with Court Rulings**                    **Page 17**

| 377. | Messages—Negasi Zuberi asking about acquiring taser, September 1, 2022 | Admitted |
|---|---|---|
| 378. | Removed | N/A |
| 379. | Messages—Negasi Zuberi asking Tyler Archibald about constructing an underground concrete block structure | Admitted |
| 380. | Messages—Negasi Zuberi asking Tyler Archibald about what material is used for jail floors | Admitted |
| 381. | Message—Negasi Zuberi sending Tyler Archibald an image of a cell phone jammers, December 28, 2022 | Admitted |
| 382. | Messages—Negasi Zuberi asking Tyler Archibald about building a block structure that a person can't break with their hands | Admitted |
| 383. | Message—Negasi Zuberi telling Tyler Archibald that he has a pistol and including a picture | Admitted |
| 384. | Message—Negasi Zuberi discussing trading firearms with a family member, and sending a picture of firearms | Admitted |
| 385. | Video—Negasi Zuberi holding a pistol, from iCloud, November 28, 2022 | Admitted |
| 386. | Video—Negasi Zuberi with pistol, from iCloud | Admitted |
| 387. | Video—Negasi Zuberi with pistol, from iCloud | Admitted |
| 388. | Video—Negasi Zuberi saying and showing that he has an RV, Nov. 6, 2022 | Admitted |
| 389. | Removed | N/A |
| 390. | Video—Negasi Zuberi saying that he has the Honda back, from iCloud, June 27, 2023, | Admitted |
| 391. | Images—Screenshot of Dayton Tactical order for 80% AR-15 lower receiver from iCloud, October 22, 2022 | Admitted |
| 392. | Photos—Prowler trailer from iCloud account, November 15, 2022 | Admitted |
| 393. | Photo—Remington .308 rifle box label from iCloud account, November 17, 2022 | Admitted |
| 394. | Image—Screenshot from iCloud account of 32 round magazine for XD(M) 9mm from PistolGear, December 7, 2022 | Admitted |
| 395. | Photo—Springfield pistol on The Art of War book, from iCloud account, December 21, 2022 | Admitted |

**Government's Exhibit List with Court Rulings**                    **Page 18**

| 396. | Removed | N/A |
| | | *Objection was sustained to original objection* |
| 397. | Photo—AAA Discount Storage paperwork from iCloud account, January 24, 2023 | Admitted |
| 398. | Image—Screenshot of cell phone jammer, from iCloud | Admitted |
| 399. | Image—Screenshot of XDM pistol conversion kit, from Negasi Zuberi's iPhone, March 29, 2023 | Admitted |
| 400. | Photo—Firearms on bed, sent via message by Negasi Zuberi, March 29, 2023 | Admitted |
| 401. | Image—Screenshot of Google Maps use on iPhone, from iCloud account, May 6, 2023 at 1:20 a.m. | Admitted |
| 402. | Digital files—Creation of contact in Negasi Zuberi's phone for Girl from Pikey | Admitted |
| 403. | Image—Screenshot of payment to AAA Discount Storage by Negasi Zuberi, June 19, 2023 | Admitted |
| 404. | Digital file—Browser history from MacBook | Admitted |
| 405. | Photo—Negasi Zuberi crying in Pilot in Reno, July 16, 2023, child's face redacted | Admitted |
| 406. | Removed | N/A |
| | | *Objection to original exhibit sustained* |
| 407. | Photo—Tulelake, from iCloud, July 15, 2023 | Admitted |
| 408. | Photos—Taken from Honda Pilot in Reno on July 16, 2023 | Admitted |
| 409. | Photos—The Pikey exterior | Admitted |
| 410. | Photos—The Pikey interior | Admitted |
| 411. | Photo—AV2 and friends at The Pikey on May 5, 2023 | Admitted |
| 412. | Photos—AV2 and friend at The Pikey on May 5, 2023 | Admitted |
| 413. | Videos—AV2 and friend at The Pikey on May 5, 2023 | Admitted |
| 414. | Image—Screenshot of Negasi Zuberi's Instagram taken by AV2 | Admitted |

