NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Jeff.Sweet@usdoj.gov
**NATHAN J. LICHVARCIK**
Nathan.j.Lichvarcik@usdoj.gov
**MARCO A. BOCCATO, OSB #103437**
Marco.Boccato@usdoj.gov
Assistant United States Attorneys
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:23-cr-00254-MC |
| v. | **GOVERNMENT'S SECOND AMENDED PROPOSED VERDICT FORM** |
| **NEGASI ISHAIAH ZUBERI, aka JUSTIN JOSHUA HYCHE,** | |
| Defendant. | |

Upon further review of relevant case law, the government proposes the attached second amended verdict form that asks the jury to make factual findings about the locations from which the firearms and ammunition charged in each count were recovered.

Dated: October 17, 2024

                                                  Respectfully submitted,

                                                  NATALIE K. WIGHT
                                                  United States Attorney

                                                  /s/ *Suzanne Miles*
                                                  SUZANNE MILES
                                                  Assistant United States Attorney

**Government's Second Amended Proposed Verdict Form**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:23-cr-00254-MC |
| v. | **VERDICT** |
| **NEGASI ISHAIAH ZUBERI, aka** | |
| **JUSTIN JOSHUA HYCHE** | |

We, the jury, being duly empaneled and sworn, hereby unanimously find **NEGASI ISHAIAH ZUBERI, aka JUSTIN JOSHUA HYCHE**, as follows:

### Count 1
### Kidnapping

_____ Not Guilty

_____ Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which type(s) of conduct your verdict is based on**:
(Please check all that apply)

_____ Defendant transported AV1 across state lines from Washington to Oregon

_____ Defendant traveled in interstate commerce in committing, or in furtherance of, the offense

_____ Defendant used any means, facility, or instrumentality of interstate commerce in committing or furtherance of the offense

### Count 2
### Transportation for Criminal Sexual Activity

_____ Not Guilty

_____ Guilty

**Count 3**
**Kidnapping**

_____ Not Guilty

_____ Guilty

**Count 4**
**Felon in Possession of a Firearm and Ammunition**

_____ Not Guilty

_____ Guilty

**If you checked "Guilty"**: Do you find that the firearm and/or round[s] of ammunition was/were recovered from AV1:

_____ No

_____ Yes

**Count 5**
**Felon in Possession of a Firearm and Ammunition**

_____ Not Guilty

_____ Guilty

**If you checked "Guilty"**: Do you find that the firearm[s] and/or round[s] of ammunition was/were recovered from the Prowler trailer:

_____ No

_____ Yes

**Verdict**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 2**

**Count 6**
**Felon in Possession of Ammunition**

_____ Not Guilty

_____ Guilty

**If you checked "Guilty"**: Do you find that the round[s] of ammunition was/were recovered from a bedroom in the 1336 North Eldorado Avenue home:

_____ No

_____ Yes

**Count 7**
**Felon in Possession of Ammunition**

_____ Not Guilty

_____ Guilty

**If you checked "Guilty"**: Do you find that the round[s] of ammunition was/were recovered from a garage in the 1336 North Eldorado Avenue home:

_____ No

_____ Yes

Dated: October _____, 2024

_____
PRESIDING JUROR