NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Jeff.Sweet@usdoj.gov
**NATHAN J. LICHVARCIK**
Nathan.j.Lichvarcik@usdoj.gov
**MARCO A. BOCCATO, OSB #103437**
Marco.Boccato@usdoj.gov
Assistant United States Attorneys
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:23-cr-00254-MC |
| v. | **GOVERNMENT'S AMENDED EXHIBIT LIST WITH COURT RULINGS** |
| **NEGASI ISHAIAH ZUBERI, aka USTIN JOSHUA HYCHE,** | |
| Defendant. | |

This is a final list of all the exhibits that have been admitted. Several previously admitted

exhibits have now been removed from this list. Exhibit 240, "Physical exhibit—Keys from

Honda Pilot" to which there was no objection but which appears to have been inadvertently

removed from the list, has been added back in. Exhibit 240 has already been shown to the jury.

Exhibits 192, 467, 500 and 517, transcripts, are admitted but will not be provided to the jury. All

audios and videos with transcripts that were shown to the jury will be provided to them without

**Government's Amended Exhibit List with Court Rulings**                    **Page 1**

transcripts. Both parties have reviewed this filing and ask that the Court adopt this as the list of exhibits which have been admitted.

| Exhibit # | Description | Court Ruling |
|---|---|---|
| 1. | Map—Washington state | Admitted |
| 2. | Map—Seattle, Washington | Admitted |
| 3. | Maps—Aurora Ave. area | Admitted |
| 4. | Aerial photos—Aurora Ave. area | Admitted |
| 5. | Photos—Aurora Ave. and 109th St. | Admitted |
| 6. | Photos—107th St. | Admitted |
| 7. | Drone video—Aurora Ave. area | Admitted |
| 8. | Diagram—Overhead of Honda Pilot interior | Admitted |
| 9. | Audio—Two 911 calls from July 15, 2023 | Admitted |
| 10. | Video—Sgt. DuVal's body camera from July 15, 2023 at KFC in Klamath Falls | Admitted |
| 11. | Images—Excerpts from Sgt. DuVal's body camera at KFC | Admitted |
| 12. | Photos—KFC parking lot | Admitted |
| 13. | Physical exhibit—Springfield XDM pistol | Admitted |
| 14. | Physical exhibit—Magazine and 19 rounds of ammunition from Springfield pistol | Admitted |
| 15. | Image—Excerpt from Sgt. DuVal's body camera of AV1 at hospital | Admitted |
| 16. | Photos—AV1's injuries, taken at hospital | Admitted |
| 17. | Images—Excerpts from Ofc. Trippett's body camera of AV1 at hospital | Admitted |
| 18. | Images—Excerpts from Ofcs. Trippett's and Gilmore's body cameras of AV1 at 1336 N Eldorado | Admitted |
| 19. | Photo—One-piece garment | Admitted |
| 20. | Photo—Blue Puma sweatpants | Admitted |
| 21. | No Exhibit | N/A |

**Government's Amended Exhibit List with Court Rulings**                          **Page 2**

| 22. | Photo—Sketch drawn by AV1 of 1336 N Eldorado | Admitted |
|-----|-----------------------------------------------|----------|
| 23. | Maps—Oregon and Klamath Falls area | Admitted |
| 24. | Aerial photo—1336 N Eldorado | Admitted |
| 25. | Photos—Eldorado Ave. | Admitted |
| 26. | Video—Excerpt from Sgt. Fox's body camera at 1336 N Eldorado | Admitted |
| 27. | Drone video—1336 N Eldorado and area | Admitted |
| 28. | Photos—Front and garage area of 1336 N Eldorado | Admitted |
| 29. | Photos—Rear of 1336 N Eldorado | Admitted |
| 30. | Photos—Fenced area at 1336 N Eldorado | Admitted |
| 31. | Photos—Outside garage side door entryway | Admitted |
| 32. | Photos—Garage side door from inside garage | Admitted |
| 33. | Photo—Garage and cinderblock structure | Admitted |
| 34. | Photo—Cinderblock structure exterior | Admitted |
| 35. | Photos—Cinderblock structure | Admitted |
| 36. | Photos—Interior of cinderblock structure with chair and water bottles | Admitted |
| 37. | Photo—Inside of cinderblock structure looking out | Admitted |
| 38. | Photos—Metal security door and screen | Admitted |
| 39. | Photo—Cinderblock structure showing door damage and blood | Admitted |
| 40. | Photo—White door showing deadbolt | Admitted |
| 41. | Photo—Deadbolt on white door from outside | Admitted |
| 42. | Photo—Deadbolt on white door from inside | Admitted |
| 43. | Photos—Door jamb area damage | Admitted |
| 44. | Photo—Cinderblock structure ceiling | Admitted |
| 45. | Photo—Cinderblock structure side wall | Admitted |
| 46. | Photos—Cinderblock structure floor and stain | Admitted |

