UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:23-cr-00254-MC |
| v. | VERDICT |
| NEGASI ISHAIAH ZUBERI, aka<br>SAKIMA ZUBERI, aka<br>JUSTIN JOSHUA HYCHE | |

We, the jury, being duly empaneled and sworn, hereby unanimously find **NEGASI ISHAIAH ZUBERI, aka SAKIMA ZUBERI aka JUSTIN JOSHUA HYCHE**, as follows:

### Count 1
### Kidnapping

_____ Not Guilty

__X__ Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which type(s) of conduct your verdict is based on:**
(Please check all that apply)

__X__ Mr. Zuberi transported Rachel Fuller across state lines from Washington to Oregon

__X__ Mr. Zuberi traveled in interstate commerce in committing, or in furtherance of, the offense

__X__ Mr. Zuberi used any means, facility, or instrumentality of interstate commerce in committing or in furtherance of the offense

### Count 2
### Transportation for Criminal Sexual Activity

_____ Not Guilty

__X__ Guilty

## Count 3
## Kidnapping

_____ Not Guilty

__X__ Guilty

**If you checked "Guilty", you must choose at least one of the following instrumentalities that you find Mr. Zuberi used in furtherance of that act:**
(Please check all that apply)

__X__ Cell phone

__X__ Motor vehicle

__X__ ATM

## Count 4
## Felon in Possession of a Firearm and Ammunition

_____ Not Guilty

__X__ Guilty

**If you checked "Guilty"**: Do you find that the firearm and/or round[s] of ammunition was/were recovered from Rachel Fuller:

_____ No

__X__ Yes

## Count 5
## Felon in Possession of a Firearm and Ammunition

_____ Not Guilty

__X__ Guilty

**If you checked "Guilty"**: Do you find that the firearm[s] and/or round[s] of ammunition was/were recovered from the Prowler trailer:

_____ No

__X__ Yes

### Count 6
### Felon in Possession of Ammunition

_____ Not Guilty

__X__ Guilty

**If you checked "Guilty"**: Do you find that the round[s] of ammunition was/were recovered from a bedroom in the 1336 North Eldorado Avenue home:

_____ No

__X__ Yes

### Count 7
### Felon in Possession of Ammunition

_____ Not Guilty

__X__ Guilty

**If you checked "Guilty"**: Do you find that the round[s] of ammunition was/were recovered from a garage in the 1336 North Eldorado Avenue home:

_____ No

__X__ Yes

Dated: October __18__, 2024

