NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:23-cr-00254-MC |
| v. | **GOVERNMENT'S MOTION TO DISMISS** |
| **NEGASI ISHAIAH ZUBERI aka JUSTIN JOSHUA HYCHE,** | |
| **Defendant.** | |

The United States of America hereby moves the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing without prejudice count eight of the superseding indictment, which was filed on February 15, 2024, in the above-captioned matter. On October 18, 2024, defendant Negasi Zuberi was found guilty of counts one through seven. Count eight, which charges attempted escape, was previously severed from the other counts. This motion is made in good faith and in the interests of justice.

Dated: November 15, 2024

                                               Respectfully submitted,

                                               NATALIE K. WIGHT
                                               United States Attorney

                                               s/ *Jeffrey S. Sweet*
                                               JEFFREY S. SWEET
                                               Assistant United States Attorney