UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

NEGASI ZUBERI, AKA Justin Joshua Hyche, AKA Sakima Zuberi,

Defendant - Appellant.

No. 26-6056

D.C. No.
1:23-cr-00254-MC-1
District of Oregon,
Medford

ORDER

Before: CHRISTEN, BUMATAY, and SANCHEZ, Circuit Judges.

Having reviewed the parties' responses to this court's order dated October 5, 2026, we dismiss this pro se appeal as duplicative of Appeal Nos. 25-601 and 25-2076.

**DISMISSED.**