**Government's Exhibit List with Court Rulings**                    **Page 19**

| 415. | Video—Negasi Zuberi at The Pikey talking to male at pool table on May 6, 2023 | Admitted |
|---|---|---|
| 416. | Video—Negasi Zuberi leaving The Pikey with male and female on May 6, 2023, at 12:53 a.m. | Admitted |
| 417. | Video—Negasi Zuberi walking up outside of The Pikey and leaving at the same time as AV2; May 6, 2023 | Admitted |
| 418. | Images—Screenshots from surveillance video of Negasi Zuberi in and outside of The Pikey | Admitted |
| 419. | Removed | N/A |
| 420. | Photo—Sketch of rural area by AV2 | Admitted |
| 421. | Photo—Sketch of garage by AV2 | Admitted |
| 422. | Photos—Chase Bank in Klamath Falls | Admitted |
| 423. | Photos—AV2's former street and residence | Admitted |
| 424. | Removed | N/A |
| 425. | Photo—Clothes AV2 was wearing on May 5-6, 2023 | Admitted |
| 426. | Photos—Injury to AV2's face | Admitted |
| 427. | Video—Injury to AV2's face | Admitted |
| 428. | Image—Excerpt from video of Injury to AV2's face | Admitted |
| 429. | Video—Excerpt from AV2 in interview room with KFPD and FBI on July 17, 2023 | Not yet admitted (Objection – will wait for witness to testify) |
| 430. | Removed | N/A |
| 431. | Removed | N/A |
| 432. | Removed | N/A |
| 433. | Removed | N/A |
| 434. | Photos—HS Produkt Springfield XDM 9x19mm pistol | Admitted |
| 435. | Removed | N/A |
| 436. | Photos—Anderson Manufacturing, Model AM-15, multi-caliber rifle | Admitted |
| 437. | Removed | N/A |

**Government's Exhibit List with Court Rulings**                                    **Page 20**

| 438. | Photos—Firearm & Ammunition from Pilot (Count 4) | Admitted |
|---|---|---|
| 439. | Photos—Firearms & Ammunition from trailer (Count 5) | Admitted |
| 440. | Photos—Ammunition from bedroom (Count 6) | Admitted |
| 441. | Photos—Ammunition from garage (Count 7) | Admitted |
| 442. | Documents—Ammunition Storage components | Admitted |
| 443. | Removed | N/A |
| 444. | Documents—Limitless receipt | Admitted |
| 445. | Documents—Sportsman's Warehouse Klamath Falls | Admitted |
| 446. | Removed | N/A |
| 447. | Removed | N/A |
| 448. | Removed | N/A |
| 449. | Removed | N/A |
| 450. | Video—Demonstration of TASER Pulse | Not yet admitted (No objection if expert testifies) |
| 451. | Document—Item 107-1 from Item 107-Blue notebook from Rachel Clay's file | Admitted |
| 452. | Documents—Item 109-Notepad from 1336 North Eldorado Avenue from Rachel Clay's file | Admitted |
| 453. | Documents—Item 114-Court documents as known writing sample from Rachel Clay's file | Admitted |
| 454. | Documents—Item 115-Questioned Documents Secondary Evidence (5 electrostatic lifts) from Rachel Clay's file | Admitted |
| 455. | Video—Demonstration of Cell Phone Jammers by Shelby Quick (eight antennas) | Admitted |
| 456. | Video—Demonstration of Cell Phone Jammers by Shelby Quick (sixteen antennas) | Admitted |
| 457. | Documents—Negasi Zuberi's prints from Stephanie Stewart's file | Admitted |
| 458. | Images—Prints from plastic bag from trailer at 2625 Unity Street (Item 8) from Stephanie Stewart's file | Admitted |

| 459. | Images—Prints from notepad holder with notepad from1336 North Eldorado Avenue and one page (Items 109 & 109-1) from Stephanie Stewart's file | Admitted |
|------|------|------|
| 460. | Removed | N/A |
| 461. | Audio recording—Negasi Zuberi and Alycia Westfall on July 23, 2023 | Admitted |
| 462. | Audio recording—Negasi Zuberi and Alycia Westfall on July 28, 2023 | Admitted |
| 463. | Audio recording—Negasi Zuberi and Alycia Westfall on July 28, 2023 | Admitted |
| 464. | Removed | N/A |
| 465. | Audio recording—Negasi Zuberi and Alycia Westfall on August 1, 2023 at 9:36 p.m. | Admitted |
| 466. | Audio recording—Negasi Zuberi and Alycia Westfall on June 24, 2024 at 11:17 a.m. | Admitted |
| 467. | Transcripts—Transcripts embedded in excerpts of audio recordings of Negasi Zuberi | Admitted |
| 468. | Emails—Negasi Zuberi and Alycia Westfall, July 21, 2023 | Admitted |
| 469. | Removed | N/A |
| 470. | Emails—Negasi Zuberi and Alycia Westfall, July 27, 2023 | Admitted |
| 471. | Emails—Negasi Zuberi and Alycia Westfall, July 28, 2023 | Admitted |
| 472. | Photo – AV1 | Admitted |
| 473. | Documents—AAA Discount Storage Ledger and Rental Agreement | Admitted |
| 474. | Document—Rental Agreement for 1336 N Eldorado | Admitted |
| 475. | Videos—AV2 on May 6, 2023 | Admitted |
| 476. | Images—Excerpts from AV2's May 6, 2023 videos | Admitted |
| 477. | Messages—Negasi Zuberi and Brenden Westfall regarding rent | Admitted |
| 478. | Messages—Negasi Zuberi and Bradley Sticklin regarding wi-fi password | Admitted |
| 479. | Photos—Aurora Ave. at night | Admitted |
| 480. | Removed | N/A |