| 47. | No Exhibit | N/A |
|---|---|---|
| 48. | Photos—Metal security door with placard V | Admitted |
| 49. | Photos—Cinderblock structure door jamb with placard W | Admitted |
| 50. | Photos—Cinderblock structure door/foam area, placard X | Admitted |
| 51. | Photos—Outside of fence, placard A | Admitted |
| 52. | Photos—Inside of fence, placards B and C | Admitted |
| 53. | Photo—Garage in front of cinderblock structure | Admitted |
| 54. | Photos—Garage workbench | Admitted |
| 55. | Photos—Cinderblock structure doors with insulation, adhesive, and hanging metal screen | Admitted |
| 56. | Photos—Insulation on exterior door | Admitted |
| 57. | Photo—Cinderblock structure from exterior | Admitted |
| 58. | Photos—Cinderblock structure interior and soundproofing | Admitted |
| 59. | Photo—Cinderblock structure ceiling | Admitted |
| 60. | Photos—Master bedroom and bed | Admitted |
| 61. | Photo—Master bedroom closet and pistol case | Admitted |
| 62. | Photo—Pistol case closeup | Admitted |
| 63. | Photo—Paperwork for Prentice Smith in pistol case | Admitted |
| 64. | Photos—Master bedroom closet with drawers | Admitted |
| 65. | Photo—Firearm barrel and upper receiver | Admitted |
| 66. | Photo—ID in master bedroom closet drawer | Admitted |
| 67. | Photo—Check from Home Depot to Negasi Zuberi | Admitted |
| 68. | Photos—Magazines on floor and bed | Admitted |
| 69. | Photos—Home Depot receipts | Admitted |
| 70. | Photo—Notebook with Prowler trailer folder | Admitted |
| 71. | Photos—Backpack with passport of Negasi Zuberi | Admitted |
| 72. | Photo—Name change decree | Admitted |

**Government's Amended Exhibit List with Court Rulings**                    **Page 4**

| 73. | Photo—Metal ammunition can | Admitted |
|-----|----------------------------|----------|
| 74. | Photo—Keys in metal ammunition can | Admitted |
| 75. | Photo—Plastic ammunition can | Admitted |
| 76. | Photos—Notepad in holder and contents; Operation Take Over and sketch | Admitted |
| 77. | Photo—Luggage with holster | Admitted |
| 78. | Photo—Master bedroom and seized items on bed | Admitted |
| 79. | Photos—Exterior stairway on right side of house | Admitted |
| 80. | Photo—Exterior window covered and blocks-right side of house | Admitted |
| 81. | Photos—Exterior person doors to garage and house | Admitted |
| 82. | Photo—Person door to garage, blood on doorknob | Admitted |
| 83. | Photo—Person door to garage, view into garage | Admitted |
| 84. | Photo—Garage-left side of garage | Admitted |
| 85. | Photo—Curtain behind cinderblock structure | Admitted |
| 86. | Photos—Purse in garage | Admitted |
| 87. | Photos—Material on top of cinderblock structure | Admitted |
| 88. | Photos—Garage fiberglass and insulation photo | Admitted |
| 89. | Photo—Blue journal with leather cord on bed | Admitted |
| 90. | Photos—Belongings of Prentice Smith in garbage bags | Admitted |
| 91. | Photos—Prentice Smith's passport, mail | Admitted |
| 92. | Videos—Det. Dougherty's body camera from July 15, 2023, at 1336 N Eldorado | Admitted |
| 93. | Diagram—Residence at 1336 N Eldorado | Admitted |
| 94. | No Exhibit | N/A |
| 95. | Diagram—Garage and location of items | Admitted |
| 96. | No Exhibit | N/A |
| 97. | No Exhibit | N/A |

**Government's Amended Exhibit List with Court Rulings**                    **Page 5**

| 98. | No Exhibit | N/A |
|-----|-----------|-----|
| 99. | Physical exhibit—Black notepad holder and notepad with Operation Take Over and drawing | Admitted |
| 100. | Physical exhibit—Springfield pistol case in upstairs bedroom | Admitted |
| 101. | No Exhibit | N/A |
| 102. | No Exhibit | N/A |
| 103. | Physical exhibit—Blink camera | Admitted |
| 104. | Physical exhibit—Ammunition can, plastic | Admitted |
| 105. | Physical exhibit—Keys from metal ammunition can | Admitted |
| 106. | Physical exhibit—Ammunition can, metal | Admitted |
| 107. | Physical exhibit—Handcuffs in box from upstairs bedroom | Admitted |
| 108. | Physical exhibit—Police patches from upstairs bedroom closet | Admitted |
| 109. | Physical exhibit—Three magazines and ammunition | Admitted |
| 110. | No Exhibit | N/A |
| 111. | Physical exhibit—Leg irons from garage workbench | Admitted |
| 112. | Physical exhibit—Handcuffs from garage workbench | Admitted |
| 113. | Physical exhibit—Key rings from garage workbench | Admitted |
| 114. | No Exhibit | N/A |
| 115. | Physical exhibit—Purse in garage | Admitted |
| 116. | Physical exhibit—White chair in cinderblock structure | Admitted |
| 117. | Physical exhibit—Black metal door to cinderblock structure | Admitted |
| 118. | Physical exhibit—Fiji water bottle from cinderblock structure | Admitted |
| 119. | No Exhibit | N/A |
| 120. | No Exhibit | N/A |
| 121. | Physical exhibit—Doorknob removed from garage door | Admitted |
| 122. | Physical exhibit—Barrel and upper receiver for 6mm rifle | Admitted |