**Government's Exhibit List with Court Rulings**                    **Page 22**

| 481. | Photo—Maverick Motel in Klamath Falls | Admitted |
|---|---|---|
| 482. | Image—Screenshot of Honda Pilot in Tulelake | Admitted |
| 483. | Photos—Tulelake, California | Admitted |
| 484. | Map—Klamath Falls, Merrill, and Tulelake | Admitted |
| 485. | Photos—SANE exam of AV1 | Not yet admitted (No objection if witness testifies) |
| 486. | Photos—Handcuffs and leg iron | Admitted |
| 487. | Photos—White streak marks in interior of Honda Pilot | Not yet admitted (Objection - hold for testimony) |
| 488. | Image—Screenshot of Alycia Westfall on July 15, 2023 | Admitted |
| 489. | Removed | N/A |
| 490. | Photo—LandAirSea trackers | Admitted |
| 491. | Physical exhibit—LandAirSea trackers | Admitted |
| 492. | Photos—Taser and cartridges | Admitted |
| 493. | Photos—FBI lab—Blue Puma sweatpants, used condom, handcuffs, one-piece garment and guns | Admitted |
| 494. | Document—Declaration of Jeff Byram | Admitted |
| 495. | Photos—1336 N Eldorado prior to being rented by Negasi Zuberi | Admitted |
| 496. | Photos—Neighbor's house next to 1336 N Eldorado | Admitted |
| 497. | Removed | N/A |
| 498. | Document—Rachel Clay's handwriting presentation | Not yet admitted (No objection if expert testifies) |
| 499. | Audio recording—Negasi Zuberi on June 22, 2024 | Admitted |
| 500. | Transcript—Audio recording on June 22, 2024 | Admitted |
| 501. | Document—Diagram of location of items in Honda pilot | Admitted |

| 502. | Document—Diagram by Kori Barnum of 1336 Eldorado garage | Not yet admitted (No objection if witness testifies) |
| 503. | Document—Compilation of photos of AV1 | Not yet admitted (No objection if witness testifies) |
| 504. | Document—Compilation of photos of AV2 | Admitted |
| 505. | Document—Compilation of photos of cinderblock structure | Admitted |
| 506. | Document—Compilation of photos of writings | Admitted |
| 507. | Document—Chart of DNA analysis—Items from 1336 Eldorado | Not yet admitted (No objection if expert testifies) |
| 508. | Document—Chart of DNA analysis—Items from garage | Not yet admitted (No objection if expert testifies) |
| 509. | Document—Chart of DNA analysis—Items from trailer | Not yet admitted (No objection if expert testifies) |
| 510. | Document—Timeline of 2023 activity | Admitted |
| 511. | Document—Timeline of July 15/16, 2023 activity | Admitted |
| 512. | Document—Map of May 6, 2023 travel | Admitted |
| 513. | Document—Map of Klamath Falls locations | Admitted |
| 514. | Document—Map of July 12-14, 2023 travel | Admitted |
| 515. | Document—Map of July 14/15, 2023 travel | Admitted |
| 516. | Document—PowerPoint of Garmin and Alycia Westfall cell phone location data | Admitted |
| 517. | Transcript—911 call by Mellissa Geary on July 15, 2023 | Admitted |
| 518. | Document—Compilation of photos of seized items | Admitted |
| 519. | Photo—Purse on fence at 1336 N Eldorado | Not yet admitted (No objection if witness testifies) |
| 520. | Images—Mapping of Klamath Falls routes using Google Maps | Admitted |

**Government's Exhibit List with Court Rulings**                                    **Page 24**

| 521. | Photos—Taken from area of location 4 on Ex. 512 | Admitted |
|------|--------------------------------------------------|----------|
| 522. | Photos and Image—Area of location 2 on Ex. 512 | Admitted |
| 523. | Photos—Taken from area of location 3 on Ex. 512 | Admitted |
| 524. | Photos—Taken from area of location 6 on Ex. 512 | Admitted |

DATED October 6, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

_s/ Amy E. Potter_ _      _           _s/ Jeffrey S. Sweet (with permission)_
Amy E. Potter           JEFFREY S. SWEET
121 SW Morrison Street, Suite 400           NATHAN J. LICHVARCIK
Portland, OR 97204           MARCO A. BOCCATO
Telephone: (503) 954-2232           Assistant United States Attorneys
_Attorney for Defendant_