**Government's Amended Exhibit List with Court Rulings**                    **Page 6**

| 123. | No Exhibit | N/A |
|---|---|---|
| 124. | No Exhibit | N/A |
| 125. | No Exhibit | N/A |
| 126. | Photo—Garage workbench | Admitted |
| 127. | Photo—Deadbolt in box | Admitted |
| 128. | Photo—Loaded curved magazine and three boxes of 7.62 ammunition on workbench | Admitted |
| 129. | Photo—Closeup of magazine and boxes | Admitted |
| 130. | Photo—Box of Remington 9mm Luger ammunition and magazine on workbench | Admitted |
| 131. | Photo—Closeup of Remington ammunition box | Admitted |
| 132. | Photo—New Frontier box | Admitted |
| 133. | Photo—Blazer 9mm Luger ammunition box | Admitted |
| 134. | Photo—Ammunition box under garage workbench | Admitted |
| 135. | Photo—Closeup of Blazer ammunition box and bullets | Admitted |
| 136. | Photo—Drill bit and parts | Admitted |
| 137. | Photo—AR-15 lower parts kit | Admitted |
| 138. | Photo—AR-15 lower drill instructions | Admitted |
| 139. | Photo—AR-15 lower on garage floor | Admitted |
| 140. | Photo—AR-15 lower closeup | Admitted |
| 141. | Photo—USPS box to Negasi Zuberi | Admitted |
| 142. | Photo—Contents of USPS box-5D Tactical | Admitted |
| 143. | Photo—Firearm component in 5D Tactical box | Admitted |
| 144. | Photo—Master bedroom drawer, left side of bed | Admitted |
| 145. | No Exhibit | N/A |
| 146. | No Exhibit | N/A |
| 147. | Photo—Master bedroom drawer, right side of bed | Admitted |

| 148. | Photo—Closeup of right side drawer | Admitted |
|------|-----------------------------------|----------|
| 149. | Photo—Blue journal with leather cord on bed | Admitted |
| 150. | Photo—Targets list and other writing from blue journal | Admitted |
| 151. | No Exhibit | N/A |
| 152. | Photo—Desktop computer and camera | Admitted |
| 153. | No Exhibit | N/A |
| 154. | Photo—Camera below television | Admitted |
| 155. | Photo—48 Laws of Power and The Art of War books | Admitted |
| 156. | Photo—Back side of cinderblock structure | Admitted |
| 157. | Photo—Financial cards in name of Negasi Zuberi and Justin Kouassi | Admitted |
| 158. | Photo—Inside of cinderblock structure, right side of door | Admitted |
| 159. | Photo—Inside of cinderblock structure, right side of door, sheetrock removed | Admitted |
| 160. | Photo—Inside of cinderblock structure, right side of door, insulation removed | Admitted |
| 161. | Photo——Inside of cinderblock structure, left side of door, sheetrock removed | Admitted |
| 162. | Photo—Inside of cinderblock structure, left side of door, insulation removed | Admitted |
| 163. | Videos—Four videos of SA Gluesenkamp walking through the residence on July 19, 2023 | Admitted |
| 164. | Images—House interior layout and exterior excerpts from SA Gluesenkamp's videos | Admitted |
| 165. | Physical exhibit—Drywall from cinderblock structure | Admitted |
| 166. | Physical exhibit—8 rounds of 9mm Blazer ammunition | Admitted |
| 167. | Physical exhibit—3 boxes of Wolf 7.62 ammunition | Admitted |
| 168. | Physical exhibit—Blue journal with leather cord and Targets list *with pages removed* | Admitted |
| 169. | Physical exhibit—25 round 6mm magazine | Admitted |
| 170. | Physical exhibit—7.62 magazine | Admitted |

**Government's Amended Exhibit List with Court Rulings**                    **Page 8**

| 171. | Physical exhibit—29 rounds of 7.62 ammunition | Admitted |
|------|-----------------------------------------------|----------|
| 172. | Physical exhibit—Two 6mm magazines | Admitted |
| 173. | Physical exhibit—30 rounds of Hornady 6mm ammunition | Admitted |
| 174. | Physical exhibit—Box of Remington 9mm ammunition | Admitted |
| 175. | Physical exhibit—Deadbolt in box addressed to Sakima Zuberi | Admitted |
| 176. | Map—Oregon and Nevada | Admitted |
| 177. | Map—Reno area | Admitted |
| 178. | Map—Reno Walmart | Admitted |
| 179. | Images—Surveillance video excerpts Walmart in Reno | Admitted |
| 180. | Video—Excerpt from Officer Albert's patrol car camera from Reno | Admitted |
| 181. | Video— Excerpts from Officer Staples' body camera from Reno | Admitted |
| 182. | Video—Excerpts from Officer Broadway's body camera from Reno | Admitted |
| 183. | Video—Excerpts from TFO Griebel's body camera from Reno | Admitted |
| 184. | Images—Excerpts from videos of traffic stop of Negasi Zuberi in Reno | Admitted |
| 185. | Images—Excerpts from patrol car showing Negasi Zuberi in Walmart parking lot and with foot out | Admitted |
| 186. | Images—Excerpts from patrol car showing Negasi Zuberi being arrested | Admitted |
| 187. | No Exhibit | N/A |
| 188. | No Exhibit | N/A |
| 189. | Photos of exterior of Honda Pilot in Reno | Admitted |
| 190. | Photos of blood and knife inside Honda Pilot | Admitted |
| 191. | Image—Closeup of Negasi Zuberi's face from body camera in Reno, NV | Admitted |
| 192. | No Exhibit | N/A |
| 193. | Photos—Honda Pilot | Admitted |

**Government's Amended Exhibit List with Court Rulings**                    **Page 9**

| 194. | Photos—Interior of Pilot, driver and front passenger area | Admitted |
|------|-----------------------------------------------------------|----------|
| 195. | Photos—Honda Pilot interior middle row area | Admitted |
| 196. | Photo—Honda Pilot rear passenger seat | Admitted |
| 197. | No Exhibit | N/A |
| 198. | Photos—Cellphone case found in Pilot and contents | Admitted |
| 199. | Photos—Garmin GPS device found in Pilot | Admitted |
| 200. | Photos—Pilot dash area and Loves receipt | Admitted |
| 201. | Photos—Safeway receipt from July 14, 2023 found in Pilot | Admitted |
| 202. | Photos—Home Depot receipt found in Pilot | Admitted |
| 203. | Photos—Pilot ceiling sunglass pocket and vehicle registration papers | Admitted |
| 204. | Photos—Pilot ceiling sunglass pocket and handcuff key | Admitted |
| 205. | Photos—Pilot center console and RV Sales card and LandAirSea shipping receipt from console | Admitted |
| 206. | Photos—Pilot console and 9mm bullet from console | Admitted |
| 207. | Photos—Pilot door pocket and Dollar Tree receipt from July 15, 2023, for bleach and paper towels | Admitted |
| 208. | Photo—Black backpack found in Pilot | Admitted |
| 209. | Photos—Tire spikes found in backpack from Pilot | Admitted |
| 210. | Photos—Negasi Zuberi's U.S. passport; Social Security card, name change paperwork and New York Driver License in name of Justin Kouassi | Admitted |
| 211. | Photos—MacBook laptop from backpack found in Pilot | Admitted |
| 212. | Photos—Contents of brown bag from Pilot with two cell phones, clothes, flashlight, binoculars and zip ties | Admitted |
| 213. | Photos—Flashlight, binoculars and zip ties from brown bag from Pilot | Admitted |
| 214. | Photos—Rear seat pocket and receipts from Pilot | Admitted |
| 215. | Photos—Papers and aluminum foil on floor of Pilot | Admitted |
| 216. | Photo—Cody's Repair receipt from July 10, 2023 | Admitted |

**Government's Amended Exhibit List with Court Rulings**                    **Page 10**

| 217. | Photo—July 7, 2023, Aurora Ave. Safeway receipt from Pilot | Admitted |
|------|------------------------------------------------------------|----------|
| 218. | Photo—Keys from Pilot | Admitted |
| 219. | Photos—Dreamgirls at Rick receipt from July 7, 2023 | Admitted |
| 220. | Photos—Pilot center console area | Admitted |
| 221. | Photos—Clothes in front passenger area of Pilot | Admitted |
| 222. | Photo—Wine bottle in front passenger area of Pilot | Admitted |
| 223. | Photos—Pilot middle row area and bleach cleaner | Admitted |
| 224. | Photos—9mm casing in Pilot | Admitted |
| 225. | Photos—Condom wrapper in Pilot | Admitted |
| 226. | No Exhibit | N/A |
| 227. | Photos—Home Depot receipt from June 30, 2023 from Pilot | Admitted |
| 228. | Photos—Aluminum foil from Pilot | Admitted |
| 229. | Photo—Pilot with rear seats removed | Admitted |
| 230. | Photo—Charcoal toothpaste | Admitted |
| 231. | Photos—Fiji water bottles | Admitted |
| 232. | Photo—Sportsman's Warehouse receipt | Admitted |
| 233. | No Exhibit | N/A |
| 234. | No Exhibit | N/A |
| 235. | Physical exhibit—Negasi Zuberi's cell phone and cover | Admitted |
| 236. | Physical exhibit—Negasi Zuberi's cell phone case and contents | Admitted |
| 237. | Physical exhibit—AV1's cell phone | Admitted |
| 238. | Physical exhibit—Garmin GPS device | Admitted |
| 239. | Physical exhibit—Handcuff key from overhead sunglasses compartment in Pilot | Admitted |
| 240. | Physical exhibit—Keys from Honda Pilot | Admitted |
| 241. | Physical exhibit—Spent 9mm casing | Admitted |

**Government's Amended Exhibit List with Court Rulings**          **Page 11**

| 242. | Physical exhibit—9mm bullet | Admitted |
|------|------|------|
| 243. | Physical exhibit—Dollar Tree receipt | Admitted |
| 244. | No Exhibit | N/A |
| 245. | Physical exhibit—Name change decree; Social Security card and New York Driver License in name of Justin Kouassi | Admitted |
| 246. | No Exhibit | N/A |
| 247. | Physical exhibit—Bleach cleaner bottle | Admitted |
| 248. | Physical exhibit—Aluminum foil under driver's seat | Admitted |
| 249. | Physical exhibit—Home Depot and shipping receipts | Admitted |
| 250. | No Exhibit | N/A |
| 251. | No Exhibit | N/A |
| 252. | No Exhibit | N/A |
| 253. | No Exhibit | N/A |
| 254. | Physical exhibit—Aluminum foil—two pieces | Admitted |
| 255. | No Exhibit | N/A |
| 256. | No Exhibit | N/A |
| 257. | Video—Surveillance video from Portland, OR Safeway on July 14, 2023 | Admitted |
| 258. | Images—Excerpts from surveillance video from Portland, OR Safeway on July 14, 2023 | Admitted |
| 259. | Video—Surveillance video from Woodland, WA, Safeway on July 14, 2023 | Admitted |
| 260. | Images—Excerpts from surveillance video from Woodland, WA, Safeway on July 14, 2023 | Admitted |
| 261. | Video—Surveillance video from Klamath Falls Love's gas station on July 15, 2023 | Admitted |
| 262. | Images—Excerpts from surveillance video from Klamath Falls Love's gas station on July 15, 2023 | Admitted |
| 263. | Videos—Negasi Zuberi and Honda Pilot in Tulelake, CA | Admitted |
| 264. | No Exhibit | N/A |
| 265. | No Exhibit | N/A |

**Government's Amended Exhibit List with Court Rulings**                    **Page 12**

| 266. | Location data—LandAirSea data for Negasi Zuberi | Admitted |
|------|--------------------------------------------------|----------|
| 267. | Location data—Garmin data for the Honda Pilot and Negasi Zuberi from July 15, 2023 at 3:40:02 | Admitted |
| 268. | Location data—Cellphone handset data from Alycia Westfall's cell phone | Admitted |
| 269. | Phone records—T-Mobile toll records for Negasi Zuberi | Admitted |
| 270. | Digital file—CAST report from SA Kennedy regarding location data | Admitted |
| 271. | No Exhibit | N/A |
| 272. | Photo—Hampton Landing area, Oregon | Admitted |
| 273. | Photo—Shell Station, Halsey, Oregon | Admitted |
| 274. | Map—Merrill Gas Station & Convenience Store, and Photos and Video | Admitted |
| 275. | Images—Surveillance video excerpts Merrill Gas Station & Convenience Store | Admitted |
| 276. | Surveillance Video— Merrill Gas Station & Convenience Store (July 16, 2023**)** | Admitted |
| 277. | Photo—Nissan Altima | Admitted |
| 278. | Photos—Home Depot receipt in Altima driver door pocket | Admitted |
| 279. | Photos—AAA Discount storage paperwork and receipt | Admitted |
| 280. | Photos—Home Depot receipt in Altima passenger door pocket | Admitted |
| 281. | Photo—Home Depot receipt | Admitted |
| 282. | Photo—Concrete anchors | Admitted |
| 283. | Photo—Honda paperwork and receipts | Admitted |
| 284. | Physical exhibit—AAA Discount Storage paperwork and receipt | Admitted |
| 285. | Physical exhibits—Home Depot receipts and return paperwork | Admitted |
| 286. | Physical exhibit—Concrete anchors | Admitted |
| 287. | Aerial photos—AAA Discount Storage and Home Depot area | Admitted |

| 288. | Photos—Exterior of AAA Discount Storage | Admitted |
|------|------------------------------------------|----------|
| 289. | Photos—Inside AAA Discount Storage around area of Prowler trailer | Admitted |
| 290. | Photos—Exterior of trailer | Admitted |
| 291. | Photos—Trailer with door open | Admitted |
| 292. | Photo—Taser, magazine and laptop inside trailer | Admitted |
| 293. | Video—Interior of trailer | Admitted |
| 294. | Photo—Pile of items by door | Admitted |
| 295. | Photo—Back to front of trailer | Admitted |
| 296. | Photo—Back of trailer | Admitted |
| 297. | Photo—Front of trailer | Admitted |
| 298. | Photo—Back and door area of trailer | Admitted |
| 299. | Photo—Side of trailer bathroom | Admitted |
| 300. | Photo—Trailer bathroom mirror | Admitted |
| 301. | Photo—Negasi Zuberi and Alycia Westfall | Admitted |
| 302. | Photos—Name change paperwork | Admitted |
| 303. | Photo—Plastic bag in trailer with used condoms | Admitted |
| 304. | Photo—Bedding and cell phone jammer spike in trailer | Admitted |
| 305. | Photo—Shotgun inside blanket in trailer | Admitted |
| 306. | Photo—Shotgun in trailer | Admitted |
| 307. | Photo—Shotgun and shotgun shell in trailer | Admitted |
| 308. | Photo—Cell phone jammers on floor of trailer | Admitted |
| 309. | Photo—Rifle in case on trailer bed | Admitted |
| 310. | Photo—Trailer shelf | Admitted |
| 311. | Photo—Aluminum foil and tape in trailer | Admitted |
| 312. | Photos—Taser outside | Admitted |
| 313. | Photo—Silver and black handcuffs outside | Admitted |

**Government's Amended Exhibit List with Court Rulings**          **Page 14**

| 314. | Photo—Backpack, cell phone jammers and handcuffs outside | Admitted |
|------|---------------------------------------------------------|----------|
| 315. | Photo—Backpack inside with cell phone jammers, gloves, handcuffs and beanie | Admitted |
| 316. | Photos—Cell phone jammers | Admitted |
| 317. | Photos—Plug in electronic device | Admitted |
| 318. | Photos—Pistol holsters | Admitted |
| 319. | Photos—AM-15 rifle | Admitted |
| 320. | Photos—Remington rifle | Admitted |
| 321. | Photos—Stoeger shotgun | Admitted |
| 322. | Photos—Pistol magazines and ammunition | Admitted |
| 323. | Photos—Rifle magazine and ammunition | Admitted |
| 324. | Photo—Two shotgun shells | Admitted |
| 325. | Photo—Charcoal toothpaste | Admitted |
| 326. | Photo—Remington rifle box flap and receipts | Admitted |
| 327. | Photo—Shipping label to Prentice Smith | Admitted |
| 328. | Physical exhibit—AR-15 style rifle | Admitted |
| 329. | Physical exhibit—Remington .308 rifle | Admitted |
| 330. | Physical exhibit—Stoeger 12 GA shotgun | Admitted |
| 331. | Physical exhibit—Magazines | Admitted |
| 332. | No Exhibit | N/A |
| 333. | No Exhibit | N/A |
| 334. | Physical exhibit—Taser | Admitted |
| 335. | Physical exhibit—Black pair of handcuffs | Admitted |
| 336. | Physical exhibit—Silver pair of handcuffs | Admitted |
| 337. | Physical exhibit—12 GA ammunition | Admitted |
| 338. | Physical exhibit—9mm ammunition | Admitted |

**Government's Amended Exhibit List with Court Rulings**                    **Page 15**

| 339. | Physical exhibit—5.56 ammunition | Admitted |
|------|----------------------------------|----------|
| 340. | Physical exhibit—Cell phone jammer-16 antenna | Admitted |
| 341. | Physical exhibit—Cell phone jammer-8 antenna | Admitted |
| 342. | No Exhibit | N/A |
| 343. | Physical exhibit—Plug in electronic device | Admitted |
| 344. | No Exhibit | N/A |
| 345. | No Exhibit | N/A |
| 346. | No Exhibit | N/A |
| 347. | Financial records—Key Bank | Admitted |
| 348. | Financial records—Bank records from May 6, 2023, withdrawal of $300 | Admitted |
| 349. | Online purchases—Amazon records | Admitted |
| 350. | Online purchases—Excerpt of Amazon records | Admitted |
| 351. | Surveillance Video—Home Depot and still shots from the video (May 17, 2023 to July 2, 2023) | Admitted |
| 352. | Documents—Receipts received from Home Depot | Admitted |
| 353. | Photos—FBI Documenting cinderblock structure | Admitted |
| 354. | Photos—Cinderblock structure measuring and construction, from iCloud account | Admitted |
| 355. | Photos—Cinderblock structure deconstruction | Admitted |
| 356. | Documents—Notes from garage clean up | Admitted |
| 357. | Documents—Klamath Falls landfill receipts | Admitted |
| 358. | Video—Blink camera video of Alycia Westfall leaving, May 5, 2023 | Admitted |
| 359. | Image—Screenshot from video of Alycia Westfall leaving | Admitted |
| 360. | Video—Blink camera video of Negasi Zuberi in kitchen, May 5, 2023 at 7:55 p.m. | Admitted |
| 361. | Image—Screenshot from video of Negasi Zuberi in kitchen | Admitted |
| 362. | Videos—Blink camera videos of Negasi Zuberi in kitchen, May 5, 2023 at 11:01 and 11:04 p.m. | Admitted |

**Government's Amended Exhibit List with Court Rulings**                    **Page 16**

| 363. | Image—Screenshot from video of Negasi Zuberi leaving kitchen | Admitted |
|---|---|---|
| 364. | No Exhibit | N/A |
| 365. | Videos—Blink camera videos of Negasi Zuberi in kitchen then walking towards garage with blanket, May 6, 2023 at 2:28 and 2:29 a.m. | Admitted |
| 366. | Images—Screenshots from video of Negasi Zuberi in kitchen and walking towards garage | Admitted |
| 367. | Videos—Blink camera videos of Zuberi holding a pistol, May 7, 2023 | Admitted |
| 368. | Images—Screenshots from May 7, 2023 kitchen videos | Admitted |
| 369. | Videos—Blink camera videos of Alycia Westfall and Negasi Zuberi talking in kitchen, May 7, 2023 | Admitted |
| 370. | Video—Blink camera video of Negasi Zuberi holding a firearm part | Admitted |
| 371. | Image—Screenshot from video of Negasi Zuberi holding a firearm part | Admitted |
| 372. | Image—Screenshot from video of Negasi Zuberi holding a firearm upstairs | Admitted |
| 373. | No Exhibit | N/A |
| 374. | Messages-Negasi Zuberi and Alycia Westfall on July 15, 2023 regarding meeting | Admitted |
| 375. | Messages-Negasi Zuberi and Alycia Westfall on July 16, 2023 regarding Merrill address | Admitted |
| 376. | No Exhibit | N/A |
| 377. | Messages—Negasi Zuberi asking about acquiring taser, September 1, 2022 | Admitted |
| 378. | No Exhibit | N/A |
| 379. | Messages—Negasi Zuberi asking Tyler Archibald about constructing an underground concrete block structure | Admitted |
| 380. | Messages—Negasi Zuberi asking Tyler Archibald about what material is used for jail floors | Admitted |
| 381. | Message—Negasi Zuberi sending Tyler Archibald an image of a cell phone jammers, December 28, 2022 | Admitted |

| 382. | Messages—Negasi Zuberi asking Tyler Archibald about building a block structure that a person can't break with their hands | Admitted |
| 383. | Message—Negasi Zuberi telling Tyler Archibald that he has a pistol and including a picture | Admitted |
| 384. | Message—Negasi Zuberi discussing trading firearms with a family member, and sending a picture of firearms | Admitted |
| 385. | Video—Negasi Zuberi holding a pistol, from iCloud, November 28, 2022 | Admitted |
| 386. | Video—Negasi Zuberi with pistol, from iCloud | Admitted |
| 387. | Video—Negasi Zuberi with pistol, from iCloud | Admitted |
| 388. | Video—Negasi Zuberi saying and showing that he has an RV, Nov. 6, 2022 | Admitted |
| 389. | No Exhibit | N/A |
| 390. | Video—Negasi Zuberi saying that he has the Honda back, from iCloud, June 27, 2023, | Admitted |
| 391. | Images—Screenshot of Dayton Tactical order for 80% AR-15 lower receiver from iCloud, October 22, 2022 | Admitted |
| 392. | Photos—Prowler trailer from iCloud account, November 15, 2022 | Admitted |
| 393. | Photo—Remington .308 rifle box label from iCloud account, November 17, 2022 | Admitted |
| 394. | Image—Screenshot from iCloud account of 32 round magazine for XD(M) 9mm from PistolGear, December 7, 2022 | Admitted |
| 395. | Photo—Springfield pistol on The Art of War book, from iCloud account, December 21, 2022 | Admitted |
| 396. | No Exhibit | N/A |
| 397. | Photo—AAA Discount Storage paperwork from iCloud account, January 24, 2023 | Admitted |
| 398. | Image—Screenshot of cell phone jammer, from iCloud | Admitted |
| 399. | Image—Screenshot of XDM pistol conversion kit, from Negasi Zuberi's iPhone, March 29, 2023 | Admitted |
| 400. | Photo—Firearms on bed, sent via message by Negasi Zuberi, March 29, 2023 | Admitted |

**Government's Amended Exhibit List with Court Rulings**                    **Page 18**

| 401. | Image—Screenshot of Google Maps use on iPhone, from iCloud account, May 6, 2023 at 1:20 a.m. | Admitted |
|---|---|---|
| 402. | Digital files—Creation of contact in Negasi Zuberi's phone for Girl from Pikey | Admitted |
| 403. | Image—Screenshot of payment to AAA Discount Storage by Negasi Zuberi, June 19, 2023 | Admitted |
| 404. | Digital file—Browser history from MacBook | Admitted |
| 405. | Photo—Negasi Zuberi crying in Pilot in Reno, July 16, 2023 | Admitted |
| 406. | No Exhibit | N/A |
| 407. | Photo—Tulelake, from iCloud, July 15, 2023 | Admitted |
| 408. | Photos—Taken from Honda Pilot in Reno on July 16, 2023 | Admitted |
| 409. | Photos—The Pikey exterior | Admitted |
| 410. | Photos—The Pikey interior | Admitted |
| 411. | Photo—AV2 and friends at The Pikey on May 5, 2023 | Admitted |
| 412. | Photos—AV2 and friend at The Pikey on May 5, 2023 | Admitted |
| 413. | Videos—AV2 and friend at The Pikey on May 5, 2023 | Admitted |
| 414. | Image—Screenshot of Negasi Zuberi's Instagram taken by AV2 | Admitted |
| 415. | Video—Negasi Zuberi at The Pikey talking to male at pool table on May 6, 2023 | Admitted |
| 416. | Video—Negasi Zuberi leaving The Pikey with male and female on May 6, 2023, at 12:53 a.m. | Admitted |
| 417. | Video—Negasi Zuberi walking up outside of The Pikey and leaving at the same time as AV2; May 6, 2023 | Admitted |
| 418. | Images—Screenshots from surveillance video of Negasi Zuberi in and outside of The Pikey | Admitted |
| 419. | No Exhibit | N/A |
| 420. | Photo—Sketch of rural area by AV2 | Admitted |
| 421. | Photo—Sketch of garage by AV2 | Admitted |
| 422. | Photos—Chase Bank in Klamath Falls | Admitted |
| 423. | Photos—AV2's former street and residence | Admitted |

**Government's Amended Exhibit List with Court Rulings**                    **Page 19**

| 424. | No Exhibit | N/A |
|------|------------|-----|
| 425. | Photo—Clothes AV2 was wearing on May 5-6, 2023 | Admitted |
| 426. | Photos—Injury to AV2's face | Admitted |
| 427. | Video—Injury to AV2's face | Admitted |
| 428. | Image—Excerpt from video of Injury to AV2's face | Admitted |
| 429. | Video—Excerpt from AV2 in interview room with KFPD and FBI on July 17, 2023 | Admitted |
| 430. | No Exhibit | N/A |
| 431. | No Exhibit | N/A |
| 432. | No Exhibit | N/A |
| 433. | No Exhibit | N/A |
| 434. | Photos—HS Produkt Springfield XDM 9x19mm pistol | Admitted |
| 435. | No Exhibit | N/A |
| 436. | Photos—Anderson Manufacturing, Model AM-15, multi-caliber rifle | Admitted |
| 437. | No Exhibit | N/A |
| 438. | Photos—Firearm & Ammunition from Pilot (Count 4) | Admitted |
| 439. | Photos—Firearms & Ammunition from trailer (Count 5) | Admitted |
| 440. | Photos—Ammunition from bedroom (Count 6) | Admitted |
| 441. | Photos—Ammunition from garage (Count 7) | Admitted |
| 442. | Documents—Ammunition Storage components | Admitted |
| 443. | No Exhibit | N/A |
| 444. | Documents—Limitless receipt | Admitted |
| 445. | Documents—Sportsman's Warehouse Klamath Falls | Admitted |
| 446. | No Exhibit | N/A |
| 447. | No Exhibit | N/A |
| 448. | No Exhibit | N/A |

**Government's Amended Exhibit List with Court Rulings**                    **Page 20**

| 449. | No Exhibit | N/A |
|---|---|---|
| 450. | Video—Demonstration of TASER Pulse & Diagram | Admitted |
| 451. | Document—Item 107-1 from Item 107-Blue notebook from Rachel Clay's file | Admitted |
| 452. | Documents—Item 109-Notepad from 1336 North Eldorado Avenue from Rachel Clay's file | Admitted |
| 453. | Documents—Item 114-Court documents as known writing sample from Rachel Clay's file | Admitted |
| 454. | Documents—Item 115-Questioned Documents Secondary Evidence (5 electrostatic lifts) from Rachel Clay's file | Admitted |
| 455. | Video—Demonstration of Cell Phone Jammers by Shelby Quick (eight antennas) | Admitted |
| 456. | Video—Demonstration of Cell Phone Jammers by Shelby Quick (sixteen antennas) | Admitted |
| 457. | Documents—Negasi Zuberi's prints from Stephanie Stewart's file | Admitted |
| 458. | Images—Prints from plastic bag from trailer at 2625 Unity Street (Item 8) from Stephanie Stewart's file | Admitted |
| 459. | Images—Prints from notepad holder with notepad from1336 North Eldorado Avenue and one page (Items 109 & 109-1) from Stephanie Stewart's file | Admitted |
| 460. | No Exhibit | N/A |
| 461. | Audio recording—Negasi Zuberi and Alycia Westfall on July 23, 2023 | Admitted |
| 462. | Audio recording—Negasi Zuberi and Alycia Westfall on July 28, 2023 | Admitted |
| 463. | Audio recording—Negasi Zuberi and Alycia Westfall on July 28, 2023 | Admitted |
| 464. | No Exhibit | N/A |
| 465. | Audio recording—Negasi Zuberi and Alycia Westfall on August 1, 2023 at 9:36 p.m. | Admitted |
| 466. | Audio recording—Negasi Zuberi and Alycia Westfall on June 24, 2024 at 11:17 a.m. | Admitted |
| 467. | No Exhibit | Admitted |
| 468. | Emails—Negasi Zuberi and Alycia Westfall, July 21, 2023 | Admitted |

**Government's Amended Exhibit List with Court Rulings**          **Page 21**

| 469. | No Exhibit | N/A |
|------|-----------|-----|
| 470. | Emails—Negasi Zuberi and Alycia Westfall, July 27, 2023 | Admitted |
| 471. | Emails—Negasi Zuberi and Alycia Westfall, July 28, 2023 | Admitted |
| 472. | Photo – AV1 | Admitted |
| 473. | Documents—AAA Discount Storage Ledger and Rental Agreement | Admitted |
| 474. | Document—Rental Agreement for 1336 N Eldorado | Admitted |
| 475. | Videos—AV2 on May 6, 2023 | Admitted |
| 476. | Images—Excerpts from AV2's May 6, 2023 videos | Admitted |
| 477. | Messages—Negasi Zuberi and Brenden Westfall regarding rent | Admitted |
| 478. | Messages—Negasi Zuberi and Bradley Sticklin regarding wi-fi password | Admitted |
| 479. | Photos—Aurora Ave. at night | Admitted |
| 480. | No Exhibit | N/A |
| 481. | Photo—Maverick Motel in Klamath Falls | Admitted |
| 482. | Image—Screenshot of Honda Pilot in Tulelake | Admitted |
| 483. | Photos—Tulelake, California | Admitted |
| 484. | Map—Klamath Falls, Merrill, and Tulelake | Admitted |
| 485. | Photos—SANE exam of AV1 | Admitted |
| 486. | Photos—Handcuffs and leg irons | Admitted |
| 487. | Photos—White streak marks in interior of Honda Pilot | Admitted |
| 488. | Image—Screenshot of Alycia Westfall on July 15, 2023 | Admitted |
| 489. | No Exhibit | N/A |
| 490. | Photo—LandAirSea trackers | Admitted |
| 491. | Physical exhibit—LandAirSea trackers | Admitted |
| 492. | Photos—Taser and cartridges | Admitted |
| 493. | Photos—FBI lab—Blue Puma sweatpants, used condom, handcuffs, one-piece garment and guns | Admitted |

**Government's Amended Exhibit List with Court Rulings**                    **Page 22**

| 494. | Document—Declaration of Jeff Byram | Admitted |
| 495. | Photos—1336 N Eldorado prior to being rented by Negasi Zuberi | Admitted |
| 496. | Photos—Neighbor's house next to 1336 N Eldorado | Admitted |
| 497. | No Exhibit | N/A |
| 498. | Document—Rachel Clay's handwriting presentation | Admitted |
| 499. | Audio recording—Negasi Zuberi on June 22, 2024 | Admitted |
| 500. | No Exhibit | N/A |
| 501. | Document—Diagram of location of items in Honda pilot | Admitted |
| 502. | Document—Diagram by Kori Barnum of 1336 Eldorado garage | Admitted |
| 503. | Document—Compilation of photos of AV1 | Admitted |
| 504. | Document—Compilation of photos of AV2 | Admitted |
| 505. | Document—Compilation of photos of cinderblock structure | Admitted |
| 506. | Document—Compilation of photos of writings | Admitted |
| 507. | Document—Chart of DNA analysis—Items from 1336 Eldorado | Admitted |
| 508. | Document—Chart of DNA analysis—Items from garage | Admitted |
| 509. | Document—Chart of DNA analysis—Items from trailer | Admitted |
| 510. | Document—Timeline of 2023 activity | Admitted |
| 511. | Document—Timeline of July 15/16, 2023 activity | Admitted |
| 512. | Document—Map of May 6, 2023 travel | Admitted |
| 513. | Document—Map of Klamath Falls locations | Admitted |
| 514. | Document—Map of July 12-14, 2023 travel | Admitted |
| 515. | Document—Map of July 14/15, 2023 travel | Admitted |
| 516. | Document—PowerPoint of Garmin and Alycia Westfall cell phone location data | Admitted |
| 517. | No Exhibit | N/A |
| 518. | Document—Compilation of photos of seized items | Admitted |

**Government's Amended Exhibit List with Court Rulings**                    **Page 23**

| 519. | Photo—Purse on fence at 1336 N Eldorado | Admitted |
|------|------------------------------------------|----------|
| 520. | Images—Mapping of Klamath Falls routes using Google Maps | Admitted |
| 521. | Photos—Taken from area of location 4 on Ex. 512 | Admitted |
| 522. | Photos and Image—Area of location 2 on Ex. 512 | Admitted |
| 523. | Photos—Taken from area of location 3 on Ex. 512 | Admitted |
| 524. | Photos—Taken from area of location 6 on Ex. 512 | Admitted |
| 525. | Physical exhibit—Prentice Smith's metal gun case | Admitted |
| 526. | Photos—Metal door frame of cinderblock structure | Admitted |
| 527. | Photos—Defiant keys | Admitted |
| 528. | Photo—Darkened photo of AV2's injuries | Admitted |
| 529. | Photos—Photos of AV2's Snapchat images | Admitted |

DATED October 18, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Jeffrey S. Sweet*　　　　　
JEFFREY S. SWEET
NATHAN J. LICHVARCIK
MARCO A. BOCCATO
Assistant United States Attorneys

s/ *Amy E. Potter*　　　　　
Amy E. Potter
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
*Attorney for Defendant*

**Government's Amended Exhibit List with Court Rulings**　　　　　**Page 24**